UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

ANA MCCARTHY,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF STATE and AMERICAN INTERNATIONAL GROUP, INC. (AIG),

Defendants.


Case No. _____


COMPLAINT

Plaintiff, Ana McCarthy ("Plaintiff McCarthy"), by and through her undersigned, pro se, as her own attorney, brings this Complaint against Defendants, United States Department of Justice ("Defendant DOJ") and American International Group, Inc. (AIG) ("Defendant AIG"), alleges as follows:

NATURE OF THE ACTION

1. This action arises from Defendant DOJ's refusal to provide information under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, related to Odebrecht, S.A. and the connection with a major car accident in Panama involving Plaintiff McCarthy's vehicle and subsequent events connected to corruption scandals and expropriation attempts. Additionally, Defendant AIG failed to conduct a proper investigation or

address the claims of the victims, including Plaintiff McCarthy's damages and the connection with the Humberto Della Togna Martinelli, Luis Della Togna Martinelli, and then Panamanian President Ricardo A. Martinelli Berrocal.

JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331, as this action arises under the laws of the United States.

3. Venue is proper in this District under 5 U.S.C. § 552(a)(4)(B) because Plaintiff receives correspondence in this District and the records requested are believed to be located in this District. Additionally, Defendant AIG's substantial business operations in New York establish proper venue under 28 U.S.C. § 1391. Where AIG then transferred all business to ASSA Seguros Panama and Plaintiff then met and demanded payment for damages.

PARTIES

4. Plaintiff Ana McCarthy is an individual who receives correspondence at 209 Spencer Street, Apt. 2C, Brooklyn, NY 11205, but has continuously resided in Illinois since 1993.

5. Defendant United States Department of Justice is a federal agency of the United States government responsible for enforcing the law and defending the interests of the United States according to the law.

6. Defendant American International Group, Inc. (AIG) is an insurance company with its corporate headquarters located at 70 Pine Street, Floor 1, New York, NY 10270.

FACTUAL ALLEGATIONS

7. On December 26, 2013, Plaintiff McCarthy's vehicle, insured by Defendant AIG and driven by Plaintiff's father, was involved in a major car accident in Panama with a vehicle driven by Humberto Della Togna Martinelli. Plaintiff was landing in Chicago O'Hare airport and then blamed for the accident.

8. The accident resulted in significant injuries to Plaintiff's family members, whose names will be omitted as they reside in Panama and a new election that could lead to extensive persecution as precedented. The extensive damage to the vehicle, necessitating a proper investigation and resolution of insurance claims by AIG and the requirement that all mayor accidents need the expedition of a Police Report not a FUD (Format for minor accidents) by the Transit Authority in Panama known as ("AUTORIDAD DEL TRANSITO Y TRANSPORTE TERRESTRE")    FUD ("FORMATO ÚNICO Y DEFINITIVO PARA ACCIDENTES DE TRANSITO MENOR")

9. Defendant DOJ has records pertinent to the investigation and subsequent legal actions involving the parties and the corruption scandals related to the Odebrecht SA case (2016-cr-643).

10. Plaintiff McCarthy submitted a FOIA request to Defendant DOJ seeking records related to the aforementioned events, including communications, investigative reports, and any documents regarding the involvement of Panamanian officials is to assert that she has been depleted of assets in the Odebrecht, S.A. scandal, and that

she has been affected as leaving her without all her assets and unable to return to Panama due to the corruption and the promptings of the US Department of State to leave Panama in light of incidents, including some mention in here.

11. Despite multiple follow-ups and the statutory requirement for timely responses, Defendant DOJ has failed to provide the requested records or any substantive response, moneys that could assist with the emergency treatment of her child and where the US District Courts have denied Pauper Petitions alleging the substantial wealth of Plaintiff, not withstanding that those assets are either retained by the US govement or were used to pay the fines imposed to Odebrecht by the US Department of Justice, and or proportionally distributed with those partaking in the money laundering scandal of Odebrecht as per the records, which involves over four presidencies. Martin Torrijos, Ricardo Martinelli/Juan Carlos Varela (2009 - 2014), Juan Carlos Varela (2014 - 2019), Laurentino Cortizo (2019 - 2024 - incumbent). The burden of proof has been placed upon Plaintiff whose reputation has been tainted although she was not taken 1/2 a penny from the proceeds, rather has been harassed and falsely associated leading to attorney Michael Discioarro to cease representation. (Recording)

12. The requested records are crucial for Plaintiff McCarthy to pursue legal remedies and defend and request her assets while the United States Dept. of Justice to investigate the association of AIG Insurance and the conflict of interest in the account where Luis Della Togna Martinelli was the superintend of insurance in Panama and the former head of AIG. Humberto Della Togna has taken to X now assessing that Plaintiff claims were unjustly naming "personas importantes" as if Plaintiff had caused the accident where "important figures" were correlated. Plaintiff needs to assert her affirmative defense against those false accusations connected to the car accident and subsequent expropriation attempts.

Affirmative Defense: Plaintiff's father had signed an agreement prior to the accident ex tunc and ex nun.

13. Per the records by the ATTT, Humberto Della Togna Martinelli claimed that the vehicle was the property of Ricardo Martinelli, then President of Panama (2009-2014), who was later designated by the US DOJ for significant corruption. Della Togna Martinelli blamed N.L. Sitton for the accident and then threatened to expropriate the lands of Plaintiff's father. The problem is that once Humberto Della Togna made the claim, the ATTT was possibly subject to the higher Court jurisdiction given the presidential immunity, where AIG did not exercise the due diligence of conducting the claim nor reaching out to the victims, parents of Ana McCarthy.

14. So in doing to that In Ana McCarthy vs. Martinelli, caption 2022-cv-7359, the judge mocked the inclusion of Ana McCarthy in the case, despite her rightful and timely assertion of a claim holding assets repatriated, secured, or remitted as part of a forfeiture claiming that Plaintiff attached new exhibits to bolster her claims that she met with an Odebrecht official who later threatened her and her parents, and to substantiate her claims that she and her children are in danger. Plaintiff provided this evidence to DOJ's Alexandra Smith.

16. Plaintiff via the FOIA will assert that in fact, she did receive a phone call on January 6, 2023, from a person claiming to be from the Department of Justice, with information on the case, who intimidate her into dropping her forfeiture claim while members of the Jewish community of Teaneck were gathered and hear the threats by the alleged US Dept. of Justice employee with insight information.

CLAIMS FOR RELIEF

First Cause of Action: Violation of FOIA (5 U.S.C. § 552) Against Defendant DOJ

17. Plaintiff re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

18. Defendant DOJ has improperly withheld agency records to which Plaintiff is entitled under FOIA depriving of needed assets.

19. Defendant DOJ's failure to conduct a reasonable search for records responsive to Plaintiff's FOIA request and its refusal to disclose the requested records violate FOIA.

Second Cause of Action: Breach of Contract (Against Defendant AIG)

20. Defendant AIG failed to fulfill its contractual obligations to properly investigate and address the claims arising from the car accident in Panama.

Third Cause of Action: Bad Faith (Against Defendant AIG)

21. Defendant AIG acted in bad faith by refusing to properly handle the insurance claim, causing further damage to Plaintiff McCarthy.

Fourth Cause of Action: Tortious Interference with Property (Against Humberto Della Togna Martinelli, possibly Luis Della Togna Martinelli, and Ricardo A. Martinelli Berrocal). Why? Because Humberto Della Togna Martinelli had sufficient reasons another accident against him. Because Humberto Della Togna asked Plaintiff's father to commit fraud by saying that he was responsible for the accident while her father drove on a main road, and Humberto Della Togna blew the stop,

admitted that he was asleep, and cause mayor damages as per the pictures, then aggrieved plaintiff via social media (Account @9_66_718)

22. Defendants engaged in actions aimed at expropriating land owned by Plaintiff McCarthy's father, further victimizing Plaintiff and her family, ignoring the old age of Plaintiff's father and Plaintiff's need of a home for her orphaned children and that she was the victim of antisemitic attacks that led the destruction of her property in Illinois, Undeniably as the party responsible, Patricia Sikorski, accepted the grave offenses and the state government prompted a settlement agreement.)

Fifth Cause of Action: Conspiracy to Commit Fraud (Against All Defendants) and the collusion of the United States Department of Justice in defraud assets then threaten Plaintiff openly where witnesses were present in Teaneck, New Jersey.

23. All Defendants conspired to commit fraud, causing substantial harm to Plaintiff McCarthy.

Sixth Cause of Action: Irreparable Damages to Plaintiff

24. Plaintiff alleges severe and irreparable damages, highlighting several instances of undue hardship, poverty, and defamation by a "call center" via X… which requires proper investigation.

SUMMARY

This Court has jurisdiction over the subject matter of this action under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331, as the case arises under U.S. laws, including the Foreign Sovereign Immunities Act (FSIA), which forms the basis for Plaintiff McCarthy's claims and her status concerning the foreign state actions involved.

Venue is appropriate in this District because Plaintiff receives correspondence here, and the requested records are believed to be located here. Additionally, Defendant AIG's substantial business operations in New York establish proper venue under 28 U.S.C. § 1391.

Plaintiff Ana McCarthy, resided and receives notifications at 209 Spencer Street, Apt. 2C, Brooklyn, NY 11205, has continuously lived in Illinois since 1993.

Defendant United States Department of Justice is a federal agency responsible for enforcing the law and defending U.S. interests according to the law.

Defendant United States Department of State is a federal agency responsible for the nation's foreign policy and international relations.

Defendant American International Group, Inc. (AIG) is an insurance company headquartered at 70 Pine Street, Floor 1, New York, NY 10270.

On December 26, 2013, Plaintiff McCarthy's vehicle, insured by Defendant AIG and driven by her father, was involved in a major car accident in Panama with a vehicle driven by Humberto Della Togna Martinelli. Plaintiff was landing at Chicago O'Hare airport and was subsequently blamed for the accident.

The accident caused significant injuries to Plaintiff's family members and extensive vehicle damage, necessitating a proper investigation and resolution of insurance claims by AIG.

Plaintiff McCarthy asserts her status under the FSIA due to her connection to Panamanian officials involved in the car accident, implicating actions related to a

foreign state as the ATTT may have properly exercise immunity of the parties, but did not disclose it to Plaintiff whose property disappeared.

The complaint also references the precedent of Goodyear Dunlop Tires Operations, S.A. v. Brown to establish that McCarthy cannot sue ASSA Seguros Panama under the legal principles of ex tunc and ex nunc, due to specific jurisdictional challenges and the nature of the claims related to the accident and subsequent events.

Plaintiff McCarthy is exhausted and has endured enough! She has acted without any moral turpitude or violation of the law and has been gagged despite not committing any actions warranting such measures. She denies the pauper's petition asserting she is rich. Plaintiff McCarthy is willing to submit to an audit to prove she is not merely rich, but very rich, yet depleted of assets due to the actions and inactions of the U.S. Department of Justice, State Department, and the parties responsible as named in this complaint.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Order Defendant DOJ to conduct a reasonable search for records responsive to Plaintiff's FOIA request;

B. Order Defendant DOJ to disclose all non-exempt records responsive to Plaintiff's FOIA request;

C. Enter judgment in favor of Plaintiff and against Defendant AIG for damages in an amount to be determined at trial;

D. Award Plaintiff punitive damages due to Defendants' willful, malicious, and egregious conduct;

E. Grant Plaintiff her costs of suit, including reasonable attorneys' fees; and

F. Grant such other and further relief as the Court deems just and proper.

DATED: June 8, 2024

Respectfully submitted,

/s/ Ana McCarthy

Ana McCarthy

A resident of Illinois

209 Spencer Street

Apt. 2C

Brooklyn, NY 11205

+1 (312) 888-1002

anamccarthy1@gmail.com

Details of the Accident:

1. Incident Date: December 26, 2013

2. Location: El Manguito, Calle Primera, Santiago, in front of Professor Chang Marin's residence.

3. People Involved:

  - Ana McCarthy and her four children, heading to Tocumen Airport in Panama.

  - Driver: N.L. Sitton (Ana's father).

  - Passenger: Ana's mother (N.L. Sitton's wife).

  - Other Driver: Humberto Della Togna Martinelli.

4. Accident Description:

   - Humberto Della Togna Martinelli claimed he fell asleep, ran a stop sign, crossed the main road, and collided diagonally with Ana McCarthy's vehicle driven by N.L. Sitton.

  - Collision Details:

   - The vehicle struck an electric pole.

   - The pole fell laterally onto the car.

   - The car had frontal and side impacts, hitting the entrance of a residence.

  - Total Impacts: Three significant impacts.

5. Response by Authorities:

  - Authority Involved: Autoridad de Transito y Transporte Terrestre (ATTT).

   - Actions Taken: ATTT arrived at the scene but did not complete a full accident report despite the severity.

Items Excluded for Attachment:

1. Odebrecht SA Scandal Details:

- Plaintiff McCarthy's name embroiled in the turmoil of the Odebrecht SA scandal (2016-cr-643).

- Unawareness of father's business involving his property and a feasibility study leading to a project for material extraction.

2. Personal and Family Hardships:

- Efforts to thwart the expropriation of her father's property.

- Plaintiff's involvement in traveling for the reconstructing the accident, securing the vehicle, and liaising with AIG Panama.

- Legal actions in Panamanian courts to recover the vehicle which was loss.

Legal actions in the Panamanian Courts.

- Details of payments and receipts showing $10,000 in cash to her uncle, additional payments with receipts, and costs for title, plates, transfers, and insurance fees.

3. Social Media and Defamation:

- False accusations on social media (@X, formerly known as Twitter) holding Plaintiff responsible for her husband's death.

- Online groups attacking Plaintiff and spreading messages that she is not the biological mother of her children.

4. Medical and Chemical Burns Incident:

- Two cases with the District Attorney in Santiago, Panama, involving chemical burns sustained by Plaintiff's children, RM and VM, at Hotel Mykonos.

- Actions taken ex officio by Martinelli and Varela, designated

by the US State Department, failing to address the matter.

5. Failure to pay Dependency Indemnity Compensation

6. Letter to the US Congress addressing these matters and subsequent cases in New York.

7. Depriving children of insurance.

Legal Precedents:

   - Goodyear Dunlop Tires Operations, S.A. v. Brown, 564 U.S. (2011): Establishing jurisdiction over foreign corporations.

   - Foreign Sovereign Immunities Act (FSIA): Overcoming potential jurisdictional defenses raised by foreign entities.

   - Dunlop Tire Precedent and Licra v. Yahoo Precedent: Importance of exhausting all legal avenues and establishing a clear connection between the defendant's activities and the forum.

 Highway Construction Projects:

   - Description of a four-lane highway for $2.2 billion and sources of funds.

   - Detailed list of projects and investments related to the highway construction by Odebrecht SA and related companies.

. 18 U.S.C. § 1114 (Extraterritorial Jurisdiction):

   - Failure of Protection for officers and employees of the United States, including members of the uniformed services and their families, against threats and attempts to harm them and undue protection.

5 U.S.C. § 2302 - Prohibited personnel practices: This statute prohibits federal employees from taking or failing to take personnel actions that violate laws, rules, or regulations. This including asserting custody, actions reserve to the US Courts. Including correspondence of the allege yet irrefutable actions of hiring (.) with the intentional harassment of Plaintiff including the false dissemination that her

children were not her children, coupled with the lack of proper investigation of the ongoing harassment by formerly convicted antisemite, Melanie Maria Abbruzzese. If the failure of the State Department employees to act can be shown to violate any laws, rules, or regulations, this could potentially establish liability.

Given the complexity of these issues and the need for a detailed analysis of the facts and applicable laws, it is recommended to consult with legal professionals experienced in these areas of law to explore the potential for holding U.S. State Department employees liable under these statutes.

# Caja de Ahorros
El Banco de la Familia Panameña

**DÍA** 8  **MES** 1  **AÑO** 12

NÚMERO DE CUENTA: 270000110386

NOMBRE: Ann Terreros

☑ CUENTA DE AHORROS  ☐ CUENTA CORRIENTE

☐ ANHELO SEGURO-CUOTA  ☐ ANHELO SEGURO-DEPÓSITO EXTRAORDINARIO

| DEPÓSITOS | BALBOAS | CTS. |
|---|---|---|
| EFECTIVO | | |
| CHEQUES CAJA DE AHORROS | 1,141 | 64 |
| CHEQUES LOCALES | | |
| OTROS | | |
| TOTAL B/. | 1,141 | 64 |

3121/DEPOSITO EFECTIVO S/LIBRETA
Cta # 270000110386
Cliente: TERREROS ESPINOSA, AIAN GILBERTO
Efectivo :                    1/141.64
Cheques Banco:                     0.00
Cheques Otros Bancos:
Barranjugos:                   1,141.64
Fecha: 08/01/2012 12:02:02 AM
5804/08838  CA13417/Secuencia 0000005876
Todas las comisiones y servicios que cobra
el Banco incluyeb el ITEMS

FIRMA DEL DEPOSITANTE

Quien usa esta papeleta, conviene en que todos los cheques, giros, pagarés, aceptaciones y otros endosos estén anotados como efectivo o no, se aceptan únicamente, para su cobro por cuenta y riesgos del depositante hasta tanto se consiga el pago efectivo de ellos. El cliente conviene en que los cheques, giros u otros efectos incluidos en este depósito son recibidos por el Banco al cobro solamente y que no pr

DEPÓSITO

# ESTUDIO DE IMPACTO AMBIENTAL CATEGORIA II

## PROYECTO: EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA

## PROMOTOR: GRUPO CORPORATIVO DEL ATLANTICO S.A.



**UBICACIÓN: CORREGIMIENTO EL RINCON, DISTRITO LAS PALMAS**
**PROVINCIA VERAGUAS**

**CONSULTOR: Roberto Jiménez Solís**
**IRC 043-2002**

**Abril 20014**

AUTORIDAD NACIONAL DEL AMBIENTE
VENTANILLA UNICA
RECIBIDO
Por.
Fecha. 30 / 5 / 2014

1



## 1.0. TABLA DE CONTENIDO

Pag.

| | |
|---|---|
| **2. RESUMEN EJECUTIVO** | **7** |
| 2.1. Datos generales del Promotor | 7 |
| 2.2. Breve descripción del Proyecto, Obra o Actividad | 7 |
| 2.3. Síntesis de la características del área de influencia del proyecto, obra o actividad | 9 |
| 2.4. Información más relevante sobre los problemas ambientales críticos generados por el proyecto, obra o actividad | 9 |
| 2.5. Descripción de los impactos positivos y negativos generados por el proyecto, obra o actividad | 10 |
| 2.6. Descripción de las medidas de mitigación, seguimiento, vigilancia y control previstas para cada tipo de impacto ambiental identificado | 10 |
| 2.7. Descripción del plan de participación pública realizado | 12 |
| 2.8. Las fuentes de información utilizadas | 12 |
| **3.0. INTRODUCCION** | **13** |
| 3.1. Alcance, Objetivos, Metodología del Estudio presentado | 13 |
| 3.1.1. Alcance | 13 |
| 3.1.2. Objetivos | 13 |
| 3.1.3. Metodología | 13 |
| 3.2. Categorización | 15 |
| **4.0. INFORMACION GENERAL** | **17** |
| 4.1. Información sobre el promotor | 17 |
| 4.2. Paz y Salvo | 17 |
| **5.0. DESCRIPCION DEL PROYECTO** | **18** |
| 5.1. Objetivos del proyecto, obra o actividad | 18 |
| 5.2. Ubicación geográfica | 19 |
| 5.3. Legislación, normas técnicas y ambientales que regulan el sector y el proyecto, obra o actividad | 22 |
| 5.4. Descripción de las fases del proyecto, obra o actividad | 24 |
| 5.4.1. Planificación | 25 |
| 5.4.2. construcción | 25 |
| 5.4.3. Operación | 26 |

| | |
|---|---|
| 5.4.4.  Abandono | 28 |
| 5.4.5. Cronograma y tiempo de ejecución de cada fase | 28 |
| 5.5. Infraestructura a desarrollar y equipos a utilizar | 30 |
| 5.6. Necesidades de insumos durante la construcción y operación | 30 |
| 5.6.1. Necesidades de servicios básicos | 30 |
| 5.6.2. Mano de obra | 32 |
| 5.7. Manejo y dispos ición de los desechos en todas sus fases | 33 |
| 5.7.1. Sólidos | 33 |
| 5.7.2. Líquidos | 33 |
| 5.7.3. Gaseosos | 33 |
| 5.7.4. Peligrosos | 34 |
| 5.8. Concordancia con el plan de uso de suelo | 34 |
| 5.9. Monto global de la inversión | 34 |
| **6.0. DESCRIPCION DEL AMBIENTE FISICO** | **35** |
| 6.1. Formación geológica regional | 35 |
| 6.1.2. Unidades geológicas locales | 36 |
| 6.3. Características del suelo | 36 |
| 6.3.1. Descripción del uso de suelo | 38 |
| 6.3.2. Deslinde de la propiedad | 39 |
| 6.3.3. Capacidad de uso y aptitudes del suelo | 39 |
| 6.4. Topografía | 41 |
| 6.4.1. Mapa topográfico o plano, según área a desarrollar a escala 1:50,000 | 41 |
| 6.5. Clima | 42 |
| 6.6. Hidrología (se adjunta estudio Hidrológico) | 42 |
| 6.6.1 Calidad de aguas superficiales | 42 |
| 6.6.2. Aguas subterráneas | 42 |
| 6.7. Calidad de aire | 42 |
| 6.7.1. Ruido | 43 |
| 6.7.2. Olores | 43 |
| 6.8. Antecedentes sobre la vulnerabilidad frente a amenazas naturales en el área | 43 |
| 6.9. Identificación de los sitios propensos a inundación | 44 |
| 6.10. Identificación de los sitios propensos a erosión y deslizamiento | 44 |
| **7.0.  DESCRIPCION DEL AMBIENTE BIOLOGICO** | **45** |

| | |
|---|---|
| 7.1. Característica de la flora | 45 |
| 7.1.1. Característica vegetal, inventario forestal | 45 |
| 7.1.2. Inventario de especies exóticas, amenazadas, endémicas o en peligro de extinción | 47 |
| 7.1.3. Mapa de cobertura vegetal y uso de suelo | 48 |
| 7.1.4. Bosque secundario Maduro | 49 |
| 7.1.5. Rastrojo | 49 |
| 7.1.6. Herbazales con árboles dispersos | 50 |
| 7.1.7. Riqueza de especies | 51 |
| 7.2. Características de la fauna | 52 |
| 7.2.1. Inventario de especies amenazadas, vulnerables, endémicas o en peligro | 52 |
| 7.2.1.1. Aves | 52 |
| 7.2.1.2. Mamíferos | 53 |
| 7.2.1.3. Reptiles | 54 |
| 7.3. Ecosistemas frágiles | 56 |
| 7.3.1. Representatividad de ecosistemas | 56 |
| 8.0. DESCRIPCION DEL AMBIENTE SOCIO-ECONÓMICO | 57 |
| 8.1. Uso actual de la tierra en sitios colindantes | 57 |
| 8.2. Características de la población (nivel cultural y educativo) | 57 |
| 8.2.1. Índices demográficos, sociales y económicos | 58 |
| 8.2.2. Indices de mortalidad y morbilidad | 59 |
| 8.2.3. Indice de ocupación laboral y otros similares que aporten información relevante sobre la calidad de vida de las comunidades afectadas | 59 |
| 8.2.4. Equipamiento, servicios, obras de infraestructura y actividades económicas | 59 |
| 8.2.4.1. Equipamiento | 59 |
| 8.2.4.2. Transporte | 60 |
| 8.2.4.3. Abastecimiento, almacenaje y distribución de agua | 60 |
| 8.2.4.4. Alcantarillado | 60 |
| 8.2.4.5. Sistemas de comunicaciones | 60 |
| 8.2.4.6. Seguridad | 61 |
| 8.2.4.7. Salud | 61 |
| 8.2.4.8. Vivienda | 61 |

| | |
|---|---|
| 8.3. Percepción local sobre el proyecto, obra o actividad (a través del plan de participación ciudadana) | 61 |
| 8.4. Sitios históricos, arqueológicos y culturales detectados | 69 |
| 8.5. Descripción del paisaje | 69 |
| 9.0. IDENTIFICACION DE IMPACTOS AMBIENTALES Y SOCIALES ESPECIFICOS | 71 |
| 9.1. Análisis de la situación ambiental previa (línea de base) en comparación con las transformaciones del ambiente esperadas | 71 |
| 9.2. Identificación de los impactos ambientales específicos, su carácter, grado de perturbación, importancia, riesgo de ocurrencia, extensión del área, duración y reversibilidad | 73 |
| 9.3. Metodologías usadas en función de la naturaleza de la acción emprendida, las variables ambientales afectadas y las características ambientales del área de influencia | 81 |
| 9.4. Análisis de los impactos sociales y económicos a la comunidad producidos por el proyecto | 91 |
| 10.0 PLAN DE MANEJO AMBIENTAL (PMA) | 92 |
| 10.1. Descripción de las medidas de mitigación específicas frente a cada impacto ambiental | 92 |
| 10.2. Ente responsable de la ejecución de las medidas | 93 |
| 10.3. Monitoreo | 95 |
| 10.4. Cronograma de ejecución | 96 |
| 10.5. Plan de participación ciudadana | 97 |
| 10.6. Plan de prevención de riesgo | 99 |
| 10.7. Plan de rescate y reubicación de fauna y flora | 100 |
| 10.8. Plan de educación ambiental | 103 |
| 10.9. Plan de contingencia | 105 |
| 10.10. Plan de recuperación ambiental y de abandono | 106 |
| 10.11. Costo de la gestión ambiental | 107 |
| 11.0 Ajuste económico por externalidades sociales y ambientales y análisis de costo/beneficio | 108 |
| 11.1. Valoración monetaria del impacto ambiental | 108 |
| 11.2 Valoración monetaria de las externalidades sociales (no aplica) | 108 |
| 11.3. Calculo del VAN (no aplica) | 108 |

| | |
|---|---|
| **12.0. Lista de profesionales que participaron en la elaboración del EsIA y firma responsable** | **109** |
| 12.1. Firmas debidamente notariadas | 109 |
| 12.2. Número de registro de consultores | 110 |
| **13.0. CONCLUSIONES Y RECOMENDACIONES** | **111** |
| **14.0. BIBLIOGRAFIA CONSULTADA** | **112** |
| **15.0. ANEXOS** | **113** |
| • Fotos | |
| • Documentos Legales | |
| • Encuestas | |
| • Estudios Geológicos | |
| • Planos | |

## 2. RESUMEN EJECUTIVO

### 2.1. Datos Generales del Promotor:

**PROYECTO: Extracción de Minerales No Metálicos – Finca Lajita**

a. **PROMOTORES**: GRUPO CORPORATIVO DEL ATLANTICO, S.A.

b. **REPRESENTANTE LEGAL y PRESIDENTE:** Sr. Eric Francisco Alvarado Santos

c. **Cédula: 9-114-2488**

d. **Dirección:** Ciudad de Santiago, Provincia de Veraguas.

e. **Teléfono:** 6616-4535

f. **Correo electrónico:** harinas@cwpanama.net

g. **CONSULTOR AMBIENTAL RESPONSABLE**
Ing. Roberto Jiménez S.

h. **Registro de consultor:** IRC- 043-2002

i. **e-mail:** rjs34224@gmail.com

j. **Cel:** 6672-1575

### 2.2 Breve descripción del proyecto, obra o actividad; área a desarrollar, presupuesto aproximado

El proyecto "Extracción de Minerales no Metálicos – Finca Lajita" tiene la finalidad de realizar la extracción de material no metálico, piedra y material selecto, para proveer de este material a las empresas que realizan obras de interés público, como lo son las carreteras o tramos de la carretera Interamericana que va de Santiago a David.

La extensión de área del proyecto es de 112 hectáreas más 2296 m2, en un segmento ubicado en dos (2) fincas de propiedad de los Señores Nivardo Jesús López y la finca de Víctor Antonio García Camaño que se **afecta** por el proyecto, ambas propiedades ubicadas en el Corregimiento Del Rincón, Distrito de Las Palmas, Provincia de Veraguas.

Con el proyecto, se estará dando el apoyo necesario a la continuidad del programa de desarrollo vial que lleva adelante el Gobierno. El costo estimado del proyecto es de B/. 475,500.00 y se estima que se puede generar unas 250,000 yds cubicas por año.

7

Al realizarse la extracción de mineral no metálico (piedra), se producirán impactos significativos adversos, **aunque temporales**, presentando alteraciones en dos de los criterios de protección ambiental que determinan la categorización de los estudios de acuerdo al Capítulo I, Artículo 23 del Decreto Ejecutivo 123 del 14 de agosto de 2009, por lo que definimos el presente Estudio de Impacto Ambiental como categoría II.

**Síntesis de las Fases del Proyecto**

**a) PLANIFICACION:**

Las actividades que se realizarán en el proyecto, su diseño y estrategias, se definen en esta fase. Igual se preparan las medidas de control, prevención, mitigación y seguridad que se tomarán para lograr la preservación del medio.

**b) CONSTRUCCION:**

El proyecto no contempla la construcción de infraestructuras permanentes, pero si se realizará movimiento de tierra, se instalará caseta para el control de entradas salidas de equipos, camiones y materiales.

**c) OPERACIÓN:**

La fase de operación contempla 2 etapas diseñadas así:

- Etapa 1- Consiste en la extracción y acumulación de piedra.
- Etapa 2- Traslado del material al sitio de procesamiento o trituración.

**d) ABANDONO:**

La fase de abandono contempla el reacondicionamiento del área, para dejarla en el estado en que se encontraba antes del inicio de la operación de extracción.

## 2.3. Síntesis de las Características del área de influencia del proyecto, obra o actividad.

El área del proyecto se encuentra en las fincas Nº 8692 de 96 has + 4000 mts2, propiedad de Nivardo Jesús López  y la finca Nº 65494 que será **afectada** por el proyecto, esta propiedad es de Víctor Antonio García Camaño. Ambas fincas están ubicadas en el Corregimiento Del Rincón, Distrito de Las Palmas, Provincia de Veraguas, a escasos 3 kms de la carretera Interamericana.

La zona es identificada como un área dominada por basaltos y aglomerados volcánicos, correspondientes a la formación San Pedrito.  Detalle de la información geológica se anexa en el documento Informe de Evaluación de Yacimiento (piedra de cantera) elaborado por el Ing. Abdiiel Chiu por encomienda del Promotor y el área de mayor explotación está ubicada en la finca La Lajita cuyo acceso es a través de caminos de piedra dentro de los linderos de las fincas.

## 2.4. Información más relevante sobre los problemas ambientales críticos generados por el proyecto, obras o actividad.

En su totalidad, el área está fuertemente impactada, ya que la actividad que predomina en la región es la ganadería, practicada de manera tradicional desde hace más de 50 años. Los pocos  cultivos agrícolas que se realizan son para consumo familiar.

Como el proyecto está orientado a la extracción de piedra de cantera, los mayores problemas que pueden presentarse son la  alteración temporal de los parámetros físicos, como una probable contaminación por combustibles y aceites; contaminación acústica; afectación de la calidad del aire y posibles problemas de vialidad en los caminos que permitirán la salida del material.

9

## 2.5. Descripción de los impactos positivos y negativos generados por el proyecto, obra o actividad.

Impactos positivos: Contar a nivel local, con material para la construcción, de los proyectos de desarrollo vial, principalmente la ampliación de la carretera Interamericana y la creación de nuevas fuentes de empleo.

Impactos negativos: Afectación temporal de ambiente acústico, afectación temporal de la calidad del aire; afectación temporal de la calidad del agua; riesgo de contaminación por residuos de combustibles y lubricantes; posibles problemas de vialidad.

## 2.6. Descripción de las medidas de mitigación, seguimiento, vigilancia y control previstas para cada tipo de impacto ambiental identificado.

Las medidas de mitigación, seguimiento, vigilancia y control, son contempladas en el Plan de Manejo Ambiental (PMA) y estarán sometidas a las normas y políticas que sobre la materia tiene establecidas la Autoridad Nacional del Ambiente (ANAM), al igual que por las establecidas por la Autoridad de Tránsito y Transporte Terrestre (ATTA). La tabla a continuación sintetiza el Plan de Manejo Ambiental.

## Cuadro 1- SINTESIS DEL PMA

| PLAN DE MANEJO AMBIENTAL | | |
|---|---|---|
| **MEDIDAS DE MITIGACION** | MM1<br>MM2<br>MM3<br>MM4<br>MM5<br>MM6<br>MM7 | Control de erosión<br>Control de la calidad del agua<br>Control del ruido<br>Manejo de residuos sólidos y desechos líquidos<br>Control de derrames de combustibles y aceites<br>Control de emisiones de gases<br>Aplicación y cumplimiento de normas y regulaciones Laborales del ministerio de Trabajo, ANAM y ANTTT |
| **MEDIDAS PREVENCION DE RIESGOS** | MS1<br><br>MS2<br><br>MS3<br><br>MS4<br>MS5<br>MS6 | Prevención de caídas de contaminantes a las aguas<br>Medidas para la recolección de desechos sólidos y líquidos<br>Prevención y control de contaminación por combustibles y aceites<br>Prevención y control de gases contaminantes<br>Prevención del aumento de los niveles de ruidos<br>Prevención y control de accidentes laborales y de transito |
| **MEDIDAS DE VIGILANCIA** | MV1<br>MV2<br>MV3<br>MV4<br>MV5<br><br>MV6 | Vigilancia de la calidad del aire<br>Vigilancia de la calidad del agua<br>Vigilancia de inundaciones y erosión<br>Vigilancia de los niveles de ruidos<br>Vigilancia de los mecanismos de recolección de desechos sólidos y líquidos<br>Vigilancia del cumplimiento de las medidas<br>De seguridad laboral y de transito |

## 2.7. Descripción del Plan de Participación Pública Realizado

El viernes 21 de marzo de 2014, se llevó a cabo una encuesta a nivel de la comunidad donde se entrevistaron 14 personas a través de una encuesta, incluyendo autoridades locales, cuyos resultados se presentan en el capítulo 9 del EsIA. Además, se publicará anuncio en un diario de alta circulación.

## 2.8. Fuentes de Información Utilizadas

Como fuente de información fueron consultadas las normas y reglamentaciones vigentes tanto en La Autoridad Nacional del Ambiente (Ley 41 del 1° de julio de 1998 y el Decreto ejecutivo 123 de 14 de agosto de 2009); Normas y reglamentos de La Autoridad de Tránsito y Transporte Terrestre, documentos de La Contraloría General de la República, del Instituto Tommy Guardia, Etesa y CATHALAC, Libro de Consulta para Evaluación Ambiental del BM y otros que se detallan en el segmento de Bibliografía.

## 3. INTRODUCCIÓN

### 3.1. Alcance, objetivos y metodología del estudio presentado:

#### 3.1.1. Alcance:

Este Estudio de Impacto Ambiental se elabora en cumplimiento de la Ley 41 de 1° de julio de 1998 (Ley General del Ambiente) y del Decreto Ejecutivo 123 del 14 de agosto de 2009, que especifica los contenidos mínimos que los mismo deben abordar a respecto del área afectada por el proyecto y se establece la obligatoriedad de someterlos al proceso de Evaluación por parte de La Autoridad Nacional del Ambiente. En el  caso que nos ocupa se trata de un proyecto de Extracción de Minerales no Metálico para obras públicas, ubicado en el Corregimiento de El Rincón del Distrito de Las Palmas, Provincia de Veraguas..

#### 3.1.2 Objetivos

El objetivo principal de este Estudio de Impacto Ambiental, se fundamenta en la realización de un análisis de las condiciones actuales del área del proyecto y las afectaciones probables al medio ambiente. Este Análisis permite estructurar un documento de fácil comprensión, aplicando las técnicas y disciplinas de investigación, que conducen a la descripción de las condiciones socio-ambientales del área de estudio y la identificación de los impactos positivos o negativos que se puedan originar producto de su implementación.

Todo esto con el propósito de conservar y proteger el medio, para  lo cual se aplicará oportunamente un Plan de Manejo Ambiental (PMA), mismo que conduzca a la mitigación, prevención, y compensación ambiental, teniendo presente que su aplicación es de riguroso cumplimiento por parte del promotor.

Por tanto el **objetivo** primario del Estudio, es el cumplimiento a cabalidad de la Ley 41 de primero de julio de 1998 y el Decreto Ejecutivo 123 de 14 de septiembre de 2009.

De la misma manera, se consideraron objetivos específicos del Estudio de Impacto Ambiental, destacándose los siguientes aspectos:

- Descripción detallada de las fases y actividades del proyecto.
- Descripción del entorno existente en el área del proyecto, factores físicos-químicos-biológicos-ecológicos y socioeconómicos-culturales.
- Delimitación del área de la influencia del proyecto (entorno), por factor ambiental.
- Identificación de los impactos ambientales del proyecto por factor ambiental.
- Elaboración de un Plan de Manejo Ambiental, conciso, manejable y ejecutable; en el cual se desarrollen los diferentes planes en cada sitio de ejecución del proyecto.

### 3.1.3 Metodología

La metodología utilizada para la elaboración del presente estudio (EsIA), contemplo la participación ciudadana como elemento importante, por lo que se realizaron visitas al área donde se desarrollará el proyecto con la finalidad de recabar información in situs. Con la información recabada, se aplicó la metodología sugerida en el Decreto Ejecutivo 123 del 14 de agosto de 2009. Esta metodología incluyó el levantamiento de toda la información necesaria para desarrollar los diferentes capítulos.

Se consultaron documentos como: Los planos del polígono del proyecto, Atlas Geográfico de Panamá, literatura relacionada con el sitio del proyecto, el Informe de Evaluación del Area del Proyecto y el Reporte de Perforación y Calidad de Roca del Area del Proyecto el cual se anexa, Censos de Población y Vivienda, Panamá en Cifras, el marco legal ambiental vigente y documentos sobre el estado legal del sitio.

Se realizaron reuniones con profesionales con experiencia en la materia. Además, se recopiló información relevante por parte del equipo multidisciplinario encargado de la elaboración del estudio de impacto ambiental.

Utilizando los parámetros de la **metodología señalada** para evaluar los posibles impactos ambientales del proyecto, se trabajó en la elaboración de una matriz, que permitiera identificar los probables impactos negativos o positivos y que sus orígenes fueran producto del desarrollo de las actividades del proyecto en la fase de planificación, construcción, operación y abandono de la obra.

La aplicación de la matriz elaborada permitió identificar y evaluar los posibles impactos positivos y negativos que se generarán con el desarrollo de las actividades del proyecto.

De la misma manera, se determinó la magnitud y significancia de los parámetros identificados, con lo cual se confirmó la categorización del estudio por los consultores y promotores como Categoría II (basados en los criterios de protección ambiental) y las medidas de mitigación específicas que garantizarán la viabilidad ambiental del mismo.

La elaboración del Estudio de Impacto Ambiental tuvo una duración de 75 días contados a partir del momento en que se realizó la primera visita al área del proyecto.

### 3.2 Categorización

Mediante el análisis detallado de Los criterios de protección ambiental para establecer la categorización de los EsIA, que se encuentran definidos en el Decreto Ejecutivo 123 de 14 de agosto de 2009, se categorizó este EsIA como **Categoría II.**

A esta conclusión se llego basado en que el proyecto "Extracción de Minerales no Metálicos" produce impactos adversos enmarcados en dos de los cinco criterios establecidos en el decreto de referencia.

## CRITERIOS ENMARCADOS POR FACTORES AFECTADOS Y QUE DETERMINAN LA CONCURRENCIA DE RIESGOS:

**Criterio 1.** Protección de la salud de la población, flora y fauna y sobre el ambiente en general.

**Criterio 2.** Alteración significativa sobre la cantidad y calidad de los recursos naturales con especial atención de la diversidad biológica y territorios o recursos con un valor económico.

**Factores de riesgos:**

❖ Emisiones de gases que afectan la calidad del aire

❖ Alteración de los niveles de ruidos y vibraciones o afectación temporal del ambiente acústico.

❖ Afectación de la calidad de agua

❖ Promoción temporal de actividad extractiva

❖ Alteración de los parámetros físicos, químicos y biológicos del agua por contaminación de residuos de combustible y lubricantes

A respecto de los criterios 3, 4 y 5, el proyecto no genera alteraciones significativas sobre los mismos.

## 4. INFORMACIÓN GENERAL

### 4.1 Información sobre el Promotor

El promotor del proyecto es una persona jurídica, denominada GRUPO CORPORATIVO DEL ATLANTICO S.A. con oficinas en el Centro de Convenciones Dos Mares ubicado a las entradas de la ciudad de Santiago, Provincia de Veraguas. La empresa Grupo Corporativo del Atlántico, S.A. se encuentra Registrada en la Ficha 750723, Documento 2066616 en la Sección de Personas Mercantiles del Registro Público desde octubre de 2011.

- **Presidente y Representante Legal: Eric Francisco Alvarado Santos**
- **Cedula Nº:** 9-114-2488
- **Nacionalidad:** Panameña
- **Residencia:** Santiago, Provincia de Veraguas
- **Teléfono: 6616-4535**
- **Correo electrónico: harinas@cwpanama.net**

### 4.2 Paz y Salvo

Ver anexos

## 5.0  DESCRIPCIÓN DEL PROYECTO, OBRA O ACTIVIDAD

### 5.1  Objetivo del Proyecto, obra o actividad y su justificación:

**Objetivos:**

- Iniciar un proceso de extracción de material no metálico para obras públicas.
- Contribuir a la reducción de los costos tan elevados de materiales como piedra para construcción.
- Contar con materiales en el área para la continuidad del desarrollo vial, urbano y de infraestructuras que se lleva a cabo en la región.
- Aprovechar la existencia del abundante material no metálico (piedra de cantera) para la construcción de obras civiles públicas o privadas.
- Crear una fuente de empleo de mediano tiempo, que permitirá mejorar los niveles de ingresos de algunas familias.

**Justificación:**

El proyecto busca primero que todo, proveer de material no metálico (piedra de cantera) para la continuidad de las obras civiles que promociona el gobierno, principalmente el desarrollo de infraestructura vial.

Para lograr este objetivo es necesario que se permita la extracción de piedra de cantera que es un material abundante en el área y cuyo efecto negativo sobre el medio ambiente es mínimo y temporal.

Para la realización del proyecto, ya se ha solicitó al MICI a través de la Dirección de Recursos Minerales una concesión temporal de extracción de recursos minerales no metálicos destinados a obras públicas y privadas.

## 5.2. Ubicación geográfica del proyecto:

El proyecto está ubicado en la localidad de La Lajita, Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas. El mismo dista 3 Kms desde  la carretera panamericana. .

Las coordenadas geográficas de las zonas están  contenidas en los respectivos mapas y descripción de la zona, que se caracteriza geológicamente por contener formaciones y acumulaciones de mineral no metálico (arena y piedra), lo que permite la actividad en esta zona.

## Coordenadas del polígono del proyecto
### Coordenadas UTM

Cuadro # 2

| NORTE | ESTE |
|-------|------|
| 0453332 | 0908886 |
| 0453323 | 0908931 |
| 0453302 | 0908945 |
| 0453364 | 0908905 |

Mapa **de localización regional**
AREA DE EXTRACCION
**mapa 1**



El proyecto tiene acceso directo por carreteras de tierra y piedra que conduce hasta el área donde se realizarán las labores de extracción.

El proyecto se desarrolla en finca arrendada y la inversión estimada es de B/. 475,500.00  y su destino es el de contratación de equipo de extracción de piedra de cantera, mano de obra a ser ocupada en el proyecto; compra de combustible y lubricante para el proceso productivo, el pago por alquiler de tierra y equipo y el alquiler de camiones de carga para transportar el material producto de la extracción.

### Colindancia del área del proyecto

El área del proyecto colinda con terrenos nacionales ocupados en proyectos ganaderos y con  Natividad González (ver plano anexo).

## VISTA DEL AREA DONDE SE DESARROLLARA ELPROYECTO
**Imagen 1**



## 5.3. Legislación, normas técnicas e instrumentos de gestión ambiental aplicables y su relación con el proyecto, obra o actividad.

- ➢ La Ley N° 41 de julio de 1998 (G. O. 24,014), crea la Autoridad Nacional del Ambiente (ANAM), que es la entidad rectora en la protección del medio natural.
- ➢ Decreto Ejecutivo N° 123 de 14 de agosto de 2009 referente al proceso de Evaluación de Impacto Ambiental,
- ➢ Ley N° 66, de 10 de noviembre de 1947. Por la cual se aprueba el Código Sanitario de la República de Panamá. (G. O. 10,467).
- ➢ Código Sanitario. Ley 66 de 10 de noviembre de 1947. "Por la cual se aprueba el Código Sanitario". (G.O. 10467 de 6 de diciembre de 1947).
- ➢ Artículo 88. Son actividades sanitarias locales en relación con el control del ambiente: Dictar las medidas tendientes a evitar o suprimir las molestias públicas, como ruidos, olores desagradables, humos, gases tóxicos, etc.;
- ➢ Decreto N° 4113 de 26 de junio de 2006 relativo al ruido ambiental, referido al Decreto Ejecutivo N° 1 de 15 de enero de 2004 del MINSA que determina los niveles de ruido para áreas residenciales e industriales.
- ➢ Comercio e Industrias. Reglamento Técnico DGNTI-COPANIT1 44-2000 advierte que la exposición permisible para jornadas de trabajo de 8 horas.
- ➢ Resolución N° AG-0363-2005, de 8 de julio de 2005. Por la cual se establecen medidas de protección del Patrimonio Histórico Nacional ante actividades generadoras de Impacto Ambiental (G. O. 25.347).
- ➢ Ley N° 6. Del 1 de febrero de 2006, por el cual se reglamenta el ordenamiento territorial para el desarrollo urbano y se crea la Dirección Nacional de Ventanilla Única para la República de Panamá.
- ➢ Ministerio de Salud, Decreto Ejecutivo del Ministerio de Salud No. 1 del 15 de Enero del 2004 que determina los niveles de ruido para las áreas residenciales e industriales.

- Ley Nº 36, de 17 de mayo de 1996. Por la cual se establecen controles para evitar la Contaminación Ambiental ocasionada por combustible y Plomo. (G. O. 23,040).

- Resolución AG-0342-2005 de 27 de junio de 2005. Que establece los requisitos para la autorización de obras en cauces naturales y se dictan otras disposiciones.

- Decreto Nº 255, del 18 de diciembre de 1998. Por el cual se reglamentan los Artículos 7, 8 y 10 de la Ley Nº 36 de 17 de mayo de 1996 y se dictan otras disposiciones (Emisiones Vehiculares). (G. O. 23,697).

- Ley Nº 1, de 3 de febrero de 1994. Por la cual se establece la Legislación Forestal de la República de Panamá y se dictan otras disposiciones. (G. O. 22, 470).

- Resolución de la Junta Directiva 05-98 de 22 de enero de 1998. Por la cual se Reglamenta la Ley Nº 1, de 3 de febrero de 1994 y se dictan otras disposiciones. (G. O. 23, 495).

- Decreto Ley Nº 23 de 30 de enero de 1967, "Por el cual se señalan disposiciones para la protección y conservación de la Fauna Silvestre

- Resolución Nº AG-0235-2003, del 2 de junio de 2003. Por la cual se establece la tarifa para el pago en concepto de Indemnización Ecológica, para la expedición de los permisos de tala rasa y eliminación de sotobosques o formaciones de gramíneas, que se requiera para la ejecución de obras de desarrollo, infraestructuras y edificaciones (G. O. 24,833).

- Resolución 505 de 6 de octubre de 2000, se aprueba el reglamento Técnico COPANIT 45-2000 Sobre Higiene y Seguridad en ambiente de trabajo donde se genera vibraciones

- Resolución Nº 350 del 26 de julio del 2000, en donde se aprueba el reglamento Técnico DGNTI-COPANIT 39-2000 de Descargas de Efluentes Líquidos Directamente a Sistemas de Recolección de Aguas Residuales

- Resolución Nº 351 de 26 de julio de 2000 Por la cual se aprueba el Reglamento Técnico DGNTI-COPANIT 35-2000. Agua. Descarga de Efluentes Líquidos Directamente a Cuerpos y Masas de Agua Superficiales y Subterráneas

➢ Resolución N° 352 del 26 de julio del 2000, en donde se aprueba el Reglamento Técnico DGNTI-COPANIT 47-2000 de Agua, Usos y Disposición Final de Lodos.

➢ Reglamento Técnico DGNTI-COPANIT 43-2001, Higiene y Seguridad Industrial. Condiciones de higiene y seguridad para el control de la contaminación atmosférica en ambiente de trabajo producida por sustancias químicas.

➢ Reglamento Técnico DGNTI-COPANIT 44-2000, Higiene y Seguridad Industrial. Condiciones de higiene y seguridad en ambientes de trabajo donde se genere ruido.

➢ Reglamento Técnico DGNTI-COPANIT 45-2000 Higiene y Seguridad Industrial. Condiciones de higiene y seguridad en ambientes de trabajo donde se generen vibraciones.

➢ Resolución N° 78-98 del 24 de agosto de 1998 Por la cual el Director General de Salud, del Ministerio de Salud, dicta la Norma para la Ubicación, Construcción e Instalación de Letrinas y Requisitos Sanitarios que se deben cumplir

## 5.4. Descripción de las fases del proyecto:

De manera a contribuir con los objetivos establecidos para la ejecución de las tareas a desarrollar en la ejecución del proyecto, indicamos que el proyecto se ejecutará contemplando las cuatro fases determinantes en la realización de las diversas actividades, las cuales son:

● **Fase de Planificación**:

Incluye la etapa de diseño y organización de actividades para la ejecución del proyecto.

● **Fase de Construcción**:

Está orientada al desarrollo de las actividades intrínsecas del proyecto en cuanto a la construcción de infraestructuras necesarias para la operación.

- **Fase de Operación:**

  Corresponde a la ejecución propiamente dicha y está ligada a las tareas a realizar para el cumplimiento de metas y objetivos.

- **Fase de Abandono:**

  Corresponde a la etapa de finalización de obras y se inicia con la limpieza del área hasta dejarla en condiciones similares a la encontrada.

## 5.4.1. Planificación

Esta fase Contempla las actividades encaminadas a lograr definir las metas y objetivos a alcanzar y programar en tiempo y espacio las actividades a desarrollar, tales como:

Estudio de factibilidad financiera; estudio hidrológico de ser requerido; estudio de impacto ambiental; obtención de permisos y concesiones. Además, se estructura el método de trabajo, los contratos de alquiler de equipos (incluye camiones de volquete); la contratación de personal, la determinación de las áreas y los frentes de trabajo, incluyendo el transporte de material y todos los trámites legales pertinentes.

En esta fase se consideraron y evaluaron los aspectos relacionados con las operaciones del proyecto, así como los posibles impactos ambientales y sus medidas de mitigación correspondientes

## 5.4.2. Construcción/ejecución

El proyecto de referencia, en sí, no desarrollará obras civiles, no obstante su producto será destinado a la construcción de obras civiles. Se construirá de manera temporal, una caseta para el control de entrada y salida de equipo y camiones; el área de ubicación del equipo que recibirá y transportará el material y se preparará el área de extracción; se construirá una estructura de apoyo logístico, técnico y administrativo, todo de carácter temporal.

**Actividades a realizar:**

> Contratación del personal (técnicos y obreros)
> Reparación de caminos
> Adecuación del sitio de acumulación de material
> Instalación de Caseta para control de entrada y salida de equipo y camiones y centro de operaciones.
> Reforzamiento de la cerca perimetral de la finca para evitar la entrada a personal no autorizado y evitar que puedan producirse accidentes.
> Fijación de letreros de señalización que indiquen el peligro de accesar al área de trabajo y la forma de circular.

### 5.4.3. Fase de Operación.

Da inicio con el proceso de extracción, para luego entrar en el proceso de acumulación.

**Actividades a desarrollar.**

**Proceso de extracción:** Con el equipo mecánico e hidráulico contratado, se procederá a la extracción de la piedra.

**Acumulación del material retirado:** Con una pala hidráulica, se acumulará el material proveniente de la extracción de piedra en un área predeterminada.

**Mantenimiento de las vías de acceso:** Se realizarán las labores de mantenimiento de las vías de entrada y salida del proyecto para mantenerlos transitables.

**Transporte de material:** Con un cargador se procederá a depositar el material acumulado en los camiones volquetes para trasladarlo al centro de trituración.

# FLUJOGRAMA DEL PROCESO DE EXTRACCION DEL MINERAL NO METALICO

figura 1



### 5.4.4. Abandono

Una vez concluido el proceso de extracción, se da inicio a la fase de abandono, la cual se dará por etapas. Se iniciará con la limpieza de las áreas aledañas a los sitios de extracción. El proceso se dará de la manera siguiente:

- **Remoción de estructuras construidas:**

  Este proceso consistirá en desmantelar las estructuras provisionales construidas, las cuales serán de madera y zinc.

- **Limpieza del área**

  Desmanteladas las estructuras construidas, se procederá a una limpieza general del terreno, utilizando equipo necesario para lograr dejar el área en condiciones utilizables.

- **Retiro de equipo:** Se retira todo el equipo que aun se encuentre en el área.

- **Reparación de caminos**

### 5.4.5 Cronograma y tiempo de ejecución de cada fase

El cuadro que a continuación se presenta, muestra el cronograma de ejecución del proyecto, el cual se estima tendrá una duración de entre cinco a diez años, No obstante la reserva bancable estimada y detalladas en el Informe de Evaluación del Yacimiento, elaborado por el Ing. Chiu, hacienden a 24,000,000 de metros cúbicos de roca, lo cual permitiría una explotación más allá de los diez años.

**CRONOGRAMA DE ACTIVIDADES**

## Cuadro 2

| Actividad / meses | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Planificación –**<br>. Diseño y programación de actividades | ■ | | | | | | | | | | | |
| **Construcción-**<br>. Contratación de personal<br>. Mejoramiento de caminos<br>. Adecuación del campo de trabajo<br>. Construcción de infraestructura<br>. Fijación de letreros de señalización | | ■ | ■ | | | | | | | | | |
| **Operación** – (5 a 10 años)<br>. Acumulación de material<br>. Transporte de material<br>. Mantenimiento de vía | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| **Abandono –**<br>. Remoción de estructuras<br>. Limpieza del área<br>. Retiro de equipo | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ |

## 5.5.  Infraestructura a desarrollar y equipo a utilizar.

Por tratarse de un proyecto temporal de extracción de piedra de cantera, no se construirán infraestructura permanente, será construida una caseta de control y una estructura que pueda servir de oficina y para el mantenimiento de los equipos. Se requerirá de un mínimo de equipo para la labor extracción.

El proyecto tendrá una duración de 5 a 10 años y el proceso de operación será de aproximadamente 12 meses anuales no continuos (una efectividad de algo más de 300 días anuales), ya que las operaciones podrán detenerse por efectos de exceso de lluvias y días feriados.

El equipo a utilizar en este proyecto será el siguiente:

- Pala hidráulica
- Cargador frontal
- Tractor D-6 con ripee
- Camiones volquetes

## 5.6  Necesidades de insumos durante la construcción/ejecución y operación.

Los insumos a utilizar para desarrollar el proyecto durante la construcción/ejecución y operación son:

- Madera, cemento, arena, piedra, clavos, bloques
- Combustible diesel
- Lubricantes y grasas
- Accesorios y piezas para repuestos de los equipos y maquinarias

### 5.6.1. Necesidades de servicios básicos

**Agua:**
El agua potable se suministrará a los trabajadores a través de bidones de agua purificada comprada a los proveedores locales.  No se contempla uso de agua superficial.

**Energía Eléctrica**

No se contempla trabajar en horas nocturnas, por lo que no se ha programado el uso del servicio eléctrico. No obstante de ser necesario, se utilizará la energía existente que está en el área proporcionada por la empresa EDEMET- EDECHI (Unión Fenosa).

**Aguas servidas**

Se tiene previsto la contratación de servicios sanitarios portátiles para uso del personal que laborará en el proyecto. La empresa que presta el servicio dispone de los equipos necesarios para la recolección de las aguas servidas, las cuales se recogerán periódicamente.

**Vías de acceso**

El camino de la entrada al área donde se desarrollará el proyecto es de piedra y llega hasta el lugar del proyecto.

**VIA INTERNA DE ACCESO**
**Imagen 2**



**Transporte público**

El servicio de transporte público, es prestado por líneas de buses que viajan en horario determinado de Santiago a todas las comunidades a orilla de la carretera panamericana y el transporte que va de Panamá a David.

### 5.6.2. Mano de obra

En la etapa de construcción se requerirá de carpintero y ayudante para la construcción de la caseta de control y el personal del área de logística. En la etapa de operación se contará con personal de control de salida de materiales y de seguridad. Otro personal contratado será responsabilidad de las empresas que preste el servicio de alquiler de equipo y camiones volquetes (operadores y auxiliares).

Se requerirá personal técnico para que oriente la actividad de limpieza en la etapa de abandono. Además, se requerirá de personal para la labor de reconversión del área afectada por el proyecto.

Los empleos permanentes que se crearán serán por aproximadamente 5 años y se requerirá de un máximo de 10 personas consistente en:

- 1- Administrador
- 2- Controladores de salida de camiones con material
- 1- Técnico para la labor de trabajos de control ambiental.
- 1-supervisores para los trabajos de limpieza
- 2- Seguridad.
- 3- operadores de equipo

Además, se necesitará personal temporal para la labor de extracción y acumulación del mineral no metálico extraído y personal que laborará en la fase de abandono.

### 5.7. Manejo y Disposición de desechos en todas las fases

#### 5.7.1  Sólidos

Durante las fases de construcción y operación para el manejo y disposición de los desechos sólidos domésticos se dispondrá de recipientes, los cuales  serán retirados periódicamente por una empresa contratada para ese fin. Los mismos serán transportados al vertedero municipal.

En la etapa de operación no se contempla la generación de gran cantidad de desechos sólidos por el tipo de actividad a desarrollar; salvo los generados por el personal de supervisión y control, estos desechos constituidos por recipientes de comidas, papel, plásticos  serán recogidos por la empresa para su respectiva disposición en los recipientes que se tendrán para ese fin.

#### 5.7.2. Líquidos

En las fases de construcción, operación y abandono, se contará con dos letrinas portátiles que  estarán a disposición del personal que laborará en el proyecto. Los residuos allí vertidos son retirados por la empresa que presta el servicio de alquiler de letrinas. El proyecto en sí no genera residuos líquidos, salvo los derrames de combustibles y aceites que puedan ocurrir, para lo cual existen las medidas de control de riesgos diseñadas en el PMA y controlados de acuerdo a lo programado. **El servicio de mantenimiento de equipo** se realizará en talleres fuera del área del proyecto.

#### 5.7.3. Gaseosos

La generación de gases en la fase de construcción y operación generarán un impacto negativo significativo, que se controlará mediante un programa de mantenimiento de los equipos  y camiones de volquetes que trabajarán en el área y cuyo mantenimiento se llevará a cabo en talleres fuera del área del proyecto. Se exigirá un buen mantenimiento a los equipos y vehículos que trabajen en el proyecto, para minimizar este impacto.

### 5.7.4. Peligrosos

El proyecto no genera desechos peligrosos, salvo que se considere como desechos peligrosos, los derrames de combustibles, aceites y lubricantes que pudieran originarse en las fases de construcción y operación. El Plan de manejo ambiental (PMA) contempla medidas de prevención, control y seguimiento para minimizar cualquier impacto que por estas causas puedan producirse.

### 5.8.    Concordancia con el plan de uso de suelo

En esta región del país el suelo tiene un uso agropecuario de manera tradicional, la actividad que se desarrollará en el área del proyecto guarda estrecha relación con la disponibilidad de recursos aprovechables de los suelos de la región. El proyecto no pretende dar un uso al suelo, distinto al ya establecido, es más, lo que se busca es estimular y mantener las actividades implementando nuevas tecnologías que permitan la obtención de mayor productividad y uso de los recursos naturales existentes.

El aprovechamiento del mineral no metálico que se extraerá es totalmente coyuntural y es el resultado de las mejoras que se desean implementar en la red vial del país y con esto facilitar el desarrollo de proyectos.

### 5.9.    Monto Global de la Inversión

El presupuesto estimado para la inversión en el proyecto de extracción de mineral no metálico, se ha estimado en B/. 475,500.00 distribuido así:

**Detalle resumido del costo:**

**Cuadro 2**

| OBJETO DEL COSTO | MONTO (B/.) |
|---|---|
| Construcción de estructuras temporal | 25,000.00 |
| Alquiler de equipo y camiones | 285,000.00 |
| Gastos Administrativos y de personal | 110,000.00 |
| Gastos ambientales | 25,000.00 |
| Gastos de limpieza de finca | 20,000.00 |
| Mantenimiento de la vía de acceso | 10,500.00 |
| TOTAL | 475,500.00 |

## 6. DESCRIPCION DEL AMBIENTE FISICO

La sección que presentamos a continuación contiene los aspectos relacionados con la línea base del ambiente físico para el área del proyecto. Para esta descripción se requirió tanto de información cualitativa como de datos cuantitativos y de visita al área del proyecto. Los mismos fueron obtenidos mediante la revisión de fuentes secundarias, giras de campo, toma de muestras, entrevistas, etc. En vista de que existe información de línea base reciente.

Para el desarrollo del proyecto se tomó como referencia los estudios realizados en el 2009 , se trata del EsIA "Línea de Transmisión de 230Kw Lorena – Prudencia – Gualaca – Guasquita, realizado para este fin. Además, de los acuerdos establecidos en el artículo 19 del Decreto 123 del 14 de agosto del 2009.

El nivel de detalle presentado en este Capítulo para cada uno de los elementos descritos, está acorde a la importancia que los mismos revisten en las discusiones de los impactos significativos (positivos o negativos) y a la necesidad de desarrollar medidas preventivas o mitigantes.

### 6.1. Formaciones Geológicas regionales

Las rocas consideradas como las más antiguas del Istmo de Panamá se han encontrado en el área suroeste de la Península de Azuero y **en la Península de Las Palmas.** Es una formación de origen del volcanismo básico: basaltos, posibles espilitas y piritas, que se encuentran metamorfoseadas en las facies esquistos verdes.

En Azuero, la tectónica del Cretácico resulta excepcionalmente complicada; es muy difícil reconocer directrices regionales, pues lo que se observa más bien son estructuras de arrastre por bloques variadamente rotados, inclinados y desplazados respecto a su posición original. Sin embargo, la formación de la cordillera central se debe probablemente a la simple acumulación de abundantes productos volcánicos.

35

Desde el punto de vista regional, el polígono en concesión minera de extracción, tiene gran relación con la formación de San Pedrito que contiene la formación de Cañazas y su inicio está relacionado con la actividad volcánica que ocurrió durante el periodo terciario.

Las rocas que caracterizan formación geológica regional comprenden rocas basálticas, arena, lutitas, madera silicificadas, conglomerados, tobas y aglomerados y sedimentos epiclásticos. También se observan fallas de poca envergadura y rumbos diferentes y las geoformas que más se destacan son el Cerro Jagua, donde se emplaza el yacimiento

### 6.1.2 Unidades Geológicas Locales

Las unidades geológicas locales se caracterizan por el predominio de unidades volcánicas basáltico-andesítico, la principal estructura aflora como un domo rocoso masivo al centro. Exhibe textura perfirítica, identificándose fenocristales de piroxeno, fedelspatos sódicos y cálcicos. Se observa igualmente, algo de vidrio y mineralización sílica, tendiente a la formación de cristales de cuarzo, estos minerales confieren una alta densidad a la roca de alrededor de 95 lb/pie3.

### 6. 3 Caracterización del Suelo

Los suelos en esta zona se caracterizan por ser (U) Umbrico a (c) Cámbico; ser de (C) Cámbico a (X) Oxico, tener de un drenaje imperfecto a un drenaje pobre, una (Kc) textura de esqueleto arcilloso, suelos de moderadamente profundos a poco profundos, con material originario de (Fa) llanos fluviales, con pendientes superficiales que van de 10% a 20%, con erosión de pequeña a moderada, con pedregosidad media a alta, no arables, con limitaciones muy severas, apta para pastos, bosques y algunas áreas para cultivos.

imagen 3



### 6.3.1 Descripción del Uso del Suelo

El uso actual del suelo en el área de influencia del proyecto y su entorno es la ganadera y agrícola tradicional. Mediante las imágenes actualizadas del área de influencia del proyecto y del análisis del Sistema de Información Geográfico "SIG" se destaca que antes del inicio de la apertura de caminos un 23.65% de los suelos en el área de influencia directa correspondía a un bosque secundario joven (rastrojo) y un 25.12% correspondía a bosque secundario maduro.

mapa 2



**PROYECTO "EXTRACCIÓN DE MATERIALES NO METÁLICOS - FINCA LA LAJITA"**

**LEYENDA**
**Cobertura Boscosa 2008**

- Uso Agropecuario de Subsistencia
- Rastrojo

### 6.3.2 Deslinde de la Propiedad

Las datos relacionas con el deslinde de propiedad, se encuentran detallados en las certificaciones emitidas por el Registro Público de la Propiedad donde se demuestra que la finca donde se desarrollará el proyecto es propiedad del Sr. Nivardo Jesús López quien firma un acuerdo notariado con la empresa Grupo Corporativo del Atlántico,.el cual forma parte de los anexos.

### 6.3.3 Capacidad de Uso y Aptitud de los Suelos

Panamá posee alrededor de 1,700,000 has. (23,4 %) de tierras cultivables, distribuidas en las clases II, III, IV. Alrededor de 4,650,000 has (64,1 %) para pastoreo y cultivo de árboles distribuidas en las clases V, VI, VII y unas 825,700 has (11,4 %) para vegetación forestal destinadas a la conservación.

Atendiendo a la capacidad agrológica de los suelos existentes en la Región Central, el 78,5 % de los suelos tienen la consideración de "no aptos" para el uso agrícola, y tan solo el 21,5 % presenta limitaciones para este uso. Esta situación es especialmente patente en el caso de Veraguas, donde se desarrollará el proyecto, solo el 7,9 % presenta limitaciones moderadas (clases II y III) y el 9,8 %, limitaciones severas (clase IV).

La clasificación de uso y aptitud de suelos del USDA, caracteriza la capacidad de los suelos y el uso potencial de la tierra, de la siguiente manera:
• **II Arable**, algunas limitaciones en la selección de las plantas, requiere conservación moderada.
• **III Arable**, severas limitaciones en la selección de las plantas, requiere conservación especial o
ambas cosas.
• **IV Arable,** con muy severas limitaciones en la selección de plantas, requiere un manejo muy cuidadoso o ambas cosas.

**Mapa 3**





CAPACIDAD DE USO DE SUELO
ESCALA: 1:20,000

## LEYENDA

### Capacidad de Uso de Suelo

No arable, con limitaciones muy severas, apta para pastos, bosques, tierras de reserva

No arable, con limitaciones severas, apta para pastos, bosques, tierras de reservas

## 6.4 Topografía

Para describir la topografía de los suelos en el área de influencia del proyecto, se analizaron los datos topográficos del Mapa Escala 1: 50,00 de la cartografía base del Instituto Geográfico Nacional "Tommy Guardia" con el Sistema de Información Geográfico SIG. De esta manera, se obtuvieron rangos de pendiente, los cuales son útiles para evaluar tanto las pérdidas de suelos por erosión hídrica como el uso potencial del suelo según la Capacidad Agroecológica de Suelos del Instituto de Estudios Internacionales.

## 6.4.1 Mapa Topográfico o Plano, Según Área a Desarrollar a Escala 1:50,000

**Mapa 4**



## 6.5 Clima

De acuerdo a la clasificación Köppen, Panamá se encuentra en la clasificación Ami, definido como Clima Tropical Húmedo, con influencia del monzón (régimen de vientos). Lluvia anual mayor de 2 250 mm, con 60 % concentrada en los cuatro meses más lluviosos en forma consecutiva, algún mes con lluvia menor de 60 mm.

## 6.6. Hidrología

No aplica por no encontrarse en el área del proyecto escorrentías o fuentes de agua importantes o que puedan afectarse por el proyecto.

### 6.6.1. Calidad de Aguas Superficiales

La evaluación de campo realizada con la finalidad de verificar fuentes de agua cercanas al proyecto, determinó que el proyecto no tendrá impacto sobre cualquier fuente de agua.

### 6.6.1. a Caudales (máximo mínimo y promedio anual)

No aplica por la inexistencia de Río.

### 6.6.1.b Corrientes, mareas y oleajes

No aplica. Solo en la desembocadura de los Ríos se observa este fenómeno natural, en el área del proyecto no hay Río que pueda ser afectado por mareas y corrientes.

### 6.6.2 Aguas Subterráneas

El proyecto no está influenciado por el uso de aguas subterráneas, mas sin embargo si su uso es necesario dentro del proyecto, estaremos considerando la normativa ambiental para este caso.

### 6.6.2.a     Identificación de Acuífero

Este factor no aplica por que el proyecto no tiene influencia hídrica.

### 6.7. Calidad de Aire

La calidad del aire en el área del proyecto es muy buena, ya que no existe ningún tipo de contaminación que influya directamente sobre el mismo.

### 6.7.1. Ruido

Ni en el área de proyecto ni en los alrededores se identificaron fuentes que generen ruido, por encima de los estándares permitidos.

### 6.7.2. Olores

Ni en el área de proyecto ni en los alrededores se identificaron fuentes contaminantes que generen olores, por lo que se estima que la calidad del aire es buena.

### 6.8. Antecedentes sobre la vulnerabilidad frente a amenazas naturales en el área

Los fenómenos naturales que representan una amenaza a la zona del proyecto, debido a su vulnerabilidad, son:

- Fenómeno de El Niño y La Niña: Para el caso específico de nuestro país y de la región donde se ubicará el proyecto, la vertiente pacífica se encuentra en la zona en donde el promedio de las precipitaciones disminuye asociado con el aumento en la temperatura y disminución de los caudales de ríos. Los distintos modelos de pronóstico indican que las condiciones de El Niño, predominarán al menos durante los próximos 5 a 10 años. Este fenómeno puede afectar al sector agropecuario de la zona y tanto, la cantidad y calidad de la producción agrícola, pecuaria, pesquera y forestal puede verse afectada y trae consigo efectos negativos (en su mayoría) para la sociedad y economía de la zona.

- Cambio Climático en el sector Marino-Costero:14 La ANAM en el año 2000, en la Primera Comunicación Nacional sobre Cambio Climático, presenta y utiliza una serie de criterios de selección para escoger clasificar al país en zonas o unidades de exposición a los efectos adversos al Cambio Climático, estos criterios fueron los siguientes:

  - Características topográficas y de relieve (geográficas y geomorfológicas).
  - Población (número total de habitantes y densidad de población).
  - Actividades económicas desarrolladas o proyecciones de desarrollo.

43

- Características sociales/económicas e infraestructuras existentes.
- Recursos económicos disponibles para la realización del estudio.

Se determinaron ocho zonas en todo el país, el área del proyecto no se encuentra clasificada en una de estas zonas por no cumplir con todos los criterios antes señalados.

## 6.9. Identificación de los sitios propensos a inundaciones

De acuerdo al Mapa de Riesgo a Deslizamientos e Inundaciones en Costa Rica y Panamá, generado por CATHALAC, 24 de noviembre de 2008, establece que el área del proyecto no se encuentra en una zona de riesgo a inundación. Igualmente, el Mapa de Susceptibilidad a Inundaciones por Cuencas, del Atlas Nacional de la República de Panamá del Instituto Geográfico Nacional Tommy Guardia del Ministerio de Obras Públicas de 2007, clasifica a esta cuenca en un nivel bajo a inundaciones.

## 6.10. Identificación de los sitios propensos a erosión y deslizamientos

De acuerdo al Mapa de Riesgo a Deslizamientos e Inundaciones en Costa Rica y Panamá, generado por CATHALAC, 24 de noviembre de 2008, establece que el área del proyecto no se encuentra en una zona de riesgo a deslizamientos.

## 7. DESCRIPCIÓN DEL AMBIENTE BIOLÓGICO

### 7.1. CARACTERÍSTICAS DE LA FLORA

#### 7.1.1. CARACTERIZACIÓN VEGETAL, INVENTARIO FORESTAL

El total de árboles inventariados con DAP igual o mayor de 20 cm es de 18, en una superficie muestreada de 80m2; de los cuales 14 (77.80 %) son árboles con diámetros menores de 40 cm, considerados regeneración natural no establecida. cuatro árboles presentaron DAP mayor de 40 cm, o sea que el 22.2 % son árboles con DAP comercial.

**Característica de la flora del lugar**



**Imagen 4**

El resultado del inventario, realizado en las dos parcelas establecidas, se muestra en las siguientes tablas:

45

**Tabla 7.1** Nombre y volumen para cada árbol de acuerdo al DAP, altura y tipo de fuste.

(PARCELA No.1)

| Nombre | Diámetro (cm) | Altura de fuste (m) | Tipo de Tronco | Volumen (m3) |
|---|---|---|---|---|
| Espavé | 58 | 8 | B | 1,057 |
| Guayabón | 40 | 7 | C | 0,352 |
| Espavé | 35 | 7 | B | 0,337 |
| Espavé | 27 | 9 | B | 0,258 |
| Guarumo | 22 | 5 | B | 0,095 |
| Harino | 30 | 3 | C | 0,085 |
| Malagueto | 25 | 8 | B | 0,196 |
| Nance | 26 | 3 | B | 0,080 |
| Guarumo | 25 | 7 | B | 0,172 |
| Guásimo | 31 | 3 | C | 0,091 |
| Cierrito | 21 | 3 | C | 0,042 |
| Jobo | 35 | 4 | B | 0,192 |
| Guásimo | 24 | 3 | C | 0,054 |
| Total: 13 | | | | 3.011 |

Valores asignados a cada tipo de tronco: A=0,68; B = 0,50; C = 0,40
Fuente: Trabajo de campo para este EsIA.

Tabla 7.2 Nombre y volumen para cada árbol de acuerdo al DAP, altura y tipo de fuste.

(PARCELA No.2)

| Nombre | Diámetro (cm) | Altura de fuste (m) | Tipo de Tronco | Volumen (m3) |
|--------|---------------|---------------------|----------------|--------------|
| Jobo | 35 | 4 | B | 0,192 |
| Espavé | 37 | 5 | B | 0,269 |
| Membrillo | 24 | 3 | B | 0,068 |
| Guásimo | 31 | 3 | B | 0,113 |
| Higuerón | 33 | 5 | B | 0,214 |
| Cortezo | 20 | 3 | B | 0,047 |
| Jobo | 34 | 5 | B | 0,227 |
| Laurel | 26 | 7 | B | 0,186 |
| Nance | 26 | 3 | B | 0,080 |
| Espavé | 37 | 5 | B | 0,266 |
| Nance | 25 | 4 | B | 0,076 |
| Total: 11 | | | | 1.738 |

Valores asignados a cada tipo de tronco: A=0,68; B = 0,50; C = 0,40
Fuente: Trabajo de campo para este EsIA.

## 7.1.2. INVENTARIO DE ESPECIES EXÓTICAS, AMENAZADAS, ENDÉMICAS O EN PELIGRO DE EXTINCIÓN.

Se identificaron especies arbóreas, frutales y herbáceas de amplia distribución que fueron introducidas al país hace mucho tiempo e incluso, muchas personas piensan que son especies nativas, tales como el mango (*Manguifera indica*, familia Anacardiaceae), melina, faragua (*Hyparrehenia rufa*, familia Poaceae) y ratana (*Ischaemum indicum,* familia Poaceae). Con relación a las especies endémicas o con rango de distribución restringido, ninguna de las especies pertenecientes a la flora del área de estudio, presentaba esta condición.

Por otra parte, el listado de especies fue comparado con los cuadros y listados del Primer Informe de La Riqueza y Estado de La Biodiversidad de Panamá, elaborado por ANAM en el año 1998 y la Resolución No AG-0051-2008.2, de acuerdo al citado informe y a esta resolución; las especies identificadas dentro del área propuesta para el desarrollo de este proyecto no son consideradas como Vulnerables de acuerdo a la condición nacional. De igual manera, se cotejaron contra los Apéndices I y II de la Convención para el Comercio Internacional de Especies de Fauna y Flora Amenazada (CITES) y ninguna de estas especies aparecen en dichos apéndices. En la siguiente tabla se presentan las especies identificadas como amenazadas o en peligro de extinción.

### 7.1.3. COBERTURA VEGETAL Y USO DE SUELO

El área del proyecto está conformada por un polígono de aproximadamente 96 Has 4000 mts2 localizado en el sector de de la Lajita, corregimiento EL Rincón, distrito de Las Palmas, provincia de Veraguas. De acuerdo al Mapa de Zonas de Vida de Panamá, el área del proyecto está ubicada dentro de la zona de vida de Bosque muy Húmedo Tropical, transición seca, con precipitación promedio anual de 3,800 mm, presente en el 13,4 % del territorio nacional.

Toda la vegetación original del polígono fue eliminada para dar paso a grandes áreas plantadas con pastos, principalmente de faragua y otros pastos mejorados y algunas áreas bajas cultivadas con productos para el consumo familiar, permitiendo solamente el crecimiento de vegetación arbórea en los bordes de las pequeñas quebradas con el fin de proteger los cauces para garantizar el abastecimiento de agua para el ganado durante la temporada seca; el hecho de mantener el área en forma de potrero activo, conlleva el mantenimiento (corte de especies latifoliares) para permitir solo el crecimiento de gramíneas.

### 7.1.4. BOSQUE SECUNDARIO MADURO

No presenta bosque secundario maduro.

### 7.1.5. RASTROJO

El rastrojo o bosque secundario joven está localizado en forma de fajas a lo largo del área del proyecto; esta vegetación es muy reducida y obviamente toda está constituida por especies pioneras de hábito caducifolio. Está formado por vegetación de diferentes especies arbóreas, arbustivas y herbáceas; la altura y edad es muy variable, ya que este tipo de vegetación se encuentra en diferentes etapas de desarrollo, sin embargo en ninguno de los casos la edad se estima en más de 25 años y la altura en 12 m. En términos generales, contiene árboles jóvenes con DAP promedio de 10 cm, en su mayoría son árboles de especies pioneras.

De acuerdo a la Resolución No. 05-98 de 6 de marzo de 1998, por la cual se reglamenta la Ley No. 1 de 3 de febrero de 1994 (Ley Forestal), el bosque secundario se define como "*Masa forestal que se desarrolla naturalmente después de la desaparición total o parcial de otra anterior, cuyas características, en cuanto a composición y tamaño, son diferentes a la masa arbórea que reemplaza. Es una formación vegetal constituida por especies herbáceas, leñosas, arbustivas y arbóreas, y está representada por especies pioneras de rápido crecimiento y puede contener árboles dispersos aprovechables de diversos tamaños y especies*".

En este tipo de vegetación representa una etapa temprana de la regeneración donde predominan los arbustos y árboles pioneros con troncos múltiples y de poca longevidad como el guásimo (*Guazuma ulmifolia*), guarumo (*Cecropia peltata*), jobo (*Spondias mombin*), harino (*Andira inermis*), nance (*Birsonima crassifolia*), guabo (*Inga spectabilis*), y laurel (*Cordia alliodora*), entre otros. También predominan especies poco definidas y de poca altura, de hábitos semihumbriófilos y de ciclos cortos como, uva silvestre (*Vitis latiifolia*), chichica (*Heliconia latispatha*), platanillo (*Heliconia psittacorum*), hinojo (*Piper hispidum*) y bellota (*Carludovica palmata*). En este tipo de vegetación también se identificaron especies cultivadas que fueron

49

plantadas como árboles frutales y algunas de estas se fueron propagando naturalmente, ampliando la superficie, como es el caso de la palmera de coco (*Cocus nucifera*). Entre las especies frutales fueron identificados árboles de guayaba (*Psidium guajaba*), y mango (*Manguifera indica*).

### 7.1.6. HERBAZALES CON ÁRBOLES DISPERSOS

Se denominó como herbazales a los sitios del proyecto que cuentan mayoritariamente con vegetación de gramíneas, herbáceas, arbustos y árboles dispersos, que fueron y que aún se conservan como áreas de potreros. Dichos sitios están distribuidos en forma de parches dentro del área del proyecto ocupando aproximadamente 80 % de la superficie total del área del proyecto en cultivo de arroz.

Estos herbazales también cuentan con algunos árboles dispersos que tradicionalmente se dejan en pie en los potreros y son producto de regeneración natural y son árboles jóvenes. Entre las especies arbóreas se identificaron árboles de guásimo (*Guazuma ulmifolia*), harino (*Andira inermis*), carate (*Bursera simarouba*) y jobo (*Spondias mombin*), entre otras. Con relación a las plantas herbáceas se registraron ejemplares de faragua (*Hyparrehenia rufa*), ratana (*Ischaemum indicum*), paja de cerro (*Sporobolus* sp.), dormidera (*Mimosa pudica*), escobilla (*Wissadula excelsior*), cuatro caras (*Miconia argentea*), guayabo (*Psydium guajaba*) y cabezona o cortadera (*Cyperus giganteus*). Los árboles dispersos generalmente son árboles jóvenes y algunos plantados como estacas vivas en la cerca, pero que tienen capacidad de rebrote, la altura promedio es de 8 m y DAP de 10 cm.

## 7.1.7. RIQUEZA DE ESPECIES

En la siguiente tabla se presenta el listado con las riquezas de especies identificadas en el área del proyecto.

**Tabla 7.4**. *Riqueza* de Especies de Plantas en el Área del Proyecto y su entorno.

| Nombre Común | Nombre Técnico | Familia |
|---|---|---|
| Nance | Birsonoma crassifolia | Malpighiaceae |
| Mango | Manguifera indica | Anacardiaceae |
| Harino | Andira inermis | Fabaceae |
| Jobo | Spondias mombin | Anacardiaceae |
| Coco | Cocus nucifera | Arecaceae |
| Piñuela | Bromelia plumieri | Bromeliaceae |
| Manzanillo | Hyppomane mancinella | Euphorbiaceae |
| Almendro | Terminalia catapa | Combretaceae |
| Chichica | Heliconia mariae | Heliconiaceae |
| Yaya | Unnunopsis sp | Annonaceae |
| Guásimo | Guazuma ulmifolia | Sterculiaceae |
| Guayabo | Psydium guajaba | Myrtaceae |
| Ratana | Ischaemum indica | Poaceae |
| Escobilla | Wissadula excelsior | Malvaceae |
| Higuerón | Ficus insípida | Moraceae |
| Guarumo | Cecropia peltata | Cecropiaceae |
| Pita | Aechmea magdalenae | Bromeliaceae |
| Palma real | Sheelea sp | Arecaceae |

Fuente: Trabajo de campo para este EsIA.

De las 18 especies identificadas entre hierbas, arbustos, bejucos y árboles, 5 de ellas provén frutos o partes vegetal que le sirve de alimento a la fauna silvestre y para el hombre, 6 de ellas no tienen uso conocido. Como especies para alimentación de ganado se identificaron dos especies muy tradicionales en este uso, lo cual representa el.

## 7.2. CARACTERÍSTICAS DE LA FAUNA

El área del Proyecto se encuentra en las tierras de la cordillera del Pacífico de la Provincia de Veraguas. Muy poco se conoce de la Fauna de vertebrados de la región. Sin embargo, la fauna reportada para esos sitios corresponde a las Tierras Altas de la Región.

### 7.2.1. INVENTARIO DE ESPECIES AMENAZADAS, VULNERABLES, ENDÉMICAS O EN PELIGRO DE EXTINCIÓN

Al final de este capítulo se presentan los listados de la fauna terrestre. Para cada especie se identifica su estado de conservación de acuerdo a la legislación nacional, la Lista Roja de UICN, los Apéndices de CITES, y además se identifican las aves migratorias. En las siguientes subsecciones se muestra el resumen de la cantidad de especies de manejo especial por categorías de manejo.

#### 7.2.1.1. AVES

Se listaron, por observación directa en el campo 4 especies de aves dentro del área del proyecto; los datos completos para estas especies se encuentran en el siguiente cuadro:

Listado de aves del área del proyecto.

| Familia | Nombre Científico | Nombre Común | Hábitat | IUCN | CITES | Legislación Panameña |
|---|---|---|---|---|---|---|
| Ardeidae | *Buturoides striata* | Garza dorsiverde | Ci | LC | --- | --- |
| Cathartidae | *Coragyps atratus* | Gallinazo Negro | A | LC | --- | --- |
| Columbidae | *Leptotila verrreauxi* | Paloma Rabiblanca | PST, BG | LC | --- | --- |
| Psittacidae | *Aratinga pertinax* | Perico Carisucio | BG, PST | LC | --- | --- |

## 7.2.1.2. MAMÍFEROS

Se listan 2 especies de mamíferos para el área del proyecto, las dos  mediante entrevistas a los moradores y observación directa.



**mamíferos (*Bos taurus***

)

**Listado de mamíferos del área del proyecto.**

| Familia | Nombre Científico | Nombre Común | Tipo de Observación | Hábitat | IUCN | CITES | Legislación Panameña |
|---------|-------------------|--------------|---------------------|---------|------|-------|----------------------|
| Procyonidae | *Nasua narica* | Gato solo | E | B | LC | --- | --- |
| Mephitidae | *Conepatus semistriatus* | Zorrillo | E | B, A | LC | --- | --- |
| Sciuridae | *Sciurus variegatoides* | Ardilla negra | OD | B | LC | --- | --- |
| Bovidae | *Bos taurus* | Ganado vacuno | OD | B | LC | --- | --- |

Fuente: Trabajos de campo para este EsIA. Clave: **Tipo de Observación**: OD= Observación Directa del Animal; E= Encuesta; **Hábitat:** B= Bosque; A= Abierto, sin dosel. **IUCN y Legislación Panameña:** DD= Datos Deficientes; LC= Riesgo Menor; NT= Cercano a Peligro; VU= Vulnerable; EN= En Peligro; CR= Peligro Crítico; EX=Extinto. **CITES (2009)**: Apéndices I, II y III de CITES.

## 7.2.1.3. REPTILES

Se registraron 6 especies de reptiles para el área de proyecto, los datos completos para estas especies se encuentran en el siguiente cuadro: Es importante señalar que en el área los lugareños reportan una especie de víbora peligrosa, la serpiente **X** (*Bothrops asper*), que tiene importancia médica debido a lo peligrosa de su mordedura.



Reptiles (*Iguana iguana*).

## Listado de reptiles del área del proyecto.

| Familia | Nombre Científico | Nombre Común | Tipo de Observación | Hábitat | UICN | CITES | Legislación Panameña |
|---|---|---|---|---|---|---|---|
| Iguanidae | *Anolis tropidogaster* | Lagartija común de bosque | OD | B | --- | --- | --- |
| Iguanidae | *Iguana iguana* | Iguana verde | OD | B, A, Mac | --- | II | VU |
| Iguanidae | *Basiliscus basiliscus* | Meracho | OD | B, Mac | --- | --- | --- |
| Scincidae | *Mabuya unimarginata* | Lagartija Brillante | OD | A | --- | --- | --- |
| Teiidae | *Ameiva ameiva* | Borriguero Común | OD | A | --- | --- | --- |
| Colubridae | *Leptophis ahaetulla* | Bejuquilla Verde | B | B | --- | --- | --- |

Fuente: Trabajos de campo para este EsIA y bibliografía consultada. Clave: **TIPO DE OBSERVACIÓN**: B=Bibliográfica; E= Encuesta a los moradores; OD= Observación directa; Hu= Huellas de tortugas. **HÁBITAT:** PL= Playa; Ac= Acuático; MAc= Margen Acuático; B= Bosque; A= Abierto, sin dosel; Mar= Marino. **IUCN (2009) y LEGISLACIÓN PANAMEÑA (2008):** DD= Datos Deficientes; LC= Riesgo Menor; NT= Cercano a Peligro; VU= Vulnerable; EN= En Peligro; CR= Peligro Crítico; EX=Extinto. **CITES (2009):** Apéndices I, II y III de CITES.

## 7.3. ECOSISTEMAS FRÁGILES

Dentro del área del proyecto no hay ecosistemas frágiles.

### 7.3.1. REPRESENTATIVIDAD DE ECOSISTEMAS

Dentro del área del proyecto el ecosistema presente corresponde a bosque mixto tropical con fuerte alteración antrópica, donde el bosque original fue eliminado en su totalidad, generando un monocultivo de pastos tradicionales con escasos árboles, y arbustos dispersos con cercas de estacas vivas. Este ecosistema es repetitivo en aproximadamente el 80 % del territorio nacional.

## 8 .DESCRIPCION DEL AMBIENTE SOCIOECONOMICO

El uso actual de la tierra en sitios colindantes al área del proyecto está conformado por fincas o potreros, que tienen como finalidad la agricultura de subsistencia y la ganadería con un futuro turístico. Los terrenos aledaños son potreros que están divididos por parcelas de pastos variados.

Los residentes más cercanos se encuentran en, viviendas separadas una de otras por grandes distancias. Estos residentes tienen una tradición de pequeños ganaderos, costumbre propia de los residentes del área del Distrito de Las Palmas.

### 8.1. Uso actual de la tierra en sitios colindantes

Actualmente la tierra en los terrenos contiguos están dedicados a la actividad ganadera en pequeña escala, donde eventualmente pasta ganado vacuno y caballar, ésta actividades que en la actualidad se desarrolla en el medio circundante, involucran muy poca mano de obra, por lo que dichas actividades, tiene muy poco impacto económico en el sector.

### 8.2. Características de la población (nivel cultural y educativo)

El proyecto está ubicado en área perteneciente al corregimiento El Rincón, Distrito de Las Palmas, provincia de Veraguas. Luego del análisis realizado del componente socioeconómico y sus posibles impactos, como factor principal de incidencia, se determinó que la comunidad tiene un bajo nivel cultural y educativo.

El distrito en términos generales está conformado por un número importante de residentes de tercera edad y segunda generación, y en su mayoría por residentes que tienen más de 30 años de vivir en los diferentes lugares poblados que lo conforman. Estos últimos fueron, en parte, los que adquirieron estas tierras, a través de la sucesión hereditaria o a través de compras secundarias a los primeros dueños, quienes fueron subdividiendo sus fincas segregando a comparadores o familiares que conformaban nuevos hogares.

Un factor determinante de los aspectos socioculturales y económicos del área, los determinó la falta de vías de comunicación y transporte con las ciudades y centros de desarrollo, infraestructuras éstas que se establecen a mediados de los 80´s.

En lo correspondiente al nivel de educación de esta comunidad, según el Censo Nacional de Población y Vivienda del año 2010, muchos de los residentes tienen niveles de escolaridad de primaria y secundaria muy bajos, lo cual no les permite obtener una fuente de empleo mejor remunerada para mejorar sus niveles de vida. La población joven de residentes de estas comunidades, aspira a obtener una fuente de empleo en otros poblados como Santiago. Algunos de estos jóvenes han tenido la oportunidad de estudiar en Santiago o en la capital del país, con lo cual se aumenta los niveles de migración del campo a la ciudad.

El Distrito de Las Palmas cuenta con centros escolares de diversos niveles distribuidos en diferentes sectores, del distrito, que ofrecen servicios escolares a los residentes de esta comunidad.

## 8.2.1. Índices demográficos, sociales y económicos

La población del distrito de Las Palmas, según el Censo de Población y Vivienda del año 2010, fue de 17,566 habitantes, de los cuales 9,493 era población masculina en frente a una menor población femenina 8,073 como una expresión de los altos índices de masculinidad observables en los corregimientos que lo integran, los cuales reflejan una población de 117.5 hombres por cada 100 mujeres.

Estos índices reflejan las realidades socioeconómicas del área, en donde existe trabajo agrícola ejercidos por el hombre. En campo se pudo evidenciar la existencia de una migración constante por parte de la población más joven de estas comunidades, que busca mejorar sus niveles educativos, creando una ruptura de lazos familiares y modificando ciertos patrones culturales propios de la región.

### 8.2.2. Índice de mortalidad y morbilidad

(No aplica para categoría II)

### 8.2.3. Índice de ocupación laboral y otros similares que aporten información relevante sobre la calidad de vida de las comunidades afectadas.

En la visita de campo nos percatamos que las actividades laborales desarrolladas por la mayoría de los residentes de estos corregimientos, están asociadas directamente con actividades agropecuarias, debido a que es la mayor fuente de empleo para los residentes que no han emigrado hacia otras ciudades cercanas. En la actualidad parte de la población está siendo ocupada en los proyectos de desarrollo vial que está realizando el gobierno, que es la ampliación de la carretera Santiago - David.

Aquellos residentes del área que tienen terrenos, trabajan para su autoconsumo, además venden su mano de obra en actividades agrícolas, ganaderas o cualquiera otra actividad que les genere ingresos económicos. Igualmente existen residentes que venden sus excedentes agrícolas o ganaderos al mercado, con la intención de obtener alguna ganancia económica que les permita subsistir.

### 8.2.4. Equipamiento, servicios, obras de infraestructura y actividades económicas

#### 8.2.4.1. Equipamiento

Las calles principales en la cabecera del Distrito de Las Palmas son de material asfáltico; en las comunidades más alejadas de las vías de acceso son de piedra y material básico.

### 8.2.4.2. Transporte

El Transporte es público y el servicio es ofrecido por las líneas de transporte que van desde Santiago a las diversas comunidades del Distrito.

Como los autobuses no viajan con frecuencia, algunos tienen que caminar largas distancias entre las comunidades o simplemente esperar que los vehículos que transitan esta vía ofrezcan transportarlos. La distancia entre la ciudad de Santiago y el área del proyecto es de aproximadamente unos 25 km y se toma 20 minutos en vehículo a motor por la carretera Interamericana.

### 8.2.4.3. Abastecimiento, almacenaje y distribución de agua

El sistema de agua potable en las comunidades es proveniente de acueductos rurales que acumulan el agua en tanques de hasta 20, 000 galones y este a su vez lo distribuye por gravedad a los miembros de la comunidad.

Actualmente, por el uso de agua potable se cobra una cuota mínima a los residentes de la comunidad con la finalidad de dar el mantenimiento necesario. La frecuencia del agua potable es normal en temporada de lluvia y es un poco deficiente en temporada de verano.

### 8.2.4.4. Alcantarillado

En las comunidades del Distrito de Las Palmas no existe un sistema de aguas servidas implementado por el Estado o por alguna empresa privada. Cada vivienda de estas comunidades, tiene un sistema particular de tanques sépticos o letrinas que utilizan para manejar sus desechos.

### 8.2.4.5. Sistema de comunicaciones

Las comunidades del Distrito cuentan con un servicio telefónico básico (una sola cabina telefónica en la mayoría de ellas). Las señales de servicio telefónico de celular se pueden obtener en algunos puntos.

### 8.2.4.6. Seguridad

Las comunidades del Distrito cuentan con servicio permanente de puestos de Policía Nacional, los cuales cuentan con dos a cuatro unidades permanentes. Además, cuentan con un vehículo a motor para sus respectivas diligencias.

Cada uno de estos puestos policiales coordina con su respectiva Corregiduría para atender las novedades particulares del área, tales como deslinde de propiedades, riñas, cuatrerismo y otros casos que necesiten mediación.

### 8.2.4.7. Salud

El Distrito de Las Palmas pertenece a la región de salud de la Provincia de Veraguas, en el área se cuenta con un centro de salud y algunos puestos de salud, atendidos generalmente por enfermeras y técnicos de salud.

### 8.2.4.8. Vivienda

Las viviendas en las comunidades son en su mayoría construidas de materiales sólidos (bloque, arena, cemento, hierro). Los miembros de la comunidad han construido sus viviendas con esfuerzos propios, algunas de las viviendas visitadas tienen aun pisos de tierra, lo cual nos demuestra que existen familias que están por debajo de los índices de pobreza.

### 8.3. Percepción local sobre el proyecto, obra o actividad (a través del plan de participación ciudadana)

Al ser identificadas las actividades inherentes al proyecto y como él mismo es de carácter temporal, a la comunidad circundante se le hizo una explicación verbal y espontánea del tipo de proyecto a desarrollar. Esta actividad fue llevada a cabo durante el 21 de marzo de 2014. Igualmente, se visitaron autoridades con lo cual se llevo a cabo la consulta ciudadana.

La opinión de la comunidad fue favorable, tomando en consideración que en el área no existe disponibilidad de material (piedra) para desarrollar los proyectos de vivienda ni las mejoras que se desean realizar, constituyéndose este hecho, en un problema de alto costo, que afecta la pobre economía de los moradores de la región y que este proyecto vendría a ser parte de la solución. Además, se percibe que los trabajos de ampliación de la carretera interamericana abrirá un abanico de posibilidades para la población cercana, que hoy tiene muy pocas fuentes permanentes de empleo.

Hubo algunas inquietudes referentes al deseo de conocer las interioridades del proyecto, en cuanto a cuando empieza y cuáles son las personas a contactar, para solicitar información acerca del mismo, por lo cual se les dejó la información sobre la persona que está encargada en sí de la ejecución del proyecto.



**Foto de la encuesta ciudadana**

Imagen de una vivienda con piso de tierra





Momentos en que se realizó la Encuesta de Percepción Ciudadana, a la comunidad.

**Conclusión del Encuestador:** Se percibe una aceptación, por parte de los vecinos, que son los directamente beneficiados con el proyecto. Esto se debe a que el proyecto es compatible con el uso de suelo, ya que toda el área es de carácter agropecuaria.

Por otro lado, el Proponente debe considerar los siguientes aspectos para interactuar y colaborar de manera positiva con los vecinos del proyecto:

- *Contratar personas de la comunidad para el desarrollo del proyecto, priorizando primero por los del Rincón.*
- *Mantener contacto con los vecinos explicándole cualquiera actividad, si existen preguntas.*
- *Colaborar con información constante a la comunidad a objeto de que se mantenga informada sobre el mismo.*
- *Apoyar a la comunidad con el desarrollo de aéreas deportivas como parte de nuestra contribución social*
- *Practicar todas las medidas de conservación y protección del ambiente.*

Las encuestas fue realizada el viernes 21 de marzo de 2014, las mismas reflejan la percepción ciudadana, se encuestaron 14 personas vecinas del proyecto, pertenecientes a la comunidad y comunidades vecinas.

Las preguntas que se realizaron reflejan el sentir de las personas encuestadas y el resultado de la encuesta es el siguiente:

**PROYECTO DE EXTRACCION DE MATERIALES NO METALICOS LAS LAJITA**

## GRAFICOS

### 1a. ENCUESTADOS POR SEXO

| DETALLE | Masculino | Femenino |
|---|---|---|
| Nº ENCUESTADOS | 7 | 7 |
| Porcentaje (%) | 50 | 50 |

**SEXO**



**1b. Rango de edad**

| DETALLE | 18-30 | 31-45 | >45 |
|---|---|---|---|
| Nº ENCUESTADOS | 7 | 2 | 5 |
| PORCENTAJE (%) | 50 | 14,2857143 | 35,7142857 |

**RANGO DE EDAD**



**1.c ESCOLARIDAD**

| DETALLE | Primaria | Secundaria | Univ. |
|---|---|---|---|
| Nº ENCUESTADOS | 8 | 6 | 0 |
| Porcentaje (%) | 57,1428571 | 42,8571429 | 0 |



**2.Como considera la actividad del proyecto**

| DETALLE | buena | mala | regular |
|---|---|---|---|
| Nº ENCUESTADOS | 12 | 1 | 1 |
| PORCENTAJE (%) | 85,7142857 | 7,14285714 | 7,14285714 |

CONOCIMIENTO DEL PROYECTO



**3. Considera que la actividad contamina**

| DETALLE | Si | No |
|---|---|---|
| Nº ENCUESTADOS | 1 | 13 |
| Porcentaje (%) | 7,14285714 | 92,8571429 |



## 4. Causas de contaminación

| DETALLE | Ruido | Humo | agua |
|---|---|---|---|
| Nº ENCUESTADO | 10 | 4 | 0 |
| PORCENTAJE (%) | 71,4285714 | 28,5714286 | 0 |



## 5. Medidas para subsanar contaminación

| DETALLE | mantenimiento equipo | controlar humo | controlar trafico |
|---|---|---|---|
| Nº ENCUESTADO | 12 | 2 | 0 |
| PORCENTAJE (%) | 85,71428571 | 14,28571429 | 0 |



**6. Beneficios**

| DETALLE | Empleo | Ingreso | Obras Comunitaria |
|---------|--------|---------|-------------------|
| Nº ENCUESTADO | 12 | 2 | 0 |
| PORCENTAJE (%) | 85,71428571 | 14,28571429 | 0 |



## 8.4. Sitios históricos, arqueológicos y culturales declarados.

Como ya se ha descrito, el área donde se desarrollará el proyecto, ha estado destinados por muchos años al uso agropecuario, actividad imperante en toda esta zona y no hay referencias que este lugar se halla contemplado como sitio de patrimonio histórico y no se aprecia evidencia de la existencia de algún rasgo cultural a conservar.

## 8.5. Descripción del paisaje.

El paisaje interno está constituido por árboles dispersos, arbustos, pastizales, pequeños cerros y depresiones. El paisaje externo se puede apreciar la carretera Interamericana.



## 9. IDENTIFICACIÓN DE IMPACTOS AMBIENTALES Y SOCIALES ESPECÍFICOS

A manera de reflexión, debe entenderse que los Impactos Ambientales y sociales, son producto de cualquier cambio en el medio ambiente. Estos impactos pueden ser beneficiosos o adversos y resultan total o parcialmente del desarrollo de una actividad, obra o proyecto y tienen repercusión en el desarrollo de la sociedad que se encuentra en el sitio y entorno de esa actividad, obra o proyecto que se pretende desarrollar.

### 9.1. Análisis de la situación ambiental previa (línea base) en comparación con las transformaciones del ambiente esperadas

En este capítulo, analizaremos la interacción que se da entre el proyecto y el ambiente donde se desarrollará, es decir entre las actividades del proyecto y su incidencia con cada uno de los factores ambientales de su entorno que pueden cambiar. Igualmente, se procederá a describir las acciones del proyecto y sus posibles incidencias ambientales en las fases de construcción y operación.

El objetivo, es precisar las acciones del proyecto capaces de generar cambios o modificaciones al ambiente (efectos), en lo físico, biológico y socioeconómico. Es importante identificar esos posibles efectos y seleccionar aquellos que tienen relevancia ambiental, para analizar el grado de significancia, para lo cual se ha seguido el siguiente procedimiento:

- Identificación de actividades o procesos unitarios, susceptibles de generar cambios o modificaciones ambientales

- Selección de los efectos relevantes

- evaluación cualitativa de los impactos en función de las características del área de influencia.

Se ha considerado la identificación del proyecto como punto de partida para la identificación de las acciones que tienen implicaciones ambientales y se han sustraídos los factores que intervienen en el entorno, prestando atención, entre otros, a las acciones siguientes:

- Acciones que modifican la calidad y el uso del suelo
- Acciones que actúan sobre el medio biológico
- Acciones que implican Alteración del paisaje
- Acciones que implican emisiones contaminantes
- Acciones que cambian el entorno económico, social y cultural
- Acciones que afectan el sistema vial

Igual, se identificaron procesos unitarios que generan efectos tales como:
- Incremento de la tasa de erosión
- Afectación de la calidad de agua
- Contaminación acústica
- Contaminación del aire por la emisión de gases
- Afectación de la vialidad

En sus diferentes fases de ejecución, las acciones unitarias del proyecto, dependiendo de los espacios en que ocurran y de sus relaciones con la sensibilidad natural de los mismos, permiten inferir cambios que pueden generarse como consecuencia de estas acciones, tales como:

## ACCIONES Y PROCESOS UNITARIOS CAPACES DE GENERAR CAMBIOS

| ETAPA | PROCESOS UNITARIOS | ACCIONES |
|---|---|---|
| CONSTRUCCION | . Adecuación del campo de trabajo<br>.Construcción de estructuras<br>.Fijación de letreros o señalizaciones | . Funcionamiento de maquinarias<br>. Adquisición de materiales para la construcción |
| OPERACION | . Mejoramiento de caminos<br>. Construcción de sitio de operación<br>. Extracción de material<br>. Acumulación de material<br>.Transporte de material<br>.Mantenimiento de vias | .Funcionamiento de maquinarias y equipos<br>.Movimiento de camiones<br>. Mantenimiento de equipos<br>. Mantenimiento vial |
| ABANDONO | . Remoción de estructuras<br>. Limpieza del área<br>.Recuperación del sitio | . Remoción y transporte de escombros<br>. Restauración del área<br>.Retiro de maquinaría y equipos |

## 9.2. Identificación de los impactos ambientales específicos, su carácter, grado de perturbación, importancia ambiental, riesgo de ocurrencia, extensión del área, duración y reversibilidad.

Para la identificación de los posibles impactos que pudieran surgir por efectos del proyecto, se realizó en las diferentes etapas una valorización, tomando en consideración los factores ambientales que se verían afectados.

## SELECCION DE EFECTOS POSITIVOS Y NEGATIVOS

### IDENTIFICACION DE EFECTOS POSITIVOS

| AMBITO | EFECTOS |
|---|---|
| FISICO | .Existencia de material para las construcciones<br>.Incremento del nivel de obras civiles y públicas<br>.Desarrollo de las áreas turísticas<br>. Mejoramiento de calidad de las viviendas de los moradores |
| BIOLOGICOS | .Mantenimiento de las condiciones para el sostenimiento de la fauna y flora local . |
| SOCIO-ECONOMICOS Y CULTURAL | . Creación de plazas de trabajo<br>. Incremento de las inversiones<br>.Incremento del ingreso<br>.Pago de impuestos municipales<br>. Disminución del riesgo de inundaciones |

## IDENTIFICACION DE EFECTOS NEGATIVOS

| AMBITO | EFECTOS |
|---|---|
| FISICOS | . Afectación del ambiente acústico<br>. Afectación de la calidad de aire<br>. Afectación de la calidad del agua |
| BIOLOGICOS | . Alteración de la fauna y flora<br>. Alteración del paisaje |
| SOCIO-ECONOMICA Y CULTURAL | . Alteración de la vialidad |

**DESCRIPCION DE LOS EFECTOS NEGATIVOS:**

**FISICOS**

● **Afectación del ambiente acústico: Producto de la operación de la maquinaria y equipo, habrá un incremento significativo de ruido**

● **Afectación de la calidad del aire: La emisión de gases proveniente de la maquinaria y equipo, afectará la calidad del aire, por la emisión de agentes contaminantes.**

● **Afectación de la calidad del agua: por posible contaminación, producto del derrame de combustibles y lubricantes.**

75

**BIOLOGICOS**

- **Alteración del paisaje: El paisaje existente antes del proyecto se verá afectado por la actividad de aprovechamiento del mineral no metálico que se va a retirar.**

**SOCIO-ECONOMICO Y CULTURAL**

- **Alteración de la vialidad: El incremento en el movimiento de camiones de volquete incrementará el tránsito por la carretera y la vía interna del área del proyecto, causando un impacto negativo significativo.**

## ANALISIS DE LOS IMPACTOS

| VARIABLE AMBIENTAL | ACTIVIDADES QUE GENERAN IMPACTO | DESCRIPCIÓN DE IMPACTO | FASE DE OCURRENCIA | CARÁCTER | INTENSIDAD | DURACIÓN | RECUPERACIÓN | EXTENSIÓN |
|---|---|---|---|---|---|---|---|---|
| Suelo | Adecuación del área de trabajo y extracción de material no metálico | perdida de suelo | Construcción y operación | Negativo | Baja | Temporal | Reversible | Puntual |
| | | Generación de escombros | Construcción | Negativo | Baja | Temporal | Reversible | Puntual |
| | | Cambio en el uso de suelo | Construcción | Negativo | Baja | temporal | Reversible | Puntual |
| | | Derrame de Hidrocarburos | Construcción y Operación | Negativo | Media | Temporal | Reversible | Puntual |
| Aire | Movimiento de maquinaria y equipo en el proceso de extracción y transporte de material | Generación de polvos y partículas | Construcción y operación | Negativo | Baja | Temporal | Reversible | Puntual |
| | | Contaminación del aire por la emisiones de gases | Construcción y operación | Negativo | Baja | Temporal | Reversible | Puntual |
| | | Incremento en los niveles de ruido | Construcción y operación | Negativo | Media | Temporal | Reversible | Puntual |
| Flora | Movimiento de maquinaria y equipo | perdida de cobertura vegetal | Construcción | Negativo | Baja | Temporal | Reversible | Puntual |
| | | Disminución de Biomasa vegetal | Construcción | Negativo | Baja | Temporal | Reversible | Puntual |
| | | Alteración de la cobertura vegetal | Construcción | Negativo | Baja | Temporal | Reversible | Puntual |
| Fauna | Movimiento de maquinaria y equipo | Modificación del paisaje | Construcción | Negativo | Baja | Temporal | Reversible | Puntual |
| | | Alteración del habitat de las comunidades Faunísticas | Construcción y operación | Negativo | Baja | Temporal | Reversible | Puntual |
| Social-económica y cultural | Proceso de limpieza y transporte de mineral no metálico | Generación de empleos | Construcción y Operación | Positivo | Baja | Temporal | Reversible | Puntual |
| | | Aumento del ingreso | Construcción y Operación | Positivo | Media | Temporal | Reversible | Puntual |
| | | Afectación de la vialidad | Construcción y Operación | negativo | Baja | Temporal | Reversible | Puntual |
| Hidrico | Proceso de extracción de material en el cauce del río torlo | Incremento en la escorrentía superficial y contaminación de aguas superficiales | Operación | Negativo | Baja | Permanente | Reversible | Puntual |

77

**Proyecto: "EXTRACCION DE MATERIALES NO METALICO PARA OBRAS CIVILES ".**

## PLAN DE CONTINGENCIA:

El Plan de Contingencia del proyecto tiene como finalidad establecer acciones paralelas o sustitutas que se realizarán frente a Riesgos identificados, para lo cual se elabora un mecanismo de atención para situaciones de emergencia que pueden suscitarse en el proyecto como consecuencia de acciones involuntarias.
El responsable por la aplicación y cumplimiento de estas medidas es el promotor o en su defecto el contratista.
En lo que respecta al Proyecto "Extracción de Materiales No Metálicos para Obras Civiles", se han identificado las siguientes situaciones de riesgo.

### Riesgos identificados:

❖ Riesgo de incendio: provocado por fenómenos naturales (rayos), por derrame de combustible o fallas eléctricas en algún equipo utilizado.

❖ Fugas o derrame de combustible o aceites: Provocados accidentalmente durante la fase de operación y que puedan verterse a los cuerpos de agua.

❖ Atropello:

1. Provocados accidentalmente a obreros en el lugar de trabajo.
2. O a peatones en las vías de acceso al proyecto o en la carretera durante el transporte de materiales.

### Medidas:

❖ Mantener en el área de trabajo, extintores para control de incendio.

❖ Contratar empresa privada especializada en la prestación de servicios médicos (si existen en la región).

❖ Comunicarse con los servicios de salud más cercanos.

❖ Coordinar con hospitales, centros de salud, o Instituciones de prevención y control como Cuerpo de Bomberos, Sinaproc y Policia Nacional, más cercanos para lograr atención inmediata.

❖ Mantener en buen estado las condiciones mecánicas de los equipos

❖ Controlar el vertido de combustibles o lubricantes en los cuerpos de agua..

❖ Colocar señales de advertencia y prevención de riesgo.

Como medio de facilitar una rápida actuación del personal ante una situación de emergencia, se han preparado fichas de control, las cuales señalaran:

1. El riesgo identificado

2. Los probables impactos medio ambientales asociados al evento

3. Los pasos a seguir una vez se haya producido la emergencia, para minimizar el impacto de la eventualidad ocurrida.

79

**RIESGOS DE OCURRENCIA:**

Aquí hacemos referencia a la probabilidad de concurrencia de impactos que alteran el ambiente a consecuencia de la ejecución del proyecto. A continuación identificamos el tipo de riesgos que con mayor frecuencia pueden presentarse:

> **. Riesgos de seguridad:** Son de baja probabilidad de ocurrencia, de alto grado de exposición y graves consecuencias, con efectos agudos e inmediatos, como ejemplo tenemos los accidentes. Su enfoque está en la prevención dentro del área de trabajo.

> **. Riesgos de salud:** Son de ocurrencia media, exposiciones de bajo nivel, bajas consecuencias, periodos latentes prolongados y a veces de efectos demorados. El enfoque está en la aplicación de salud preventiva.

> **. Riesgos ambientales:** Efectos sutiles, interacción múltiple entre comunidad y ecosistema. El enfoque está en la los procesos de prevención y mitigación de impactos que pueden presentarse.

> **. Riesgos de bienestar público:** Se manifiestan en la percepción ciudadana y preocupaciones por la contaminación del aire, aumento del tránsito de vehículos, ruidos, polvo y pérdida de la estética. El enfoque está en la mitigación de estos impactos.

**METODO DE EVALUACIÓN DE RIESGOS**

Todo riesgo es evaluado a través de la determinación del Factor de Riesgo (F$_R$), el mismo se determina como la relación de correspondencia entre la probabilidad de ocurrencia, la vulnerabilidad y la duración de la exposición al evento (riesgo). Si medimos la vulnerabilidad como el porcentaje (%) de pérdida del evento y se le da dimensión a la duración de exposición al peligro se puede obtener el F$_R$, cuya fórmula es la siguiente:

$$F_R = P \cdot V \cdot t$$

**Donde "P" es probabilidad de ocurrencia," v" es igual al grado de vulnerabilidad y "t" corresponde a la duración de la exposición**

## 9.3 metodologías usadas en función de la naturaleza de la acción emprendida, las variables ambientales afectadas y las características ambientales del área de influencia involucrada

La metodología se sustenta en establecer claramente las acciones que se ejecutan para lograr el objetivo o la etapa de construcción del proyecto y a cada acción establecerle los efectos y determinar los impactos, esto nos indica que los Impactos Ambientales que se pueden generar son identificados luego de realizar un análisis causa efecto, es decir estableciendo para cada acción o actividad que se ejecutará en la etapa de construcción y operación del proyecto, los posibles impactos que puedan genera.

Lo importante de esto, es cuantificar el impacto, para lo cual se emplea la técnica del método **Delphi,** mediante el cual se determina "El Valor de Impacto Ambiental" **(VIA)** y considera los valores obtenidos de intensidad, extensión, reversibilidad, periodicidad y duración. Estos valores han sido estimados mediante ponderación, determinándose la siguiente Formula:

$$VIA = (P^*w_P) + (I^*w_I) + (E^*w_E) + (D^*w_D) + (R^*w_R)$$

**Donde:**

VIA= Valor del Impacto ambiental

Wc= peso con que se valora el carácter previo del medio, peso- (0.3)

Wi= peso con que se pondera la intensidad, peso- (0.3)

$W_{IA}$= peso con que se pondera la importancia ambiental, peso- (03)

Wp= peso con que se pondera la periodicidad de ocurrencia, peso- (0.2)

WE= Peso con que se pondera la extensión, peso- (0.2)

WD= Peso con que se pondera la duración, peso- (0.1)

WR= peso con que se pondera la reversibilidad, peso-(0.2)

$$Wp + W_I + W_E + W_D + W_R + W_{IA} + W_C = 1$$

81

El grado de importancia del impacto evaluado está en función de los siguientes puntajes:

| IMPORTANCIA | VIA |
|-------------|-----|
| Muy alta | >8.0 |
| Alta | 6.0-7.9 |
| Media | 4.6-5.9 |
| Baja | <4.5 |

Esto significa que un efecto con un impacto de mayor de 8 puntos hay que darle toda la atención posible y evitar hasta donde sea posible que se produzca. Es decir, aplicar serias medidas preventivas.

En el otro extremo, aquellos de menos de 4.5 requieren de una mínima atención, excepto cuando el impacto ocurra en una zona muy crítica, donde también se produzcan otros impactos, algunos de alta magnitud.

## CATEGORIAS GENERALES DE LOS CRITERIOS PARA LA EVALUACION

| CARACTER | INTENSIDAD | IMPORTANCIA AMBIENTAL | PERIDICIDAD | EXTENCION | DURACION | REVERSI BILIDAD | PUNTAJE |
|---|---|---|---|---|---|---|---|
| MUY PERJUDICIAL | FUERTE | MUY ALTO | CONTINUO | GENERAL | LARGA >20 AÑOS | IRREVERSIBLE >20 AÑOS | 10 |
| PERJUDICIAL | MEDIANAMENTE FUERTE | ALTO | PERIODICO O CICLICO CON ALTA FRECUENCIA | EXTENSIVA | MEDIANAMENTE LARGA >10 A 20 AÑOS | REVERSIBLE A LARGO PLAZO 5 A 20 AÑOS | 7 |
| POCO PERJUDICIAL | MEDIO | MEDIO | REGULAR CON ALTO GRADO DE OCURRENCIA | PARCIAL | MEDIANA > 5 A AÑOS | REVERSIBLE A MEDIANO PLAZO DE 2 A < 5 AÑOS | 5 |
| BENEFICIOSA | BAJO | BAJO | IRREGULAR CON BAJO GRADO DE OCURRENCIA | LOCAL | MEDIANAMENTE CORTA DE > 1 A 5 AÑOS | REVERSIBLE A CORTO PLAZO DE 1 A < 2 AÑOS | 2 |
| MUY BENEFICIOSA | MUY BAJO | MUY BAJO | MUY DISCONTINUO | PUNTUAL | CORTA < 1 AÑO | REVERSIBLE INM.EDIATO < 1 AÑO | 1 |

**Criterios para la descripción de los impactos: Todo impacto debe ser descrito y evaluado de manera detallada, para lo cual utilizaremos el siguiente criterio:**

**Nombre del Impacto:** Utilizar una frase que sintetice el tipo de impacto

**Código:** Mediante simbolización alfanumérica, se brinda información sobre aspectos claves del impacto. Ej. F, B,SE – la letra precedente señala si el medio donde se produce el impacto es físico; biológico o socioeconómico.

**Acción / Actividad o Evento que origina el impacto:** Define las acciones generadoras del impacto.

**Etapa del Proyecto:** La etapa (construcción, operación, abandono) en que se manifiesta con mayor relevancia el efecto.

**Ubicación del impacto:** Ubicación geográfica especifica del sitio de ocurrencia.

**Descripción del impacto:** Define el que, como cuando y porque ocurre.

**Criterios de valoración de los impactos:**

. Periodicidad (P)

. Intensidad (I)

. Extensión (E)

. Duración (D)

. Reversibilidad (R)

. Carácter (C)

.Importancia Ambiental (IA)

**Clasificación de las características cualitativas del Impacto:**

| TIPOLOGIA | CARACTERISTICAS | | |
|---|---|---|---|
| 1 | Carácter | Positivo | Negativo |
| 2 | Persistencia | Temporal | Permanente |
| 3 | Periodicidad | Continuo<br>Discontinuo | Periódico<br>Irregular |
| 4 | Relación de efecto | Directo | Indirecto |
| 5 | Interrelación | Simple<br>Sinérgico | Acumulativo |
| 6 | Capacidad de recuperación | Irrecuperable<br>Recuperable | Mitigable |

**Valoración del Impacto:** Estimación del VIA, según valoración de los criterios e índice de amalgamiento.

| SITIO | P- 0.2 | I-0.3 | E-0.2 | D-0.1 | R-0.2 | C-0.3 | IA-0.3 | VIA | Importancia |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## 1. DESCRIPCION Y VALORACION DE IMPACTO

### . NOMBRE DEL IMPACTO: PERDIDA DE CALIDAD DEL SUELO

| . Acciones que originan el IMPACTO: | Funcionamiento de los equipos y adecuación de tierras. |
|---|---|
| . Etapa del proyecto | Etapa de construcción |
| . Descripción del IMPACTO | El impacto se produce por la preparación del terreno para la construcción de estructuras |

| Criterios de valoración del IMPACTO | |
|---|---|
| Carácter del impacto (C) | Perjudicial C= 5 |
| Intensidad (I) | Fuerte I = 5 |
| Importancia ambiental (IA) | El suelo e s vital para la realización de actividades IA = 6 |
| Periodicidad de ocurrencia(P) | Discontinuo y periódico P =5 |
| Extensión (E) | Parcial E = 4 |
| Duración (D) | Corta D = 2 |
| Reversibilidad | Reversible R = 5 |

| Clasificación de las características cualitativas del impacto | | |
|---|---|---|
| Impacto por la Perdida de la Calidad del Suelo | | |
| TIPOLOGIA | CARACTERISTICAS | |
| | Aspectos | Calificación |
| CARÁCTER | Negativo | x |
| PERSISTENCIA | Temporal | x |
| PERIODICIDAD | Discontinuo | x |
| RELACION DE EFECTO | Indirecto | x |
| INTERRELACIONES | - | - |
| CAPACIDAD DE RECUPERACION | Recuperable | x |
| | Mitigable | x |

## VALORACION DEL IMPACTO

| SITIO | P- 0.2 | I-0.3 | E-0.2 | D-0.1 | R-0.2 | C-0.3 | IA-0.3 | VIA | Importancia |
|---|---|---|---|---|---|---|---|---|---|
| SITIO | P- 1.0 | I-1.5 | E-0.8 | D-0.2 | R-1.0 | C-1.5 | IA-1.8 | 7.8 | alta 6 - 7.9 |

## 2.DESCRIPCION Y VALORACION DE IMPACTO

### . NOMBRE DEL IMPACTO: ALTERACION DE LA CALIDAD DEL AIRE

| . Acciones que originan el IMPACTO: | Funcionamiento de las maquinarias, equipos y camiones volquetes. |
|---|---|
| . Etapa del proyecto | Etapa de construcción y operación |
| . Descripción del IMPACTO | Emisión de gases contaminantes y generación de polvo |

| Criterios de valoración del IMPACTO | |
|---|---|
| Carácter del impacto (C) | Perjudicial , afecta calidad del aire C= 5 |
| Intensidad (I) | Media, por baja población   I = 3 |
| Importancia ambiental (IA) | Media, por la baja población  y alta intervención  IA = 3 |
| Periodicidad de ocurrencia(P) | Discontinuo y periódico P =5 |
| Extensión (E) | Parcial  E = 3 |
| Duración (D) | Corta  D = 2 |
| Reversibilidad | Reversible  R = 1 |

| Clasificación de las características cualitativas del impacto | | |
|---|---|---|
| Impacto por la Perdida de la Calidad del Suelo | | |
| TIPOLOGIA | CARACTERISTICAS | |
| | Aspectos | Calificación |
| CARÁCTER | Negativo | x |
| PERSISTENCIA | Temporal | x |
| PERIODICIDAD | Discontinuo | x |
| RELACION DE EFECTO | Directo | x |
| INTERRELACIONES | - | - |
| CAPACIDAD DE RECUPERACION | Recuperable | x |
| | Mitigable | x |

## VALORACION DEL IMPACTO

| SITIO | P- 0.2 | I-0.3 | E-0.2 | D-0.1 | R-0.2 | C-0.3 | IA-0.3 | VIA | Importancia |
|---|---|---|---|---|---|---|---|---|---|
| SITIO | P- 1.0 | I-0.9 | E-0.6 | D-0.2 | R-0.1 | C-1.5 | IA-0.9 | 5.2 | media 4.6 – 5.9 |

## 3.DESCRIPCION Y VALORACION DE IMPACTO

### . NOMBRE DEL IMPACTO: CONTAMINACION ACUSTICA

| . Acciones que originan el IMPACTO: | Funcionamiento de la maquinaria, equipos y camiones. |
|---|---|
| . Etapa del proyecto | Etapa de construcción y operación |
| . Descripción del IMPACTO | Generación de ruidos por el funcionamiento de la maquinaria, equipo y camiones |

### Criterios de valoración del IMPACTO

| Carácter del impacto (C) | Perjudicial C= 5 |
|---|---|
| Intensidad (I) | Media por la baja población   I = 4 |
| Importancia ambiental (IA) | El área no es densamente poblada  IA =3 |
| Periodicidad de ocurrencia(P) | Discontinuo y periódico P = 3 |
| Extensión (E) | Parcial  E = 2 |
| Duración (D) | Corta  D = 2 |
| Reversibilidad | Reversible  R = 1 |

### Clasificación de las características cualitativas del impacto
#### Impacto por la Perdida de la Calidad del Suelo

| TIPOLOGIA | CARACTERISTICAS | |
|---|---|---|
| | Aspectos | Calificación |
| CARÁCTER | Negativo | x |
| PERSISTENCIA | Temporal | x |
| PERIODICIDAD | Discontinuo | x |
| RELACION DE EFECTO | Indirecto | x |
| INTERRELACIONES | - | - |
| CAPACIDAD DE RECUPERACION | Recuperable | x |
| | Mitigable | x |

### VALORACION DEL IMPACTO

| SITIO | P- 0.2 | I-0.3 | E-0.2 | D-0.1 | R-0.2 | C-0.3 | IA-0.3 | VIA | Importancia |
|---|---|---|---|---|---|---|---|---|---|
| SITIO | P- 1.0 | I-1.2 | E-0.4 | D-0.2 | R-0.2 | C-1.5 | IA-0.9 | 5.4 | Media 4.6 – 5.9 |

## 4.DESCRIPCION Y VALORACION DE IMPACTO

### NOMBRE DEL IMPACTO: ALTERACION DE LA CALIDAD DEL AGUA

| . Acciones que originan el IMPACTO: | Contaminación por derrame de combustible, grasa o aceites |
|---|---|
| . Etapa del proyecto | Etapa de operación (limpieza y reencauce) |
| . Descripción del IMPACTO | Posibilidades de que exista un derrame de combustible, grasas o aceites en el proceso de mantenimiento de la maquinaria, equipo y camiones |

| Criterios de valoración del IMPACTO | |
|---|---|
| Carácter del impacto (C) | Perjudicial C= 5 |
| Intensidad (I) | Media, por el bajo número de equipos I = 5 |
| Importancia ambiental (IA) | El agua es de importancia vital para la vida    IA = 7 |
| Periodicidad de ocurrencia(P) | Discontinuo y periódico P =3 |
| Extensión (E) | Parcial  E = 4 |
| Duración (D) | Corta  D = 2 |
| Reversibilidad | Reversible  R = 1 |

| Clasificación de las características cualitativas del impacto | | |
|---|---|---|
| Impacto por la Perdida de la Calidad del Suelo | | |
| TIPOLOGIA | CARACTERISTICAS | |
| | Aspectos | Calificación |
| CARÁCTER | Negativo | x |
| PERSISTENCIA | Temporal | x |
| PERIODICIDAD | Discontinuo | x |
| RELACION DE EFECTO | Indirecto | x |
| INTERRELACIONES | - | - |
| CAPACIDAD DE RECUPERACION | Recuperable | x |
| | Mitigable | x |

### VALORACION DEL IMPACTO

| SITIO | P- 0.2 | I-0.3 | E-0.2 | D-0.1 | R-0.2 | C-0.3 | IA-0.3 | VIA | Importancia |
|---|---|---|---|---|---|---|---|---|---|
| SITIO | P- 1.0 | I-1.5 | E-0.8 | D-0.2 | R-0.2 | C-1.5 | IA-2.1 | 7.3 | Alta 6 – 7.9 |

## 5. DESCRIPCION Y VALORACION DE IMPACTO

### . AFECTACION DE LA VIALIDAD

| . Acciones que originan el IMPACTO: | Aumento del movimiento vehicular en la carretera y vía interna |
|---|---|
| . Etapa del proyecto | Etapa de construcción y operación |
| . Descripción del IMPACTO | El aumento del tránsito vehicular aumenta el riesgo de accidentes, y de crea problemas de circulación |

| Criterios de valoración del IMPACTO | |
|---|---|
| Carácter del impacto (C) | Perjudicial C= 5 |
| Intensidad (I) | Fuerte I = 3 |
| Importancia ambiental (IA) | El área no es densamente poblada IA = 3 |
| Periodicidad de ocurrencia(P) | Discontinuo y periódico P = 2 |
| Extensión (E) | Parcial E = 3 |
| Duración (D) | Corta D = 2 |
| Reversibilidad | Reversible R = 1 |

| Clasificación de las características cualitativas del impacto | | |
|---|---|---|
| Impacto por la Perdida de la Calidad del Suelo | | |
| TIPOLOGIA | CARACTERISTICAS | |
| | Aspectos | Calificación |
| CARÁCTER | Negativo | x |
| PERSISTENCIA | Temporal | x |
| PERIODICIDAD | Discontínuo | x |
| RELACION DE EFECTO | Indirecto | x |
| INTERRELACIONES | - | - |
| CAPACIDAD DE RECUPERACION | Recuperable | x |
| | Mitigable | x |

### VALORACION DEL IMPACTO

| SITIO | P- 0.2 | I-0.3 | E-0.2 | D-0.1 | R-0.2 | C-0.3 | IA-0.3 | VIA | Importancia |
|---|---|---|---|---|---|---|---|---|---|
| SITIO | P- 1.0 | I-0.9 | E-0.6 | D-0.2 | R-0.2 | C-1.5 | IA-0.9 | 5.3 | Media 4.6-5.9 |

90

**9.4 Análisis de los impactos sociales y económicos a la comunidad producidos por el proyecto.**

El proyecto genera una serie de impactos negativos y positivos, que han sido descritos en los capítulos anteriores.

Este proyecto genera efectos positivos ligados directamente a la comunidad como son la generación de algunas plazas de trabajo y el incremento de ingresos, costo de materiales más bajo tanto para personas individuales como para el Municipio, al igual que se evitara problemas ocasionados por falta de piedra para construcción de la ampliación de la vía interamericana. Pero también, se generan impactos negativos como son los problemas de vialidad por el incremento del movimiento vehicular, principalmente de camiones pesados cargados de material y la probabilidad del riesgo de accidentes, para lo cual hay un programa de prevención de accidentes tanto en el área del proyecto como fuera de este.

En resumen el proyecto tiene más aspectos positivos que negativos para la comunidad, aparte de que el mismo no afecta propiedades de terceros y tiende a evitar problemas de escases de material, paralización de algunas obras y encarecimiento de otras.

# 10. PLAN DE MANEJO AMBIENTAL (PMA)

En este capítulo se detallamos en orden cronológico las acciones que se requieren para prevenir, mitigar, controlar, corregir y compensar los posibles efectos o impactos ambientales negativos, o aquel que busca acentuar los impactos positivos causados en el desarrollo del proyecto. El plan incluye también los programas de seguimiento, vigilancia y control y de contingencia. Este documento debe ser seguido puntualmente para lograr éxitos en la construcción y ejecución del proyecto.

Para la Elaboración del PMA, se ha seguido con mucho cuidado las normativas ambientales dispuestas en La ley General del Ambiente de la República (Ley 41) y lo dispuesto en el Decreto Ejecutivo 123 de 14 de agosto de 2009.

## 10.1. Descripción de las medidas de mitigación específicas frente a cada impacto ambiental.

Las Medidas de Mitigación recomendadas para las diferentes etapas del proyecto se presentan en el cuadro siguiente:

**IMPACTOS y EFECTOS RELEVANTES y MEDIDAS DE MITIGACION**

| N° | IMPACTO | N° | EFECTO | N° | MEDIDA DE MITIGACION |
|---|---|---|---|---|---|
| I.1 | Pérdida de la calidad del agua | E1 | Afectación de la calidad del agua | MM1 | Mantenimiento del equipo y control de derrames de combustible y aceites |
| I.2 | Alteración de la calidad del aire | E2 | Contaminación del aire por polvo producido y gases del movimiento de la maquinaria y equipos | MM2 | Control de las emisiones de gases y contaminantes y equipo de mantenimiento |

93

## 10.2 Ente responsable de la ejecución de las medidas

En el cuadro siguiente se señalan los responsables de las medidas de mitigación recomendadas.

| | | | | | |
|---|---|---|---|---|---|
| 1.3 | Alteración del ruido o contaminación acústica | E3 | Contaminación del ambiente sonoro por la movimiento de la maquinaria y equipo | MM3 | Control del ruido y mantenimiento y movimiento de la maquinaria y equipos |
| 1.4 | Pérdida de la calidad del suelo | E5 | Afectación a la vegetación del área e incremento de la erosión | MM5 | Control del movimiento y maquinaria y equipo y manejo adecuado de contaminantes y control de la erosión |
| 1.5 | Afectación de la vialidad | E6 | Problemas de incrementos del tránsito por accidentes y aumento del movimiento de vehículos | MM6 | Aplicación de normas y regulaciones de la ANTLL y del MOP. Adoptar medidas de prevención de riesgos. |

## Etapa de Construcción, Operación y abandono

| IMPACTO | DESCRIPCIÓN DE LA MEDIDA DE CONTROL Y MITIGACION | ENTE RESPONSABLE DE LA APLICACIÓN DE LAS MEDIDAS |
|---|---|---|
| Alteración de la calidad del aire | Todos los camiones llevaran el material transportado, cubierto con lonas | Promotor |
| | Se mantendrá un programa de mantenimiento para minimizar las emisiones de gases contaminantes. | Promotor |
| Contaminación acústica | Se agudizará el programa de mantenimiento de maquinaria y equipos para minimizar el ruido | Promotor |
| Alteración de la calidad del agua | Se profundizará en el programa de mantenimiento de la maquinaria y equipos que realizan labores de limpieza y reencauzamiento del río Malena. Se tomarán medidas para controlar la probabilidad de derrame de combustibles y aceites. | Promotor |
| Alteración de la biota | Medidas de mantenimiento de equipo y de control de derrames de combustible y aceites | Promotor |
| Perdida de la calidad de suelo | Control de la erosión y de derrames de combustibles y aceites. Control en la recolección de escombros en la etapa de abandono | Promotor |
| Afectación de la vialidad | Aplicación de normas y regulaciones de ANTTT y MOP | Promotor |

94

### 10.3. Monitoreo

El programa de monitoreo implicará la atención permanente sobre las actividades desarrolladas en las etapas de construcción, operación y abandono, la verificación del cumplimiento de las medidas recomendadas, para evitar o minimizar los impactos ambientales generados y la detección de los impactos que no se contemplaron, y posteriormente la corrección o minimización de los mismos.

En este punto se les da el seguimiento a las variables ambientales, mediante una serie de actividades que permiten evaluar la magnitud de los impactos negativos y establecer cuáles serían las medidas correctivas o realizar las compensaciones.

El responsable principal del monitoreo y la frecuencia, es el Contratista y el Promotor del proyecto.

**MEDIDAS DE MONITOREO**

| | |
|---|---|
| **MMo1** | **Vigilancia de la calidad del aire** |
| **MMo2** | **Vigilancia de la calidad del agua** |
| **MMo3** | **Vigilancia de alteraciones en los niveles de ruido** |
| **MMo4** | **Vigilancia del cumplimiento de las medidas de mantenimiento de camiones, maquinaria y equipos** |
| **MMo5** | **Vigilancia de las ocurrencias de inundaciones y erosiones** |
| **MMo6** | **Vigilancia del cumplimiento de las medidas de a usar para la disposición de los desechos sólidos y líquidos.** |
| **MMo7** | **Vigilancia del cumplimiento de las medidas de seguridad laboral, de tránsito y del ambiente.** |

## 10.4 Cronograma de ejecución

El cronograma de ejecución se detalla en el mismo siguiente:

## CRONOGRAMA DE EJECUCIÓN DEL PMA - ETAPAS DE CONSTRUCCION Y OPERACIÓN

| IMPACTO | MEDIDAS DE CONTROL Y MITIGACION | ENTIDAD SUPERVISORA | CRONOGRMA |
|---|---|---|---|
| Alteración de la calidad del aire | Cobertura de lona en todo camión que transporte material | ANAM, ATTT | Diario |
| | Programa de mantenimiento de maquinaria y equipos | ANAM PROMOTOR | bimensual |
| Contaminació n acústica | Cumplir con el programa de mantenimiento de maquinaria y equipo | MINSA, ANAM y Promotor | bimensual |
| Alteración de la calidad del agua | Cumplir programa de mantenimiento de maquinaria y equipos. | ANAM, PROMOTOR | Bimensual |
| | Controlar derrames de combustible y aceites. | Municipio, MINSA, M. de trabajo y Promotor | Semanal |
| | Control de derrame de líquidos contaminantes y disposición de desechos sólidos y líquidos | ANAM, PROMOTOR | Semanal |
| Perdida de la calidad del suelo | Control de inundaciones | PROMOTOR, SINAPROC | Periódicamente |
| | Control de la erosión | ANAM, MIDA, PROMOTOR | Periódicamente |
| | Cumplir programa de mantenimiento | MINSA, ANAM, Promotor | Bimensual |
| Afectación de la vialidad | Cumplimiento de las normas de seguridad | PROMOTOR, SINAPROC | Diario, periódicamente |
| | Instalación de letreros y señales para evitar accidentes | ANTTT, SINAPROC, PROMOTOR | Periódicamente |
| | Cumplir programa de mantenimiento | ANAM, Promotor | Bimensual |

96

### Etapa de abandono

| IMPACTO | MEDIDA DE CONTROL y MITIGACION | ENTIDAD SUPERVISORA | CRONOGRAMA |
|---|---|---|---|
| Pérdida de calidad de suelo | Retirar material de escombros producto del desmantelamiento de las estructuras | ANAM, Promotor | A la suspensión del trabajo |
| | Reacondicionar las áreas abandonadas | ANAM y Promotor | A la suspensión del trabajo |
| Afectación de la Salud Pública | Retirar los depósitos de desechos sólidos y líquidos. | ANAM, MICI y promotor | A la suspensión del trabajo |
| | Realizar la limpieza del sitio del proyecto, recoger los desechos generados, resto de materiales de construcción, desechos sólidos y líquidos para su disposición en los lugares adecuados. | ANAM, MICI y promotor | A la suspensión del trabajo |

### 10. 5. Plan de Participación Ciudadana

La Participación Ciudadana, es vital para la validación de la ejecución de un proyecto, obra o actividad que se dese emprender, entendiendo la participación ciudadana como la intervención directa o indirecta del ciudadano los procesos de toma de decisión.

Para el cumplimiento de esta norma, se realizó una encuesta, se realizaron reuniones con autoridades y se realizó una consulta ciudadana con la finalidad de informar a respecto del proyecto y conocer sus inquietudes.

## CONSULTA CIUDADANA



*Obje*
*tivos*
*de la*
*Parti*
*cipa*
*ción*



- Como uno de los objetivos primordiales tenemos la incorporación al Estudio de Impacto Ambiental los conocimientos, inquietudes y opiniones de los residentes del área de impacto directo para mejorar la calidad de vida.
- Igualmente promover la interacción entre el sector público (ANAM), el promotor y la ciudadanía, para obtener una comprensión y confianza entre las partes involucradas;
- Permitir a los interesados que conozcan del proyecto. Para tales fines utilizamos la siguiente metodología:

**Encuesta de Opinión** en la comunidad de Torio dentro del sector más accesible al camino de piedra por donde deben pasar los camioneros con el material (piedra).

98

Como resultado de la observación realizada en el área de influencia directa e indirecta en la localidad donde se desarrollará el proyecto, se pudo conocer que en el área de impacto directo (ubicación de la fuente), no existen viviendas y que las más cercanas se encuentran a una distancia superior a los 800 mts.

El punto 8.3 del capítulo 8 de este estudio, presenta detalle de las acciones para la participación ciudadana.

### 10.6 Plan de prevención de riesgos

Este componente del Plan de Manejo Ambiental tiene la finalidad de establecer las medidas necesarias para evitar o mitigar los efectos indeseables en la salud humana o en el medio ambiente, que puedan resultar del desequilibrio de los procesos ecológicos del sistema, que sean producto de los fenómenos naturales o por errores en las acciones humanas.

Los riesgos ecológicos producidos por factores naturales pueden ser los ocasionados por exposición a vectores de enfermedad, crecidas de ríos y quebradas, vientos huracanados, lluvias, o por acciones indebidas como el incendio, derrame de sustancias tóxicas, explosiones, y otras.

Los riegos potenciales asociados a las actividades del proyecto, están relacionadas a las actividades en la etapa de operación, sobre todo en el proceso de llenado de camiones volquetes para el transporte del material a consecuencia del proceso de limpieza y reencauce del río y se refieren a accidentes laborales o de tránsito que puedan producirse.

**Plan de Prevención de Riesgos**

| RIESGOS | UBICACIÓN | ACCIONES | RESPONSABLE |
|---|---|---|---|
| Accidentes laborales | Área de operación.<br><br>Equipos y maquinaria rodante | Contratar solamente personal idóneo y capacitado; con experiencia en los trabajos asignados, especialmente donde se requiera el uso de maquinarias y equipos.<br>Dotar de equipo de seguridad a los trabajadores (botas, cascos, guantes, gafas, orejeras, protectores de nariz).<br>Capacitar a los empleados del área de la cantera en primeros auxilios.<br>Mantener un vehículo en el proyecto para los primeros auxilios | Jefe del Proyecto o Jefe de Seguridad |
| Derrame de combustible y lubricantes | Área de operaciones | Aplicar mantenimiento mecánico periódico al equipo y maquinaria.<br>Mantener material absorbente en el área del proyecto.<br>Realizar los trabajos mecánicos en talleres fuera del sitio del proyecto. | Seguridad y Jefe del Proyecto |
| Accidentes de tránsito | Vías de acceso al área del proyecto y carretera principal<br>Torio – Mariato | Contratar solamente personal con experiencia en manejo de maquinaria y equipo pesado.<br>Regular la velocidad de los vehículos y maquinarias.<br>Señalización del área | Seguridad del proyecto |

## 10.7. Plan de rescate y reubicación de fauna y flora.

Como ha sido señalado, este proyecto, es un proyecto de extracción de minerales no metálicos, el material que se extraiga es resultante de las operaciones de extracción de piedra de cantera.

El proyecto no tiene ni contempla afectación a la fauna y flora del lugar. No obstante, en cumplimiento de las disposiciones establecidas en el artículo 5 de la ley 41 de julio de 1998, que crea la Autoridad Nacional de Ambiente, como entidad rectora del estado de los recursos naturales, en la ley 24 de 7 de julio de 1998 por la cual se establece la legislación de vida silvestre del país, posteriormente el decreto 209 resuelve que los estudio de impacto ambiental, en su contenido mínimo deben tener o incorporar un plan de rescate y reubicación de fauna como requisito para su aprobación, mientras que la resolución AG- 0292 - 2008 establece los requisitos para los planes de rescate y reubicación de fauna silvestre, se ha estructurado un plan de rescate para la reubicación de la fauna silvestre caso necesario.

El capítulo 7 del EsIA presentado, describe el ambiente biológico del área del proyecto y de la región y detalla las características de la fauna y flora, los ecosistemas frágiles y la representatividad del sistema biológico, por lo que el plan diseñado tiene el siguiente objetivo:

**Objetivo del plan:**

- **Proteger la fauna existente en el sitio del proyecto**
- **Proteger el área y la flora que utilizan para alimentarse, reproducirse y como habitad temporal.**
- **Tomar como área de reubicación de la fauna rescatada, los predios de las fincas (propiedades de la empresa promotora).**
- **Cumplir con el contenido que establece la resolución AG- 0292- 2008**

101

## Acciones del plan de rescate

| Actividades | Tiempo de realización | Responsables | Método utilizado | Costo B/. |
|---|---|---|---|---|
| Informar a los trabajadores sobre las especies faunística que se pueden encontrar en el sitio del proyecto, y la importancia de protegerlas | En el inicio de la obra | Promotor | Charla dictada por personal idóneo en el tema | 1,500.00 |
| Transferir a los linderos de la finca todo animal que sea visto dentro del área del proyecto y que corra peligro, como nidos de aves. Lagartos, serpientes etc. No deben ser molestados y en la medida de lo posible capturarlo y colocarlo en la finca en lugar seguro. | Durante todas las etapas del proyecto. | Promotor | Inspecciones continuas | 700.00 |
| Vigilar que los trabajadores no casen animales silvestres | En todas las etapas del proyecto. | Promotor | Notas de control diario, y amonestaciones en caso de incumplimiento. | Sin costo |
| Notificar a la ANAM en caso de existencia de lagartos, iguanas u otros animales protegidos por la Ley de la Fauna Silvestre | En todas las etapas del proyecto | Promotor | Informes periódicos | Sin costo |

## 10.8. Plan de Educación Ambiental.

Entendiendo que la educación ambiental debe ser un proceso sistemático de aprendizaje y conocimiento reflexivo y crítico de la realidad biofísica, social, política, económica y cultural, que le permita al individuo comprender las relaciones la interdependencia que existe con su entorno se ha elaborado este plan de educación ambiental.

El propósito es generar en la comunidad, actitudes de valoración y respeto por el medio ambiente.  En este sentido, el concepto de educación ambiental  que proponemos debe estar intrínsecamente ligado a los valores, comportamientos y aptitudes que sensibilizan al individuo con su medio ambiente y con la problemática que lo afecta, dándole así la posibilidad de modificarla cuando sea pertinente.

## Objetivos generales del Plan de Educación Ambiental

- Enseñar a los trabajadores que participarán en el desarrollo del proyecto y a todos los involucrados la necesidad de proteger el medio natural.

- Capacitar a respecto del concepto de protección y saneamiento ambiental

- Concienciar  a sus ejecutores y usuarios de cuidar la naturaleza y no causar daños con actitudes hostiles hacia el medio.

- Educar para alcanzar un modelo de sociedad basado en los principios de sostenibilidad, desarrollando una ética ambiental que promueva la protección del medio ambiente desde una perspectiva de equidad y solidaridad.

- Fomentar actitudes y comportamiento pro ambiental mediante la aplicación del conocimiento y la sensibilización ciudadana.

## Acciones del plan de educación

| Actividades | Producto esperado | Tiempo de realización | Responsables | Método utilizado | Costo |
|---|---|---|---|---|---|
| Capacitar a los trabajadores y la comunidad sobre la importancia de cuidar la naturaleza y sobre las penalizaciones respectivas | Concienciar a los trabajadores en la protección del medio ambiente | Primer mes de la etapa de construcción | Promotor | Charlas y entrega de folletos | 1,800.00 |
| Instruir a los trabajadores a depositar la basura en tanque y sobre el uso de la letrina portátil | Garantizar el saneamiento ambiental del sitio | Durante la etapa de construcción y operación | Promotor | Notas informativas | Sin costo |
| Vigilar el cumplimiento de la gestión ambiental | Garantizar el saneamiento ambiental del sitio | Durante la etapa de construcción | Promotor | Control diario y amonestaciones en caso de incumplimiento | Sin costo |

### 10.9. Plan de Contingencia

Mediante el plan de Contingencia se instrumentará un mecanismo de prevención y control de riesgos. A través de este plan estratégico se identifican situaciones de riesgo que puedan ocurrir fuera de las condiciones normales de trabajo. El plan determina los recursos físicos y humanos y la metodología para responder oportuna y eficazmente ante una emergencia y estará coordinado por el Administrador del proyecto.

La ejecución del plan de contingencia contempla los siguientes aspectos básicos:

- **Estrategia:** Describe la operación del proyecto, los escenarios de riesgos asociados a su desarrollo, los alcances del plan, la cobertura, el organigrama operacional, la relación de las autoridades que se deben involucrar en una situación de emergencia, y los mecanismos de comunicación.
- **Panorama de riesgos:** Se evaluarán las posibles consecuencias y efectos de una contingencia y determina soluciones razonables y eficientes para atender una emergencia
- **Recurso humano:** Compuesto por el grupo control que se conformará por equipo que estará en disposición para actuar la ocurrencia de una emergencia. Cada uno de los integrantes del grupo, debe estar capacitado y entrenado para su labor, y cumplir con las funciones y responsabilidades asignadas.
- **Plan operativo:** Es el método de acción y contempla los mecanismos para la toma de decisiones en caso de emergencia. Establece las acciones, procedimientos administrativos y la forma para declarar la terminación de una emergencia.

105

- **Plan de Comunicación:** contiene la base de datos con la información básica que apoya los planes estratégicos y operativos. Este plan de contingencias, debe contener información cartográfica (mapas de riesgos), lista de equipos requeridos, lista de equipos auxiliares, lista de equipos de apoyo, lista de entidades de apoyo externo, y directorio telefónico del grupo de control de emergencias.

## 10.10. Plan de Recuperación Ambiental y de Abandono.

El proyecto en realidad tiene poco impacto sobre el suelo, la fauna y la flora, ya que el mismo se ubica sobre un área con muy poca vegetación, pues la labor se realizará sobre la margen final del río y sobre las dunas formadas.

No obstante, el plan de recuperación ambiental contempla devolver a la naturaleza su estado similar al que tenía antes del proyecto. Esto significa permitir al río volver a su cauce original y restaurar las tierras afectadas por la erosión y las inundaciones.

Dentro del plan, principalmente en el área de construcción de estructuras y de carga se contempla devolver a ese entorno su belleza natural mediante un programa de resiembra de árboles y material vegetativo autóctono. Esto es realizar una restructuración paisajística.

**Acciones del Plan:**

- Desmantelamiento de todos los elementos estructurales.
- Remoción de áreas impermeables como los pisos y pavimentos.
- Retiro y traslado de escombros y restos de materiales provenientes del desmantelamiento del proyecto.

106

- Siembra de especies arbóreas: Se sembraran especies nativas y frutales que la fauna del lugar pueda aprovechar y para atraer al área la fauna que en su estado original mantenía un habitat.
- Limpieza del área: Para que no queden desechos sólidos en el área que afecten el paisaje, los mismos serán recogidos y transportados al vertedero público.
- Limpieza de superficies con posibles derrames de hidrocarburos, y restauración de las mismas con suelos nuevos.
- Incremento de las cercas vivas con especies nativas.

## 10.11. Costo de la Gestión Ambiental.

El costo estimado de la gestión ambiental se resume en el cuadro siguiente:

### COSTO DE LA GESTION AMBIENTAL

| DETALLE | COSTO (B/.) |
|---|---|
| Plan de mitigación y control | 8,000.00 |
| Plan de monitoreo | 4,500.00 |
| Plan de capacitación ambiental | 1,800.00 |
| Plan de rescate de fauna | 2,200.00 |
| Plan de contingencia | 3,500.00 |
| Plan de seguridad | 2,700.00 |
| Plan de reforestación | 13,000.00 |
| TOTAL | 34,700.00 |

## 11. Ajuste Económico por Externalidades Sociales y Ambientales y Análisis de Costo Beneficio.

En este capítulo se persigue mediante un análisis económico de costo-beneficio, establecer una medida cuantitativa que permita determinar, desde una perspectiva ambiental, decidir sobre la factibilidad económica del proyecto. .

### 11.1. Valoración Monetaria del Impacto ambiental.

Corresponde a la estimación del valor en  balboas, de los daños que la implementación del proyecto es capaz de causar al ambiente, esto representa el costo de los daños. Igualmente, se estima Los impactos positivos que genera la actividad que se va a desarrollar en términos monetarios y este valor corresponde a los beneficios que es capaz de generar.

. VALOR DE LOS COSTOS

| | | |
|---|---|---|
| 1. | Costo de la gestión ambiental | B/.  34,700.00 |
| 2. | Costo estimado del proyecto | 475,500.00 |
| 3. | Total | (510,200.00) |

. VALOR DE LOS BENEFICIOS

| | |
|---|---|
| 1.  Valor de la producción | 1,000,000.00 |
| **Beneficio estimado** | **490,800.00** |

### 11.2 Valoración monetaria de las Externalidades Sociales
(No aplica para la categoría)

### 11.3 Calculo del VAN
(No aplica para la categoría)

**12.0 Lista de Profesionales que participaron en la elaboración del Estudio de Impacto Ambiental y Firma Responsable**

| Nombre | N° de Registro | ACTIVIDAD DESARROLLADA |
|---|---|---|
| Ing. Roberto Jiménez Solís | IRC 043-2002 | Consultor principal, evaluación e identificación de impactos, diseño de instrumentos para la recolección de información. |
| Lic. Jorge Castillo | IRC O34- 2004. | Descripción del Ambiente Físico Análisis de Impactos y consulta ciudadana |
| Licda. Argélis Edith Campos | Bióloga | Descripción del ambiente Biológico. |

**12.1 Firmas debidamente notariadas**

| Nombre | N° de Registro | Firma |
|---|---|---|
| Ing. Roberto Jiménez Solís | IRC 043-2002 | |
| Lic. Jorge Castillo | IRC 034-2004 | |

La suscrita, Lic. Rocío Elena González González, Notaria Pública
Décima Tercera del Circuito de Panamá, con Cédula No. 8-236-2407

CERTIFICO

Que dada la certeza de la identidad del (los) múltiple (s) que
firmó (firmaron) el presente documento, cuyas firmas son
auténticas.

Panamá, ___2 9 MAY 2014___

Lic. Rocío Elena González González
Notaría Pública Décima Tercera

**12.0 Lista de Profesionales que participaron en la elaboración del Estudio de Impacto Ambiental y Firma Responsable**

| Nombre | N° de Registro | ACTIVIDAD DESARROLLADA |
|---|---|---|
| Ing. Roberto Jiménez Solís | IRC 043-2002 | Consultor principal, evaluación e identificación de impactos, diseño de instrumentos para la recolección de información. |
| Lic. Jorge Castillo | IRC O34- 2004. | Descripción del Ambiente biológico, Físico y Análisis de Impactos |
| Licda. Argélis Edith Campos | Bióloga | Descripción del ambiente Biológico. |

**12.1 Firmas debidamente notariadas**

| Nombre | N° de Registro | Firma |
|---|---|---|
| Ing. Roberto Jiménez Solís | IRC 043-2002 | |
| Lic. Jorge Castillo | IRC 034-2004 | |

109

## 12.2 Número de registro de consultores

Roberto Jiménez       IRC – 043-2002

Jorge Castillo        IRC - 034-2004

## 13. CONCLUSIONES Y RECOMENDACIONES

Este proyecto es ambientalmente viable, siempre y cuando el promotor del proyecto cumpla con las disposiciones establecidas en el Estudio Impacto Ambiental presentado y las que contengan la Resolución emitida por la Autoridad Nacional del Ambienta (ANAM).

Se recomienda lo siguiente:

- Mantener el equipo y la maquinaria de uso en el desarrollo del proyecto en buenas condiciones mecánicas para evitar las molestias de vibraciones, ruidos y olores que alteren el ambiente.
- Recoger todos los desechos que se encuentran dentro del área del proyecto y depositarlos de forma adecuada durante el desarrollo del mismo y a la entrega de la obra.
- Durante la etapa de construcción debe proveerse a los trabajadores del equipo de seguridad que requiere este tipo de obras (cascos, guantes, correas de protección, lentes, etc.) para evitar accidentes de trabajo a los propios trabajadores.
- Disponer de tanques de basura, letrinas, para tener una adecuada disposición de los desperdicios y desechos provenientes del personal de la obra.
- Mantener el equipo en buenas condiciones mecánicas para evitar los accidentes, el derrame de combustibles y aceites.
- Efectuar los trabajos en horario respetando las horas de trabajo, para no interrumpir el sueño de los residentes del lugar. (de 7:00 am a 5:00pm).

## 14. Bibliografía Consultada

- Presidencia de la República. Decreto n° 159 de 19 de febrero de 1971. Reglamento sobre ruidos molestos. 3p.

- TOSI, J. 1971. Zonas de Vida: Una Base Ecológica para Investigaciones. Silvícola e Inventariación Forestal en la República de Panamá. Inf. $N_0 2$ FAO/Rma. 123p.

- CORPORACIÓN DE DESARROLLO AMBIENTAL 2003. Curso de Capacitación Masiva para la Difusiones Implementación del Decreto Ejecutivo N° 59 de 16 de marzo de 2000 y el Manual Operativo de Evaluación de Impacto Ambiental. David. Panamá. sp.

- 1966. Inventario y Demostraciones Forestales, Suelos y Clasificación de Pendientes. FAO. Mapas.
- 1982. Cuerpo de bomberos.  Reglamento General para las Oficinas de Seguridad de la República de panamá.

- 1998. Autoridad Nacional del Ambiente. Ley N° 41 de 1 de julio de 1998. Ley General de Ambiente de la República de Panamá. 49p.

- Autoridad Nacional del Ambiente. Manual de Procedimiento para la evaluación de Impacto Ambiental. 152p.

- Autoridad Nacional del Ambiente. Decreto Ejecutivo N° 209 de 5 Septiembre de 2006. Proceso de Evaluación de Impacto Ambiental. 48p.

- Atlas de Panamá. Instituto Geográfico Nacional Tommy Guardia.

- Estadísticas y Censos. Sexto censo Nacional Agropecuario (Abril, 2001) y Décimo Sexto Censo Nacional de Población y Vivienda (Mayo, 2000)

- Ministerio de Economía y Finanzas, Decreto Ejecutivo 123, del 14 de agosto de 2009.

**15. ANEXOS**

**Fotos**