## DOCUMENTACION FOTOGRAFICA



**FOTO 1.** Captura de lagartija del genero Anolis, en áreas de gramíneas.



**FOTO 2.** Presencia de nido de ardilla.



FOTO 3. Presencia de la lagartija cabeciroja, *Gonatodes albugularis*.



Foto 4. Momentos de llenado de la encuesta



Foto 5. Vista panorámica del área del proyecto



Foto 6. Característica de la flora

# DOCUMENTOS LEGALES

Panamá, 28 de mayo de 2014

Licenciado
Silvano Vergara
Administrador General Encargado
Autoridad Nacional del Ambiente
E.       S.       D.

Distinguido Lic. Vergara:

Por medio de la presente yo, Eric Francisco Alvarado Santos, panameño, mayor de edad, Presidente y Representante Legal de la Empresa Grupo Corporativo del Atlántico S.A, con cédula de identidad personal 9-114-2488, presento para su debida evaluación y posterior aprobación por la entidad que Ud. Dignamente dirige, el Estudio de Impacto Ambiental categoría II, denominado "Extracción de Mineral No Metálico – Finca Lajita", cuya ejecución se estará realizando en la Finca 8692 propiedad del Sr. Nivardo Jesús López quien mediante contrato autoriza la elaboración del presente EsIA y la finca 65494 que se anexa al proyecto, propiedad del Sr. Víctor Antonio García Camaño.

**Generales del Promotor:**
Promotor: Grupo Corporativo del Atlántico S.A.
Ubicación: Corregimiento el Rincón, Distrito de Las Palmas, Provincia de Veraguas
Teléfono: 6616-4535
Correo electrónico: paolasinternet@yahoo.es

**Objetivos del Proyecto:**
El proyecto "Extracción de Minerales no Metálicos – Finca Lajita" tiene la finalidad de realizar la extracción de material no metálico, piedra y material selecto, para proveer de este material a las empresas que realizan obras de interés público, como lo son las carreteras o tramos de la carretera Interamericana que va de Santiago a David..
El objetivo del proyecto es una iniciativa privada, que busca construir una nueva estructura escolar, moderna y confortable para trasladar La Escuela Moderna San Juan de su actual ubicación.

**Categoría del Estudio de Impacto Ambiental: Cat. I**
El estudio de impacto ambiental de referencia ha sido clasificado de categoría
II, siguiendo los criterios de categorización para EsIA, establecidos en el
Decreto Ejecutivo 123 de 14 de agosto de 2009.

**Contenido del Estudio:**
En cumplimiento a lo indicado en el Decreto Ejecutivo N° 123 de 14 de agosto
de 2009 como contenido mínimo de los EsIA Categoría II, el documento
contiene 15 capítulos, con el contenido siguiente:

Capítulo 1, Tabla de contenido
Capítulo 2, Resumen Ejecutivo
Capítulo 3, Introducción
Capítulo 4, Información General
Capítulo 5, Descripción del Proyecto
Capítulo 6, Descripción del Ambiente Físico
Capítulo 7, Descripción del Ambiente Biológico
Capítulo 8, Descripción del Ambiente Socioeconómico
Capítulo 9, Identificación de Impactos Ambientales Sociales Específicos
Capítulo 10, Plan de Manejo Ambiental
Capítulo 11, Ajuste Económico por externalidades Sociales y Ambientales
Capítulo 12, Lista de Profesionales que participaron en el EsIA
Capítulo 13, Conclusiones y Recomendaciones
Capítulo 14, Bibliografía Consultada
Capítulo 15, Anexos

El documento en total contiene      páginas más los anexos correspondientes.

Los Consultores Ambientales que participaron en la elaboración del presente
Estudio de Impacto Ambiental fueron:

Ingeniero Roberto Jiménez S. – IRC 043-2002, Consultor Lider
Licenciado Jorge A. Castillo Moreno – IRC 034- 2004

Eric Francisco Alvarado Santos
Presidente y Representante Legal de
Grupo Corporativo del Atlántico S.A.

Notario Público Primero del Circuito de Veraguas

Yo, LICDO. MIGUEL R. SIFONTES S., Notario Público
Primero del Circuito de Veraguas, con Cédula N° 7-54-339
CERTIFICO:
Que dada la certeza sobre la identidad de la(s) persona(s)
que firma(n) el presente documento, su(s) firma(s) es (son)
auténticas, (Art. 834, 835, 836, 859 C.J.)  7 MAY 2014



### AUTORIZACIÓN IRREVOCABLE PARA REALIZAR ESTUDIO DE IMPACTO AMBIENTAL.

Por este medio yo, **NIVARDO JESUS LOPEZ**, varón, panameño, mayor de edad, con cédula de identidad personal N° 4-158-694, residente en corregimiento de los Ruices, Distrito de Las Palmas, Provincia de Veraguas, quien en lo sucesivo se denominara el **PROPIETARIO**, y por la otra la **GRUPO CORPORATIVO DEL ATLANTICO, S.A.,** Sociedad esta que se encuentra debidamente inscrita en el Registro Público a la ficha **siete c cero siete dos tres (720723),** Documento **dos cero seis seis seis uno seis (2066616)** de la Sección Mercantil del Registro Público de la República de Panamá, la reunión se celebró en la ciudad y Distrito de Santiago, Provincia de Veraguas, específicamente en las oficinas ubicadas en barriada urraca calle 1, sin salida, oficina 219, representada por **ERIC FRANCISCO ALVARADO SANTOS**, varón, panameño, mayor de edad, con cédula de identidad personal N° 9-114-2488, con oficinas ubicadas en centro de Convenciones Dos Mares en la entrada de Santiago, ciudad y Distrito de Santiago, Provincia de Veraguas, lugar donde recibe notificaciones personales, quien en lo sucesivo se denominara el **AUTORIZADO,** convienen en suscribir el presente acuerdo de autorización irrevocable para realizar estudio de impacto ambiental en base a los siguientes términos:

**PRIMERO:** Declara el señor **NIVARDO JESUS LOPEZ**, que es propietario de la finca N° 8692, rollo 1, asiento1, Documento 1, con una superficie aproximada de 96 Has + 4000 mts2, cuyos medidas, linderos y superficie constan en el Registro Público.

**SEGUNDO:** Declara **EL PROPIETARIO (NIVARDO JESUS LOPEZ)**, que otorga su formal consentimiento libre de presiones y coacción con el fin de **AUTORIZAR**, a la **GRUPO CORPORATIVO DEL ATLANTICO, S.A.,** fundación debidamente inscrita a la ficha ocho mil doscientos diecinueve (8219) documento cuatrocientos cincuenta y tres mil ciento cuarenta y seis (453146), imagen uno (1) de la sección de Fundaciones de Interés Privado, a fin de que se realicen los estudios de Impacto Ambiental o los que sean convenientes dentro de la propiedad para la extracción de recursos minerales no metálicos.

**TERCERO:** Declaran ambas partes **(NIVARDO JESUS LOPEZ y la GRUPO**

...RTO: Conviene **GRUPO CORPORATIVO DEL ATLANTICO, S.A.**en cuidar del

inmueble con la diligencia de un buen padre de familia.

Para constancia firmamos el presente contrato de Autorización, a los 22 de Abril de

2014, en la ciudad de Santiago, Provincia de Veraguas, República de Panamá, como

aparece:

**EL PROPIETARIO.**                                    **EL AUTORIZADO.**

~~IVARDO JESUS LOPEZ~~          ERIC FRANCISCO ALVARADO SANTOS

CED. 4-158-694.-                              CED. 9-114-2488

4-158-694

Notario Público Primero del Circuito de Veraguas

Yo, **LICDO. MIGUEL R. SIFONTES S.,** Notario Público
Primero del Circuito de Veraguas,con Cédula N° 7-54-339
CERTIFICO:
Que dada la certeza sobre la identidad de la(s) persona(s)
que firma(n) el presente documento, su(s) firma(s) es (son)
auténticas, (Art. 834, 835, 836, 859 C.J.) **2 5 ABR 2014**
Santiago,

**LICDO. MIGUEL R. SIFONTES S.**
Notario Público Primero del Circuito de Veraguas





**REPUBLICA DE PANAMA**
## REGISTRO PUBLICO DE PANAMA    No. 565974

PAG.    1
// AZR01    //

28/04/2014                    C E R T I F I C A

CON VISTA A LA SOLICITUD 14 - NO. 8232

QUE NIVARDO JESUS LOPEZ CEDULA 9-158-694, ES PROPIETARIO DE LA FINCA

3692 INSCRITA AL FOLIO 374 DEL TOMO 1057 DE LA SECCION DE PROPIEDAD

DE LA PROVINCIA DE VERAGUAS.--------------------------------------------

UBICACION: CORREGIMIENTO CABECERA DEL DISTRITO DE LAS PALMAS,

PROVINCIA DE VERAGUAS.--------------------------------------------------

SUPERFICIE: 96 HECTAREAS 4000 METROS CUADRADOS.------------------------

VALOR DEL TERRENO: B/.97.00.-------------------------------------------

LINDEROS

NORTE: TERRENOS NACIONALES

SUR  : NATIVIDAD GONZALEZ Y OTROS

ESTE : TERRENOS NACIONALES Y ALFONSO APONTE

OESTE: TERRENOS NACIONALES

GRAVAMENES INSCRITOS VIGENTES A LA FECHA. SUJETA A RESTRICCIONES DE LEY.

DADA EN PRIMERA HIPOTECA, ANTICRESIS Y LIMITACION DE DOMINIO A QUE SE

REFIERE ESTA FINCA A FAVOR DEL BANCO DE DESARROLLO AGROPECUARIO POR LA

SUMA DE B/.37,000.00, A UN PLAZO DE 20 AÑOS UNA TASA DE INTERES DE 2%

ANUAL.....FICHA 451627-------------------------------------------------

NOVARDO JESUS LOPEZ SITTON....CON CEDULA 9-158-694...|.ACEPTA QUE SE CONS

TITUYA SERVIDUMBRE PARA EL PASO Y MANTENIMIENTO SOBRE ESTA FINCA A FAVOR

LA EMPRESA DE TRANSMISION ELECTRICA,S.A LA CUAL TENDRA UN ANCHO DE 40MTS

POR 1,240 MTS DE LARGO, PARA UNA SUPERFICIE TOTAL DE 9,600 M2.----------

EXPEDIDO Y FIRMADO EN LA PROVINCIA DE VERAGUAS,-EL-VEINTIOCHO-DE-ABRIL
-DEL-DOS MIL CATORCE,              A LAS  03:05:25 PM

NOTA:  ESTA CERTIFICACION PAGO DERECHOS
       POR UN VALOR DE B/.    30.00
       COMPROBANTE NO. 14 - 8232
       FECHA: Lunes 28. Abril DE 2014
   // AZR01    //

DAISY TRISTAN BARRIOS
CERTIFICADOR





**REPUBLICA DE PANAMA**

# REGISTRO PUBLICO DE PANAMA          No. 565781

REGISTROPUBLICODEPANAMA REGISTROPUBLICODEPANAMA REGISTROPUBLICODEPANAMA REGISTROPUBLICODEPANAMA REGISTROPUBLICODEPANAMA REGISTROPUBLICODEPANAMA REGISTRO

```
                                                    PAG.        1
                                                    // AZRO1    //


                         C E R T I F I C A

                 CON VISTA A LA SOLICITUD 14 -      57768


--------------------------------- QUE LA SOCIEDAD : -----------------------------
GRUPO CORPORATIVO DEL ATLANTICO, S.A.
SE ENCUENTRA REGISTRADA LA FICHA    750723 DOC.    2066616 DESDE EL
VEINTICINCO DE OCTUBRE DE DOS MIL ONCE
- QUE LA SOCIEDAD SE ENCUENTRA VIGENTE

- QUE SUS SUSCRIPTORES SON:
      (     1 ) STALIN ELLIS
      (     2 ) YIRILKA GUILLEN

- QUE SUS DIRECTORES SON:
      1 ) ERIC FRANCISCO ALVARADO SANTOS
      2 ) JORGE ENRIQUE DONOSO HERNANDEZ
      3 ) JUAN LEO CAMARENA GUIROZ

- QUE SUS DIGNATARIOS SON:
  PRESIDENTE        : ERIC FRANCISCO ALVARADO SANTOS
  TESORERO          : JORGE ENRIQUE DONOSO HERNANDEZ
  SECRETARIO        : JUAN LEO CAMARENA GUIROZ

- QUE LA REPRESENTACION LEGAL LA EJERCERA:
  EL PRESIDENTE, EN SU DEFECTO LA SECRETARIA, Y EN DEFECTO DE AMBOS LA
  PERSONA QUE DESIGNE L AJUNTA DE ACCIONISTAS.

- QUE SU AGENTE RESIDENTE ES: LICENCIADO LUIS ALBERTO OLMOS RODRIGUEZ
- QUE SU DOMICILIO ES VERAGUAS


  EXPEDIDO Y FIRMADO EN LA PROVINCIA DE VERAGUAS , EL QUINCE  DE ABRIL
  DEL DOS MIL CATORCE  A LAS 04:13:17.P.M

NOTA:   ESTA CERTIFICACION PAGO DERECHOS
        POR UN VALOR DE /B/.    30.00
        COMPROBANTE NO. (14 -        57768
        NO. CERTIFICADO: S. ANONIMA - 044512          DAISY TRISTAN BARRIOS
        FECHA: Martes 15, Abril DE 2014
  // AZRO1    //
```





Yo, **LICDO. MIGUEL R. SIFONTES S.,** Notario Público
Primero del Circuito de Veraguas, con Cédula Nº 7-54-339

CERTIFICO:

Que esta copia fotostática ha sido cotejada con su
original, y la misma se ha encontrado en todo conforme.

Veraguas, _____ 2 4 ABR 2014 _____

**LICDO. MIGUEL R. SIFONTES S.**
Notario Público Primero del Circuito de Veraguas





Yo, **LICDO. MIGUEL R. SIFONTES S.**, Notario Público
Primero del Circuito de Veraguas, con Cédula Nº 7-54-339

CERTIFICO:

Que esta copia fotostática ha sido cotejada con su
original, y la misma se ha encontrado en todo conforme.

Veraguas, _____ 2 5 ABR 2014 _____

**LICDO. MIGUEL R. SIFONTES S.**
Notario Público Primero del Circuito de Veraguas







El suscrito, Lic. Rocio Elena González González, Notaria Pública Décima Tercera del Circuito de Panamá, con Cédula No. 8-236-2407:

## CERTIFICO

Que este documento es copia auténtica de su original.

Panamá, 1 3 ABR 2012

Lic. Rocio Elena González González
Notaria Pública Décima Tercera



**ENCUESTAS**

**FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA**

**Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""**

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado: _Rosa de Nuñez_

      a. sexo _F_   b. edad _45_   c. ocupación _almacenista_

      d. escolaridad : primaria___,  secundaria _✓_, univ.____

2. Como considera la actividad que desarrollará el proyecto: buena _✓_, regular___, mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no. _✓_

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido _✓_

    b) contaminación del aire ___

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a)___ buen mantenimiento a los equipos ___

    b)_____

    c)_____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo ___

    b) más ingreso _✓_

    c) obras comunitarias ___

Encuestador_ Roberto Jiménez _     fecha _21/5/14_

## FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA

### Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado: *Alvis Aguilar*

      a. sexo _M_    b. edad _30_    c. ocupación _albañil_

      d. escolaridad : primaria___, secundaria _X_, univ.____

2. Como considera la actividad que desarrollará el proyecto: buena_X_, regular___, mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no. _X_

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido _✓_

    b) contaminación del aire ___

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a)___ *Controlar el ruido de los camiones* ___

    b)_____

    c)_____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo ___

    b) más ingreso _✓_

    c) obras comunitarias ___

Encuestador_ *Roberto Jiménez* _      fecha _21/3/14_

**FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA**

**Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""**

**Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas**

1. Generales del entrevistado: _Euridice de Pineda_

        **a. sexo** _F_     **b. edad** _24_     **c. ocupación** _ama de casa_

        **d. escolaridad : primaria___, secundaria _✓_, univ.____**

2. Como considera la actividad que desarrollará el proyecto: buena _✓_, regular___, mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no. _✓_

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido ___

    b) contaminación del aire _✓_

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a) _regular el humo en los camiones_

    b)_____

    c)_____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo _✓_

    b) más ingreso ___

    c) obras comunitarias ___

**Encuestador** _Roberto J. mérel_      **fecha** _21/3/14_

**FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA**

**Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""**

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado: *Elena Camarena*

        a. sexo _F_    b. edad _20_    c. ocupación _secretaria_

        d. escolaridad : primaria___, secundaria _X_, univ.____

2. Como considera la actividad que desarrollará el proyecto: buena _✓_, regular___, mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no. _✓_

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido _✓_

    b) contaminación del aire ___

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a) _Darle buen mantenimiento al equipo_

    b) _____

    c) _____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo _✓_

    b) más ingreso ___

    c) obras comunitarias ___

Encuestador _Roberto Jiménez_    fecha _21/5/14_

**FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA**

**Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""**

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado: _Juan de Dios Pineda_

      a. sexo _M_   b. edad _56_   c. ocupación _Productor_

      d. escolaridad : primaria _X_, secundaria_____, univ.____

2. Como considera la actividad que desarrollará el proyecto: buena _X_, regular___, mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no. _X_

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido _✓_

    b) contaminación del aire ___

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a)___ buen mantenimiento al equipo ___

    b)_____

    c)_____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo _✓_

    b) más ingreso ___

    c) obras comunitarias ___

Encuestador_ Roberto Jiménez _    fecha _2L/3/14_

## FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA

### Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado: _Dario Juarez_

     a. sexo _M_   b. edad _62_   c. ocupación _agricultor_

     d. escolaridad : primaria _X_,  secundaria____,  univ.____

2. Como considera la actividad que desarrollará el proyecto: buena _✓_, regular___, mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no. _X_

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido _X_

    b) contaminación del aire ___

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a) _arreglar bien los equipos_

    b)_____

    c)_____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo _✓_

    b) más ingreso ___

    c) obras comunitarias ___

Encuestador _Roberto Jimenez_     fecha _21/3/14_

## FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA

### Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""

**Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas**

1. Generales del entrevistado: *Juan Batista*

      a. sexo _M_   b. edad _70_   c. ocupación _Agricultor_

      d. escolaridad : primaria _X_, secundaria____, univ.____

2. Como considera la actividad que desarrollará el proyecto: buena _✓_, regular___, mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no._X_

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido _✓_

    b) contaminación del aire ___

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a) _arreglar bien los equipos_

    b)_____

    c)_____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo _✓_

    b) más ingreso ___

    c) obras comunitarias ___

Encuestador_ *Roberto Jiménez* _ fecha _24/3/14_

**FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA**

**Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""**

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado: Silvia Tristan

       a. sexo _F_  b. edad _46_  c. ocupación _ama de casa_

       d. escolaridad : primaria _X_, secundaria____, univ.____

2. Como considera la actividad que desarrollará el proyecto: buena _✓_, regular___, mala____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no. _X_

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido ___

    b) contaminación del aire _X_

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a) _controlar el humo_

    b) _____

    c) _____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo _✓_

    b) más ingreso ___

    c) obras comunitarias ___

Encuestador _Roberto Jiménez_ fecha _21/5/14_

**FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA**

**Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""**

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado: *Luis Martinez*

       **a. sexo** *M*   **b. edad** *25*   **c. ocupación** *ayudante carpintero*

       **d. escolaridad : primaria___, secundaria** *X* **, univ.____**

2. Como considera la actividad que desarrollará el proyecto: buena___, regular *X* ,
mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente
si__, no. *X*

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido *X*

    b) contaminación del aire ___

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a) *Dar buen matenimiento a los equipos*

    b)_____

    c)_____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo *✓*

    b) más ingreso ___

    c) obras comunitarias ___

Encuestador _*Alex Medina*_____ fecha *21/03/14*

## FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA

### Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""

**Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas**

1. Generales del entrevistado: Javier González

    a. sexo M   b. edad 23   c. ocupación ayudante en construcción

    d. escolaridad : primaria X , secundaria____ , univ.____

2. Como considera la actividad que desarrollará el proyecto: buena X , regular___,
mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente
si__, no. X

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido ___

    b) contaminación del aire X

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a) Controlar el humo de los Equipos

    b)_____

    c)_____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo X

    b) más ingreso ___

    c) obras comunitarias ___

Encuestador Alex Medina    fecha 21/03/14

**FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA**

**Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""**

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado: *Rosa Elena Rodriguel*

   a. sexo *F*    b. edad *44*    c. ocupación *Ama de Casa*

   d. escolaridad : primaria *X*,   secundaria____,   univ.____

2. Como considera la actividad que desarrollará el proyecto: buena *X* regular___, mala____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no. *X*

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

   a) exceso de ruido ___

   b) contaminación del aire *X*

   c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

   a) *Que se de buen mantenimiento a los equipos*

   b)_____

   c)_____

6. Que beneficios podría obtener la comunidad del proyecto

   a) Empleo *X*

   b) más ingreso ___

   c) obras comunitarias ___

Encuestador *Alex Medina*                fecha *21/03/14*

FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA

Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado: *Ana Alain*

a. sexo *F*    b. edad *28*    c. ocupación *Ama de Casa*

d. escolaridad : primaria *X*, secundaria____, univ.____

2. Como considera la actividad que desarrollará el proyecto: buena *X*, regular___, mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no. *X*

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

a) exceso de ruido *X*

b) contaminación del aire ___

c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

a) *Mantener los vehículos bien*

b)_____

c)_____

6. Que beneficios podría obtener la comunidad del proyecto

a) Empleo *X*

b) más ingreso ___

c) obras comunitarias ___

Encuestador *Alex Medina*    fecha *21/03/14*

**FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA**

**Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""**

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado: *Ruben Castillo*

      a. sexo *M*   b. edad *56*   c. ocupación *agricultor*

      d. escolaridad : primaria *X*, secundaria____, univ.____

2. Como considera la actividad que desarrollará el proyecto: buena *X*, regular___, mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si__, no. *X*

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido *X*

    b) contaminación del aire ___

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a) *Dar mantenimiento a los vehículos*

    b)_____

    c)_____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo *X*

    b) más ingreso ___

    c) obras comunitarias ___

Encuestador *Alex Medina*    fecha *21/03/14*

**FORMULARIO DE ENCUESTA DE PERCEPCION CIUDADANA**

**Proyecto "EXTRACCION DE MINERAL NO METALICO – FINCA LA LAJITA""**

Ubicación: Corregimiento El Rincón, Distrito de Las Palmas, Provincia de Veraguas

1. Generales del entrevistado:  *Erika González*

      a. sexo *F*   b. edad *21*   c. ocupación *Asistente Contabilidad*

      d. escolaridad : primaria___, secundaria _X_ , univ.____

2. Como considera la actividad que desarrollará el proyecto: buena___, regular _X_, mala_____

3. Considera que la actividad que desarrollará la empresa contaminará el ambiente si _X_, no.___

4. De las siguientes, cual considera es la causa de mayor contaminación ambiental

    a) exceso de ruido  _X_

    b) contaminación del aire ___

    c) contaminación del agua ___

5. que medidas recomienda para subsanarla (si la respuesta 3 es no, no se llenar)

    a) *Controlar el trafico de camiones*

    b)_____

    c)_____

6. Que beneficios podría obtener la comunidad del proyecto

    a) Empleo _X_

    b) más ingreso ___

    c) obras comunitarias ___

Encuestador *Alex Medina*    fecha *21/03/14*

# ESTUDIO GEOLOGICO

## EVALUACION DE YACIMIENTO

# SERVICIOS DE CANTERA Y CONSTRUCCIONES GENRALES, S.A.

# INFORME DE EVALUACIÓN DE YACIMENTO

# SOLICITUD DE CONCESIÓN DE EXTRACCIÓN DE MINERALES NO METÁLICOS "PIEDRA DE CANTERA"

**Preparado por**

**Ing. Abdiel Gustavo Chiu Vergara, M.I.**

Corregimiento de El Rincón, Distrito de Las Palmas

Provincia de Veraguas

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA

Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

Marzo de 2014

## TABLA DE CONTENIDOS

1. INTRODUCCIÓN
2. LOCALIZACIÓN, FISIOGRAFÍA Y ACCESO
3. BREVE DESCRIPCIÓN GEOLÓGICA MINERA

GEOLOGIA DE PANAMÁ

GEOLOGÍA DE LA PROPIEDAD

DESCRIPCIÓN DEL TIPO DE YACIMIENTO

MINERALIZACIÓN

TRABAJO DE RECONOCIMIENTO GEOLÓGICO

RESERVAS Y RECURSOS

4. DESENVOLVIMIENTO PREVIO Y FLUJOGRAMA
5. EXPLOTACIÓN

   5.1 PRODUCCIÓN

   5.2 PRODUCCIÓN PLANTA DE BENEFICIO

   5.3 DESTINO DE LA PRODUCCIÓN

6. DISEÑO DE VOLADURAS
7. DIMENSIONAMIENTO DE EQUIPO
8. GENERACIÓN DE EMPLEO
9. INVERSIÓN
10. CONCLUSIONES

**ANEXOS**

Planos del proyecto

Ensayos de Laboratorio (Geomecánico)

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

2

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1958
Ingeniero de Minas / Arquitectura

## 1. INTRODUCCIÓN

Proponemos la explotación de un proyecto minero de minerales no metálicos (Piedra de Cantera) ajustado a un yacimiento basalto localizado en el lugar conocido como La Lajita (Ver plano adjunto), corregimiento de El Rincón, distrito de Las Palmas, Provincia de Veraguas.

A través de campañas de exploración, previas a la confección de este documento, hemos definido estructuras o afloramientos en el cerro El Jagua, área adyacente a la carretera interamericana (Ver plano adjunto), los cuales alcanzan elevaciones por arriba de los 350 metros sobre el nivel del mar. Estas importantes estructuras están asociadas a los eventos volcánicos que produjeron los derrames y flujos basalto-andesíticos en la zona.

En el mapa geológico de la República de Panamá (1:250,000), impreso por el Instituto Tommy describe la zona del distrito de La Mesa, cuya hoja topográfica es la 39401 Cañazas, como una zona dominada por Basaltos y aglomerados volcánicos de la Formación San Pedrito.

La zona explorada y solicitada en concesión de extracción comprende un total de 111.80 hectáreas aproximadamente, ubicadas en el corregimiento de El Rincón, distrito de Las Palmas, Provincia de Veraguas, República de Panamá.

La sociedad **Servicios de Cantera y Construcciones Generales, S.A.,** realizó una prospección minera a cargo del **Ing. Abdiel Chiu**. A fin de cumplir con las metas planificadas se efectuaron trabajos de reconocimiento a escala 1:50,000. Durante el curso del programa se tomaron un total de 15 muestras de roca de control litológico, ejecutando dos (2) perforaciones y 3 muestras para análisis físico-mecánico y petrográfico, las tres (3) muestras petrográficas fueron tomadas en sitios diferentes dentro dentro de la zona estudiada; la cual presenta diversos frentes de trabajos y en donde la roca se observa como afloramientos.

3

Como complemento se examinaron las zonas de cumbre o corona, secciones transversales y cortes de roca expuesta para verificación y control geológico. Con esto se logró definir los contactos de los litotipos aflorantes y sus dominios.

El paquete de documentos anexos contiene la información requerida por la Dirección Nacional de Recursos Minerales, de conformidad con el Art. 27 del Código de Recursos Minerales, para la presentación del **Informe de Evaluación de Yacimiento**, informe de gran importancia para las solicitudes de concesión de extracción de minerales no metálicos. El mencionado Informe de Evaluación de Yacimiento, solicitado también por la empresa **Servicios de Cantera y Construcciones Generales, S.A.,** tiene la intención de cumplir con los requisitos establecidos por ley para la autorización del Contrato de Concesión de Extracción de Mineral No Metálico (Piedra de Cantera). Entre estos requisitos el Estudio de Impacto Ambiental categoría II, es de importancia fundamental.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

## 2. LOCALIZACIÓN, FISIOGRAFIA Y ACCESO

El proyecto se ubica a .8 kilómetros al norte de la carretera Panamericana en la finca conocida como La Lajita, Corregimiento de El Rincón, Distrito de Las Palmas Provincia de Veraguas. Esta finca es propiedad de Victor Antonio García Camaño; sin embargo la empresa promotora establecerá acuerdos con esta persona una vez se obtengan los permisos de extracción por parte de las autoridades competentes y con antelación a los trabajos de extracción. Este polígono se ubica dentro de las siguientes coordenadas geográficas que se observan en el cuadro de la zona Nº 1 solicitada en concesión de extracción.

La zona explorada y solicitada en concesión de extracción (Basalto) se ubica en el lugar conocido como finca La Lajita, corregimiento de El Rincón, distrito de Las Palmas, provincia de Veraguas, República de Panamá.

4

Las coordenadas geográficas de la concesión solicitada son las siguientes:

**Zona N° 1**
**Área total: 111.8 hectáreas**

| Puntos | Latitud | Longitud | Rumbo | Distancia (mts.) |
|--------|---------|----------|-------|------------------|
| 1 | 45° 36' 47.00" | 90° 87' 68.00" | | |
| | | | ESTE | ---------- |
| 2 | 45° 38' 16.00" | 90° 90' 79.00" | | |
| | | | SUR | --------- |
| 3 | 45° 41' 68.00" | 90° 86' 70.00" | | |
| | | | OESTE | --------- |
| 4 | 45° 39' 38.00" | 90° 84' 02.00" | | |
| | | | NORTE | --------- |
| 1 | 45° 36' 47.00" | 90° 87' 68.00" | | |

**ABDIEL GUSTAVO CHIU V.**
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA

Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

**Fisiografía**

*Drenaje:* La zona solicitada se encuentra dentro de la cuenca N° 120, que corresponde al río San Pedro, que tiene un área de drenaje de 407 $km^2$ y cuyos principales tributarios son los ríos San Pedro, San Pedrito, Aclita, San Martín, Sábalo y Río de Jesús.

Dentro de la finca se observan algunas zanjas o drenajes naturales que conducen las aguas de escorrentía.

Con su red secundaria definen un patrón dendrítico, obedeciendo a los fallamientos estructurales de orden regional. En su mayoría los drenajes secundarios son intermitentes; alcanzando su mayor actividad hidrodinámica en los períodos de alta precipitación pluviométrica (Mayo, Junio, Julio, Agosto, Septiembre, Noviembre).

5

*Relieve:* El sitio donde se establecerá la planta de trituración y otras infraestructuras presenta una topografía accidentada, con fuertes pendientes y otras de suave desarrollo. El yacimiento basáltico presenta una topografía quebrada, con pendientes pronunciadas (hasta de 75%) y una diferencia de elevación de más de 50 metros entre la base y el punto más alto del macizo rocoso.

El afloramiento de roca presenta fuertes pendientes en sus secciones transversales norte-sur y este-oeste, observando el macizo rocoso desde diferentes direcciones.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 200
FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

*Vegetación:* Por las actividades ganaderas que se desarrollan en la finca, la faragua (Hyparremia ruffa), la grama petate y la Brachiaria decumbes son las especies de gramíneas predominantes en el sitio donde se ubicará la planta de trituración y otras infraestructuras; también se observan otras especies de plántulas, arbustos y árboles entre ellas la dormidera (Mimosa pudica), escobilla (Sida sp.), cirbulaca (Baltimora recta), friega plato (Solanum sp.), cinco negritos (Lantana camara), escobillo, carne asada (Roupala montana), nance (Byrsonima crassifolia), chumico (Curatella americana), canillo (Miconia argentea), higuerón (Ficus insípida), malagueto (Xilopia sp.), jagua (Genipa americana), oreja de mula (Miconia sp.), guarumo (Cecropia peltata), palma de corozo (Acrocomia aculeata), cortezo (Apeiba sp.), cedro amargo (Cedrella odorata), y laurel (Cordia alliodora).

Prescindiendo del cedro amargo y el higuerón, las especies arbustivas y arbóreas anotadas en el párrafo anterior también se presentan en el bosque secundario existente en el yacimiento de basalto y alrededores y en el bosque de galería de la quebrada ubicada al sur del proyecto. Además, se observan otras especies como: mangle (Myrisine coriácea), arraiján (Eugenia acapulcensis), iguano (Dilodendron costarricense), manzanillo (Ximenia americana), achotillo (Sloanea tuerckheimii), almácigo (Bursera simaruba), jamaico (Dendropanax arboreus), camaroncillo (Hirtella racemosa), zorro (Astronium graveolens), espuelón, espinillo (Chomelia

6

espinosa), paja peluda (Andropogon bicornis), paja de hueso (Andropogon sp), piñuela (Bromelia pinguin), chiri chiri o amargoso (Vatairea lundelli), cañaza (Bambusa sp.), cuernito o cachito (Acacia collinsii), zumbo (Alibertia edulis), guayabo (Psidium sp.), satro (Garcinia intermedia), guarumo de pava (Didymopanax morototoni), guayabito (Eugenia sp.), cierrillo (Mouriri myrtilloides), drago (Pterocarpus officinalis), jordancillo (Trema micrantha), poro poro (Cochlospermum vitifolium), naranjillo (Heisteria concinna) y guabito de río (Zygia longifolia) balo (Gliricidia sepium), harino (Andira inermis), arcabú (Lacmellea panamensis), cacho de chivo (Godmania aesculifolia), escobito, jobo (Spondias mombim), sigua (Nectandra sp.), mala sombra (Neea sp.), lengua de buey (Verbesina gigantea), mostrenco (Randia armata), matillo (Matayba scrobiculata), pito (Erythrina fusca), uvito (Ardisia revoluta), cafetillo (Psychotria sp.).

## 3. Descripción Geológico Minera

### 3.1   GEOLOGÍA DE PANAMÁ

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

El Istmo de Panamá está sobrepuesto en un arco insular/construido sobre el manto oceánico del cretácico Superior. La costra oceánica está representada por picritas básicas y ultrabásicas , piroxenitas, garbos y basaltos en almohadas cuyos afloramientos se encuentran localizados en la parte Sur de Panamá, en la Península de Azuero y cerca del Golfo de San Miguel ( Weyl,1980 ). Estas rocas tienen sobrepuestas sedimentos con deformación acentuada, por los grandes esfuerzos producto de la actividad tectónica y la orogenia.

El volcanismo de arco insular y la sedimentación asociada dio inició en el Cretácico superior al Eoceno Inferior a través de Panamá y el mismo se extendió al Cenozoico llegando hasta el presente. Esta secuencia consiste principalmente de flujos y material piroclástico de composición andesítica y basáltica intercalados con sedimentos clásticos y calizas.

7

El arco insular fue resultado de los procesos de subducción de la Placa tectónica de Cocos por debajo de la Placa tectónica del Caribe a lo largo del "Middle American Trench" al Suroeste de Panamá y Costa Rica.

La Placa del Caribe ha sido objeto de subdivisiones por "Sundblad et al año en el Bloque "Chortis" el cual contiene la costra Pre-Mezosoica. El Bloque adyacente "Chorotega" incluye una parte de Costa Rica y el Oeste de Panamá y el mismo contiene únicamente rocas del Mesozoico o más jóvenes, Kesler et al. (1977) describió la evolución en la composición de las rocas plutónicas de Panamá a través del tiempo, directamente relacionada con la evolución del arco insular. El primer magmatismo de composición toleítico se inició hace 60 a 70 millones de años, resultando en el emplazamiento de batolitos dioríticos y cuarzodioríticos en la Península de Azuero. El magmatismo calcoalcalino comenzó en el Eoceno y ha continuado hasta el presente. La composición de los plutones calcoalcalino es dominantemente granodiorítica, pero incluye fases de cuarzo-monzonitas y cuarzo-diorita.

Las fases de intrusivos porfiríticos son relativamente abundante y los depósitos de cobre pórfido, incluyendo el de Petaquilla y Cerro Colorado se correlacionan con los intrusivos calcoalcalinos de todas las edades.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

## 3.2 GEOLOGÍA DE LA PROPIEDAD

**Formaciones Geológicas Regionales**

Desde la perspectiva regional, el polígono solicitado en concesión minera de extracción tiene gran relación con la Formación San Pedrito que contiene a la formación Cañazas y su génesis está relacionada con la actividad volcánica acaecida durante el Período Terciario; las rocas que caracterizan la formación geológica regional comprende rocas basálticas, andesitas, arena, lutitas, madera

8

silicificada, conglomerados, tobas y aglomerados, sedimentos epiclásticos; se observan fallas de poca envergadura con rumbos diferentes, aspecto que revela cierta actividad tectónica activa.

Además del yacimiento no metálico, las geoformas que más destacan son el cerro El Jagua en donde se emplaza el yacimiento.

**ABDIEL GUSTAVO CHIU V.**
Ingeniero Geólogo Minero
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

### Unidades geológicas locales

Las unidades geológicas locales prominentes se refieren a unidades volcánicas basalto-andesítico, en correspondencia con la formación volcánica que enmarca el sitio en donde ocurre la yacencia mineral no metálica, la principal estructura aflora como un domo rocoso masivo al centro, exhibe textura porfirítica, identificándose fenocristales de piroxeno, plagioclasa, augita, feldespatos sódicos y cálcicos, la mineralización máfica no es intensa, se observa algo de vidrio y mineralización sílica, tendiente a la formación de cristales de cuarzo, estos minerales le confieren una alta densidad a la roca, de alrededor de 95 lb/pie cúbico), no ocurren rocas de origen sedimentario u otras rocas de origen volcánico en el lugar específico en donde se observa el macizo rocoso.

*Rocas Volcánicas:* En la región ocurre un predominio de rocas volcánicas que están representadas por flujos lávicos de composición basáltica, brechas volcánicas y "plugs", además de grandes masas de aglomerados volcánicos de composición basáltica y andesítica.

*Rocas Intrusivas: N*o se observaron rocas intrusivas de ninguna composición, sin embargo fueron observadas rocas volcánicas con alteración hidrotermal, lo que indica la proximidad de rocas intrusivas las cuales no afloran.

9

Los rasgos estructurales más sobresalientes son fallamientos regionales que afectan principalmente la secuencia volcanoclástica. La región no exhibe un sismicidad activa evidente y la orientación del patrón del patrón de fallas y otros detalles se exhiben en el mapa geológico de Panamá.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000.010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

## 3.3 MINERALIZACIÓN

En la zona afloran andesitas, basaltos y aglomerados volcánicos, en forma de coladas lávicas producidas dentro de los límites de una caldera de explosión en las etapas finales del episodio volcánico. Se reconoce un tipo de yacencia: masiva, medianamente soldada y asociada al cuerpo rocoso, consolidada, asociadas a estructuras de falla y a zonas de contacto.

## 3.4 TRABAJO DE RECONOCIMIENTO Y METODOLOGÍA DE TRABAJO

En función de las características morfológicas o morfoformas y dado el alto grado de aflorabilidad del macizo rocoso se establecieron los itinerarios bisectando logitudinalmente dentro de la propiedad, las áreas de interés a través de perfiles. También se inspeccionaron las zonas de cumbre y las áreas basales de los filos, los drenajes, áreas laterales y zonas de soporte del prospecto minero.

En promedio se completaron 4,800 metros lineales de itinerarios de reconocimiento geológico a lo largo del prospecto minero.

Los itinerarios se levantaron con uso de brújula silva, GPS Garmin 12XL y la hoja topográfica Cañazas, 1:50,000 (4041-II).

Muestras de roca para control litológico fueron tomadas para establecer los límites y zonas de contactos de las rocas aflorantes. Además se tomó una muestra de roca para análisis físico químico y mecánico (Análisis de Los Ángeles, RQD, Resistencia a la comprensión, Resistencia a sulfatos de sodio y magnesio).

Las estaciones, puntos de control y sitios de muestreo fueron marcadas en campo con cinta fluorescente y placa metálica. También fueron geo-referenciados a coordenadas UTM, previamente establecidas con el uso de GPS (Garmin 12XL).

El levantamiento de campo se ejecutó a escala 1:5,000. Los datos tomados durante el programa de reconocimiento fueron ploteados inmediatamente lo que hizo posible definir los límites de los cuerpos rocosos que afloran en la zona.

**ABDIEL GUSTAVO CHIU V.**
INGENIERO DE MINAS
Licencia No. 980-640-801
FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

Los terrenos se caracterizan por un grado considerable de aflorabilidad de los macizos rocosos basálticos. A ambos lados y a lo largo de los caminos que conducen al área del yacimiento volcánico la exposición de roca volcánica de composición basáltica es visible, con mayor acentuación en el yacimiento avistado al centro de las fincas. Se detectó en los sectores norte y sur la presencia de roca basáltica y aglomerado volcánico aparentemente intercalándose espacialmente.

En los filos y cuestas a lo largo de los perfiles domina material y fragmentos dispersos de roca suelta intemperizada y suelo residual suprayaciendo y subyaciendo a la roca sólida, tal como sea el caso. Los crestones de roca andesítica aún resistentes se observan de forma esporádica sobre los drenajes al sur, al norte de la finca, base de taludes, zonas de pendientes y hay vestigios en las áreas planas. En los drenajes avistados y que tienen relación con nuestro yacimiento y en donde se ejecutaron perforaciones el macizo rocoso muestra claramente el dominio de rocas consistentes tipo basáltica relativamente frescas, las cuales se exponen a través de afloramientos continuos e intermitentes, mega bloques y gran número de boulders y rodados sub angulares de la misma litología. En algunas secciones del yacimiento del cerro en cuestión de regular altimetría se aprecia el dominio de rocas volcánicas en forma aflorada y clara y a lo largo de diferentes orientaciones, la exposición basáltica es dominante en afloramientos interesantes para la explotación de roca destinada a la producción de agregados para la industria de la construcción, igual en la zona de la corona de los prospectos estudiados. Las zonas de cuesta presentan contaminación del material

11

rocoso, y las coberturas (sobrecargas o descapote) son variables y prácticamente inexistente en yacimiento que hemos denotado como el frente de producción principal y en donde se iniciará la explotación del recurso no metálico.

## 3.6 RESERVAS Y RECURSOS

Para realizar el cálculo de Reservas se efectuaron una serie de perfiles transversales y longitudinales al yacimiento de roca basáltica con rumbos E-O y N-S respectivamente.  Se realizaron perforaciones hasta los 40 metros para reconocer la calidad de la roca, y la implementación de métodos indirectos (Sísmica de Refracción) para definir el cuerpo en profundidad, se deben considerar los valores de este cálculo como inferidos y estimados a partir de observaciones y mediciones físicas de campo. De acuerdo a la clasificación Marco de Reservas y Recursos de Naciones Unidas (CMNU) y adaptando lo propuesto en el estudio geológico minero consultado, se estima un recurso indicado de 24, 000,000 de metros cúbicos de material útil.

**Cálculos**

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2006-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

$$Vt = \frac{a+b}{2} \times h \times l$$

Donde:

Vt = volumen del trapezoide en millones de metros cúbicos

a  = base superior del trapezoide

b  = base inferior del trapezoide

h  = altura del trapezoide

l  = largo del trapezoide

12

**Perfil A-A'**

Fue subdividido en un solo bloque de manera conservadora.

Así tenemos que sustituyendo parámetros de campo para un 60 % del área de fincas afectadas por el proyecto minero:

**Vt= 24, 000,000 M³**

El Área involucrada en el cálculo de volumen es de 600,000 m², segregadas de un área considerada como el área principal de 111.00 hectáreas en donde se priorizará el establecimientos de frentes de trabajo.

Volumen de la sobrecarga (asumiendo .5 metros): **345,000 M³**

## CALCULO DE RESERVAS MINERAS
### (En millones de metros cúbicos)

| PERFILES | RESERVAS | MINABLES | SOBRECARGA Promedio | RESERVÁS |
|---|---|---|---|---|
| | BLOQUES | Reservas Minables | (0.5 m) | Reservas Geológicas |
| A-A' | A | 24,000,000 | | |
| SUBTOTAL | | 24,000,000 | 345,000 | 24,000,000 |
| | | | | |
| TOTAL | | 2,261,000 | 345,000 | 24,000,000 |

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

13

## 4. DESENVOLVIMIENTO PREVIO Y FLUJOGRAMA DE TRABAJO

El desenvolvimiento previo se relaciona con los servicios mineros y de ingeniería civil que viabilizan la etapa de operaciones mineras. Entre los cuales enfatizamos: La habilitación de vías de acceso, seguridad e higiene industrial, frentes de desmonte y frentes de extracción, descarpe, infraestructura básica, dimensionamiento de los equipos mineros de carga y transporte, diseño de voladura, adecuación de sitio para la instalación de la planta de trituración, acondicionamiento de plazoletas o patios para depositar el material pétreo proveniente de la zona de extracción y los patios de agregados.

La fase de desenvolvimiento para este proyecto minero la hemos dividido en dos (2) etapas que se describen a seguir. Para iniciar cualquier etapa de desenvolvimiento minero se debe contar de antemano con los estudios de factibilidad aprobados, permisos y contratos con la nación, a fin de cumplir las normativas legales en materia minera y ambiental. A continuación se exponen las etapas:

- **Desenvolvimiento Previo**

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2006-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

1. Nivelación, ampliación y habilitación de caminos.
2. Descapote (Overburden o sobrecarga).
3. Acondicionamiento de patios de acopios de agregados y material pétreo.
4. Construcción de infraestructura básica (taller, comedor, oficina con sanitarios, obras de control ambiental, etc.).
5. Acondicionamiento para instalación de trituradoras, tolvas, "conveyors" y cribas.
6. Sistema de Seguridad e Higiene Industrial.

- **Desenvolvimiento productivo**

14

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

1. Diseño de Minado.
2. Definición de frentes de extracción.
3. Construcción de polvorín.
4. Permisos y trámites para compra de explosivos.
5. Compra y traslado al sitio de los equipos de producción.
6. Adecuación de sitio para el montaje del generador.
7. Adecuación de área para patio de agregados, roca detonada y bolders.
8. Área de depósito de chatarra.

## Planta de trituración (cantera)

La planta de trituración la conforman un sistema de trituradoras primaria y secundaria conectadas entre sí por un sistema de bandas transportadoras (conveyors) que la hace operar en "circuito cerrado", la trituradora de mandíbula reducen el material procedente de la mina de 24" de diámetro a por lo menos unas 6" de diámetro, el cual es pasado por un segundo proceso de reducción en una trituradora de cono, la cual transforma el material de 6" de diámetro a tamaños hasta de ½" de diámetro.

El proceso de trituración se inicia con la descarga de roca fracturada o detonada con explosivos ANFO o gelatina explosiva  de alta eficiencia, los tamaños aproximados que ingresan a la cernidora primaria es de 24 pulgadas de diámetro, que realizan los camiones de volteo sobre la tolva de alimentación de la trituradora primaria de mandíbula. Parte del material triturado se acopia como capa base y otro porcentaje es llevado por un sistema de cernidores y bandas transportadoras hacia la trituradora de cono, en donde el material es reducido a tamaños requeridos dentro de la industria de la construcción.

Reducido de tamaño, el material pasa al proceso de clasificación por tamaño en la cernidora y finalmente es llevado a través de bandas transportadoras a la pilas de

15

acopio final de agregados, dentro del área de la planta de trituración, de donde se despacharán a los clientes.

Las operaciones de trituración se realizarán ocho horas (8) horas al día, seis (6) días a la semana, situación que puede variar de acuerdo a la demanda de agregados pétreos. El diagrama de procesamiento del mineral no metálico desde la mina hasta su despacho a los clientes una vez procesado en la planta de trituración se expone a continuación:

**ABDIEL GUSTAVO CHIU V.**
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

**FLUJOGRAMA**

Cuadro N° 1

*Diagrama de Flujo del Proceso*

| Mina de basalto | | Movimiento y carga | Transporte | Trituración | Acopio y despacho |
|---|---|---|---|---|---|
| Perforación | Voladura | | | | |
|  |  |  |  |  |  |

## 5. EXTRACCIÓN Y EXPLOTACIÓN DE ROCA BASÁLTICA

La operación de minado se realizará usando un método a cielo abierto "open pit", con bancos en avance y altura de bancos de 7 metros; sí se presentarán inconvenientes en el proceso extractivo dicha altura se corregiría o ajustaría tomando en cuenta el tamaño de los equipos de perforación, el RQD de la roca, el tipo de explosivos, la geología de detalle y los parámetros de seguridad. El arranque del proceso de extracción de basalto, se ejecutará en forma mecanizada, de esta manera es posible utilizar una pala mecánica para ayudar en el descapote iniciado con tractor y su posterior carga a camiones de acarreo una vez fracturada

16

la roca; la sobrecarga existente en algunos sitios del yacimiento no metálico será llevado a botaderos debidamente habilitados para su posterior recuperación y utilización en la recuperación de áreas que así lo demanden, los camiones de acarreo de aproximadamente 20 yardas cúbicas transportan la roca hacia la planta de trituración para dar inicio al proceso de producción de agregados aptos para la industria de la construcción.

Para el caso de las zonas masivas no ripeables, se utilizará explosivos ANFO para fragmentar y fracturar la roca. Esto se hará a través de un patrón o malla de fuego que se reducirá o ampliará de acuerdo a las características de las zonas que requieran voladuras controladas como función de la aceleración de partículas del suelo.

La operación de "descapote" se realizará paralelamente a la explotación, utilizando para está tarea un sistema de arranque y transporte similar al usado en producción (pala mecánica – camión); el "overburden" y el mineral contaminado se transportará a las zonas destinadas para este fin (botaderos). Este material posteriormente será reutilizado en los procesos restaurativos, consistentes en los planes de Recuperación Ambiental y de Abandono.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

### 5.1 Producción y Vida Útil

El cálculo de reservas bancables arrojó un estimado de reservas indicadas de **24, 000,000 m$^3$** de mineral no metálico explotable y con un factor de rentabilidad económica. Las reservas probadas no consideran el factor de abundamiento y se han calculado conservadoramente, por lo que las reservas posibles y probables son mayores al monto inferido.

La sociedad Servicios de **Cantera y Construcciones Generales, S.A.**, ha establecido para sus cálculos un turno productivo de 8 horas en los primeros seis (6) meses extensivos a un año. Tomando esto como referencia se estima una

17

producción diaria por **un turno de 8 horas de 1,200 metros cúbicos día (1,560 yardas cúbicas/día)** de agregados. Tomando como promedio 26 días laborables al mes, **la producción mensual alcanzará el orden de 31,200 metros cúbicos**, y para 12 meses de operación (1 año) la producción sería de **374,400 metros cúbicos anualmente**. Con las reservas evaluadas la **vida útil promedio de la explotación de piedra de cantera sería de aproximadamente 60 años (Factible para varias prórrogas legales) la vida útil puede incrementarse** aumentando las reservas de mineral no metálico.

```
ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-688-091


              FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura
```

### 5.2 Producción Planta de Trituración

De acuerdo a las necesidades del mercado, parte de la producción se procesará en un circuito cerrado de trituración y clasificación, produciendo principalmente los agregados gruesos o piedra 12" a  24" o de 6" a 10" ( Matacán ), piedra #1 ( 3.5" a 0.5" ), piedra #3 ( 2" a 1.5") y la piedra #4 (1.5" a 0.75") de diámetro. El pasante se procesará en un circuito de molienda y clasificación del cual se obtendrá una granulometría fina – 16 # mesh y la gruesa (-8, +16).

De los 1,200 metros cúbicos que alimentarán la planta por día, 750 $m^3$ se derivan del circuito No.1 de trituración y clasificación y aproximadamente 450 $m^3$ son procesadas por el circuito No.2 de molienda y clasificación adjunto.

### 5.3 Destino de la Producción

Los agregados gruesos (Base granular) y los agregados finos (Arenas) obtenidos en el proceso productivo son:

- Matacán ( 12" a  24" ) y Matacán de ( 6" a 10" )
- Piedra # 1( 3.5" a 0.5" )
- Piedra #3 ( 2" a 1.5" )

- Piedra #4 ( 1.5" a 0.75" )
- Piedra #5 ( 1" a 0.5" )
- Piedra #6 ( 0.75" a 0.375" )
- Capa Base ( 1.5" a 0 )
- Piedra #7 ( 0.5" a #4 )
- Piedra #56 ( 1" a 0.375" )
- Piedra #57 ( 1" a #4 )
- Polvillo
- Arenilla < 0.75"



Estos productos cumplirán con las normativas para construcción de pavimentos, en la fabricación de concreto Pórtland, hormigón asfáltico, capa base y como material de relleno sumergido. Lo cual atenderá las exigencias de los proyectos turísticos, portuarios, viales y constructivos de la región.

## 6.    DISEÑO DE VOLADURAS

Una vez completada la fase de desenvolvimiento previo, la zonas donde se iniciarán los trabajos de arranque (frentes de trabajo) deberán estar definidas y aquellas zonas que exijan la utilización de explosivos para su fragmentación deberán ser enmarcadas dentro del **Programa de Perforación y Voladuras Controladas**, para cumplir el proceso productivo diseñado, y mantener la alimentación de la planta de trituración con capacidad aproximada de procesamiento de 40, ajustable a 90 Ton /hora.

**El programa de Perforación y Voladuras Controladas tiene como objetivos:**

1. Disminuir el sobre rompimiento en el límite final planeado de las excavaciones (Se recomienda apropiada sobre perforación y carga de fondo).

19

2. Seguridad (Seguir el protocolo de voladuras, según Oficina de Seguridad del Cuerpo de Bomberos, aislar el área previo a la voladura en un perímetro de 400 metros, utilizar alarma previa, y verificar la existencia de barrenos quedados post-voladura, etc.).
3. Disminuye el riesgo de caídas de roca al tener taludes más estables.
4. Reducción de costos.
5. Taludes más verticales.
6. En los tajos a cielo abierto al tener taludes más verticales extiende la vida de la mina.
7. Fracturamiento apropiado de la roca para su trituración en la planta de trituración.
8. Optimizar la producción.
9. Minimizar la aceleración de partículas del suelo.
10. Minimizar el costo de las voladuras y por lo tanto el costo del metro cúbico de agregados producido.

Para el caso de la Cantera, la Empresa promotora aplicará la Barrenación en Línea o "Drilling Line" y/o Precorte ("Presplitting"). Con la barrenación en línea y precorte combinados se obtendrán excelentes resultados para esta roca competente y homogénea.

La operación de minado se realiza usando un método a cielo abierto con bancos en avance y altura de bancos de 7 metros. El arranque se inicia de forma mecanizada, esto es, se utiliza pala mecánica o cargador frontal para raspar el mineral de la frente y su cargado a los camiones volquete de 20 yardas cúbicas. Luego de ripear la sobrecarga, el material pétreo de la zona competente se somete al plan de perforación y voladura, atendiendo las siguientes conocidas:

- Tipo de material.
- Tamaño de los equipos de perforación.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959:
Junta Técnica de Ingeniería y Arquitectura

20

- Mano de obra calificada.
- Diámetro del barreno.
- Profundidad de barrenación.
- Explosivo a ser utilizado.
- Custodia de la voladura.
- Plantilla de barrenación.
- Sub-barrenación.
- Carga de fondo.
- Taco.
- Cara libre.
- Geología superficial.
- Perforadora.
- Altura de banco.
- Espaciamiento y bordo.
- Angulo de perforación.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

El plan de Perforación y Voladuras Controladas "drilling and blasting" deberá cumplir con los procedimientos y disposiciones legales establecidas por el Ministerio de Seguridad del Estado con atención a las recomendaciones de la OFICINA DE SEGUGRIDAD DEL CUERPO DE BOMBEROS DE PANAMÁ (CBP). Con esto, todos los procedimientos estarán basados en lo que dispone el Capítulo V sobre manejo y uso de Explosivos del CBP. Este Capítulo V regula las disposiciones en materia de:- Registro, Patentes, Permisos, Importación, Venta, Envases, Idoneidad, Detonaciones, Polvorines, Retiro de explosivos, Entregas, Vehículos, Prohibiciones y Sanciones-.

El programa de "Drilling and Blasting" estará a cargo de un Ingeniero de Minas, Idóneo y con experiencia en minería de piedra de cantera y en el uso y manejo de explosivos.

Este profesional de la minería tendrá a su cargo:

1. Diseño del Patrón, sistema de encendido, amarres e iniciación.
2. Supervisar las operaciones de perforación.
3. Cálculos de explosivos.
4. Cálculo de la producción de roca detonada.
5. Diseño de bancos de explotación.
6. Incremento de la productividad.
7. Elaborar un programa estratégico de voladuras.
8. Inventario y manejo de los magazines.
9. Establecer los procedimientos de seguridad en el uso de sustancias peligrosas dentro de la cantera.
10. Contratación del transporte apropiado para los explosivos y coordinar con la Oficina de Seguridad del CBP el traslado y recibo del producto.
11. Mantener los niveles permitidos para operaciones con explosivos y voladuras superficiales establecidas por la UN. (sismicidad, contaminación por ruido, lanzamientos, gases y humos, sistema de encendido non eléctrico, horarios, avisos previos a la comunidad, colocación de barreras o telas de protección y sirenas de advertencia antes de ejecutar la detonación).

12. Informe de los tiros e inventario del producto después de cada voladura.

## 7.    DIMENSIONAMIENTO DE EQUIPO

**Equipos de Extracción**

1. Un Cargador frontal (Front Loader) Caterpillar CAT-980 con capacidad de pala 5,5yd$^3$.
2. 2 Camiones Volquete Internacional Freighliner con capacidad de 8.5 y 19yd$^3$.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

22

3. Perforadora de orugas ZoomTrak DHA-500S, TamRock, con 45mm de diámetro de barreno.

4. Tractor D8N Caterpillar con ripper.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 23 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

## Planta de Trituración Tentativa

➤ "Un alimentador Grizzly de 42 pulgadas de ancho por 14 pies de largo. Este es accionado por un motor eléctrico de 30 HP, dispone de clutch magnético que le permite operar con velocidad variable.

➤ Una trituradora primaria de mandíbulas Nordberg modelo C-80 que posee una boca de alimentación de material de 530x800 mm (21''x 32''), accionada por un motor eléctrico de 100 HP.

➤ Una criba vibratoria horizontal de tres niveles para clasificación del material triturado de 5 pies de ancho por 14 pies de largo, accionada por un motor eléctrico de 25 HP, que puede separar de uno a tres diferentes productos al mismo tiempo dependiendo de la necesidad de los mismos y de los juegos de mallas instalados para tal efecto.

➤ Una trituradora de cono secundaria Nordberg modelo HP-200 accionada por un motor de 200 HP. Esta máquina recibe el material ya triturado en la etapa primaria y lo termina de reducir para obtener los productos deseados.

➤ Un transportador integrado debajo de la criba de 42'' de ancho, para recoger los finos, accionado por un motor eléctrico de 7.5 HP de salida posterior.

➤ Un transportador debajo de la trituradora secundaria de 36'' de ancho accionado por un motor eléctrico de 7.5 HP, para recoger el producto triturado por el HP-200 y por la mandíbula primaria y descargarlo al transportador de descarga lateral de la planta.

➤ Un chasis para el trabajo pesado de eje triple, integrando todos los elementos antes mencionados, escalera de acceso, pasillos alrededor de la planta, chutes, frenos de aire y luces. Las dimensiones generales del chasis son: 58 pies de largo x 10 pies de ancho x 14 pies de alto.

23

> ➤ Un conjunto de bandas transportadoras no integradas al chasis para cerrar el circuito de los productos triturados con la criba clasificadora y hacer las pilas de los diferentes productos o agregados.

### Carga y Transporte de Roca Detonada

El acarreo de roca detonada de la mina a la planta se realizará con los camiones volquetes Internacional Freighliner u de otra marca propiedad de la empresa y el transporte a los clientes se hará con equipos alquilados de 30 toneladas preferiblemente.

1. Un Cargador Frontal (Front Loader)  980F Cat, con pala de 5,5 yardas cúbicas; es posible la utilización de pala mecánica catterpilar.
2. Camiones volquetes de 25 toneladas (Los camiones pueden ser de 7 ó 20 yardas cúbicas).

### Administración

1. Vehículo 4wd Land Crusier de una cabina y capacidad de carga de 2,5 ton.
2. Four track 4x4.
3. Remolque con  capacidad para 3 toneladas.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

### Explosivos

En las plantillas de barrenación se estarán utilizando explosivos industriales a base de Nitrato de Amonio (ANFO) e Hidrogels tipo Magnafrag Plus o Riogel, los cuales son muy utilizados para voladuras  en operaciones mineras a cielo abierto y sub-acuáticas; la mezcla puede realizarse in-situ y con equipos apropiados.

24

El sistema de encendido es no eléctrico (Non electric system) y se utilizarán detonadores con retardo no eléctrico tipo Primadet EZ Det para iniciar el encendido. La ejecución de voladuras controladas exige el uso de estopines eléctricos o sistemas de retardo de milisegundos, estaremos utilizando retardos entre barrenos o detonadores con retardo No Eléctrico, serie de conectores MS (MSC) Primadet de 25MS, 42MS, 17MS, 35MS, con velocidad de propagación de 2,000 mts/seg.

Los amarres entre barrenos y entre líneas se harán con cordón detonante, con velocidad de propagación de 7,000 mts/seg.

## 8.    GENERACIÓN DE EMPLEO

La compañía Servicios de Cantera y Construcciones Generales, S.A., ha diseñado un proyecto de explotación de mineral no metálico (Piedra de Cantera-roca basáltica) para la producción de agregados pétreos que proveerá a obras de desarrollo, dentro de la industria de la construcción impulsadas por el gobierno y la empresa privada en las provincias centrales de Panamá.

Esta operación a tajo abierto requerirá el concurso de mano de obra calificada y no calificada, generando empleomanía, aspecto que impactará positivamente el sector socioeconómico de la región y que beneficiará directamente a moradores y locales comerciales. La empresa tiene como meta contratar la mano de obra local y solo la mano de obra especializada subcontratarla si no se reúne el perfil que los puestos exigen.

El número de trabajadores en el proyecto puede oscilar de 15 a 18 personas desglosadas así:

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000/010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

25

- **Personal Administrativo:** (1) Secretaria, (1) almacenista-aseador, (1) ventas y (1) chofer.
- **Personal Técnico:** Jefe de Operaciones, Jefe de la Planta, Perforista, geólogo, jefe de producción.
- **Operadores de Equipo Pesado**: (1) Operador del Front Loader, (2) operador de la planta (2) camionero, (1) mecánico.
- **Seguridad:** (2) Inspectores de seguridad.

**ABDIEL GUSTAVO CHIU V.**
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

9.    **INVERSION**

El plan de inversión para desarrollar esta cantera en su fase de extracción se basa en el uso del equipo pesado requerido para preparar y extraer material del frente de trabajo. En este sentido la empresa ha realizado algunas cotizaciones para la adquisición del equipo necesario para dar cumplimiento al plan de trabajo propuesto, teniendo también la opción de subcontratar cualquier requerimiento adicional de equipo o servicio, con gran ventaja competitiva.

**Costo de inversión – primer Año**

| | |
|---|---:|
| (1) Planta de trituración y molienda con Accesorios. | .B/ 600,000 |
| (1)Tractor tipo Cat D8 | 70,000 |
| 2 camiones tipo Cat D25 de 25 Ton | 60,000 |
| (2) cargador Frontales tipo Cat 980C | 200,000 |
| (1)Pick up | 15,000 |
| (1) Galera | 5,000 |
| Acceso y preparación de frente minero | 172,800 |
| Costos administrativos | 46,080 |
| Costos por Explotación Minera | 1,408,158 |
| Otros o Imprevistos | 11,520 |

Total....................................................................... B/.2,818,958

**Los costos fijos** se cuantifican en **B/. 950,000.00** balboas.

*Costos de producción.*

EL costo de producción es de aproximadamente B/. 7.02 por metro cúbico de material procesado y desglosado así:

| Actividad | Costo/m$^3$ (B/.) |
|---|---|
| Preparación y extracción | 0.75 |
| Carga y acarreo | 1.15 |
| Trituración | 1.20 |
| Mantenimiento | 0.22 |
| Administración | 0.20 |
| Control ambiental | 0.15 |
| Impuesto Municipal | 0.30 |
| Imprevistos | 0.05 |
| Voladura | 3.00 |
| **Total** | **7.02** |

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2009-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

27

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000/019.001

FIRMA
Ley 15 del 26 de Enero de 1940
Junta Técnica de Ingeniería y Arquitectura

## 10.    CONCLUSIONES

- Las reservas son vastas e idóneas para implementar un proyector de explotación de roca basáltica apta para aportar agregados a la industria de la construcción con un alto factor de rentabilidad económica y favorable TIR.

- La zona está dominada por flujos de composición basáltica-andesítica piroclástica. El terreno estudiado confirmó la presencia de roca basáltica y aglomerado Volcánico, Tectónica en escalón parece observarse en varias localidades y el grado de fracturamiento de la roca está directamente relacionado con el sistema de fallamiento regional.

- Sobre el componente no metálico, existen recursos en abundancia de material, piedra cantera que puede ser utilizado en obras civiles, además de diversificarlo para utilizarlo en múltiples aplicaciones en la industria de la construcción, debido a sus características geomecánicas y físicas.

- La **Empresa promotora** ha elaborado los Estudios de Evaluación de Yacimiento e Impacto Ambiental, además ha completado la documentación para la Solicitud de Extracción de Mineral No Metálico (Piedra de Cantera) exigidos por el Ministerio de Comercio e Industrias a través de la Dirección Nacional de Recursos Minerales.

- Con los presentes estudios confeccionados por la empresa Servicios de **Cantera y Construcciones,   S.A.,** se complementa la información legalmente requerida para obtener la aprobación de la Resolución Minera (DNRM) y la Resolución Ambiental (ANAM) que viabilicen el contrato de extracción de piedra de cantera con el Estado a fin de completar todos los

28

trámites documentales y permisología exigida por ley en la República de Panamá.

- La explotación puede realizarse en forma amigable con el ambiente.

**ABDIEL GUSTAVO CHIU V.**
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

29

## Bibliografía

INSTITUTO GEOGRÀFICO NACIONAL TOMMY GUARDIA. Atlas Nacional de la República de Panamá, edición 2007.

CHIU VERGARA GUSTAVO ABDIEL, APUNTES DE CAMPO FEBRERO, MARZO DE 2014.

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

**Anexos**

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

## ANEXO No. 1
### PLANOS DEL PROYECTO Y LOCALIZACIÓN REGIONAL







AREA: 96 HAS, 4000 M

ESCALA: 1:5000.—

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000/010/001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

—LA LAJITA—

—OLIMPO SERAFIN GONZALEZ

34

## ANEXO No. 2
## PRUEBAS DE CALIDAD DE LA ROCA

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingenieria y Arquitectura

| | Deviation Survey | | LITHOLOGIC DESCRIPTION (rock type, joint infilling, joint roughness, etc.) | Sample | | | | | Discontinuity Data | | | Point Load Strength | ROD | RMR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Depth (m) | | Symbol | | Number | Symbol | Recovery | Los Angeles | Sulfato (Na / Ca) | Condition | Dip Angle | Spacing (m) | | | |

Location:
Vertical: □   Deviated: □
Manufacturer's Drill Designation:
Drilling Contractor:
Logged By:   Date:

Date Hole Started:   Finished:
Elevation:
Co-ordinates:
Drilling Method:   Core:   Casing:
Fluid:   Cased To:

Project No.

Project
Sheet:

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

36

| | | | Date Hole Started: | Project No. | |
|---|---|---|---|---|---|
| Location: | | | Elevation: | Finished: | |
| Vertical: ☐ | Deviated: ☐ | | Co-ordinates: | | |
| Manufacturer's Drill Designation: | | | Drilling Method: | Core: | Casing: |
| Drilling Contractor: | | | | Fluid: | Cased To: |
| Logged By: | Date: | | | | |

| Depth cm | Deviation Survey | Symbol | LITHOLOGIC DESCRIPTION (rock type, joint infilling, joint toughness, etc.) | Sample | | | Los Angeles | Sulfate (Na / Ca) | Discontinuity Data | | | Point Load Strength | RQD | RMR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Symbol | Recovery | | | Condition | Dip Angle | Spacing (m) | | | |



Project
Sheet:

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

37

| SSGI Servicios de Geología e Ingeniería | Resistencia a la Degradacioon de Agregado Grueso por Abrasion e Impacto en la Maquina Los Angeles (ASTM C-131) | |
|---|---|---|
| PROYECTO: ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | CODIGO: SSGI-P-14020 | |
| CLIENTE: CANTERA EL JAGUA Ing. JORGE DONOSO | FECHA: 24/02/2014 | |
| LOCALIZACIÓN: EL JAGUA, PROV. DE VERAGUAS | MUESTRA: P-1  30 a 33 m | |
| MUESTREADO POR: SSGI-A.S. | FECHA MUESTREO: 02/24/2014 TIPO: NUCLEOS | |

No. DE ESFERAS: ___12___   DIAMETRO: _1 27/32"_   PESO: 390-445 g   REVOLUCIONES ___500___

| TAMAÑO DE TAMICES | | PESO ORIGINAL DE LA MUESTRA |
|---|---|---|
| PASA | RETENIDO EN | (g) |
| 1 1/2" | 1" | 1250.00 |
| 1" | 3/4" | 1250.00 |
| 3/4" | 1/2" | 1250.00 |
| 1/2" | 3/8" | 1250.00 |
| | TOTAL | 5000.00 |

a) Peso Original de La Muestra _____ __5000.00__ g

b) Peso del Material Retenido en el Tamiz No. 12: __4116.30__ g

c) Perdida de Peso (a-b) _____ __883.70__ g

d) Porcentaje de Desgaste _____ __17.67__ %

Revoluciones por Minuto: ___33___   Gradacion de Muestra para Pruebas: ___"A"___

Observaciones: _____
_____
_____

Tecnico de laboratorio:  N. RIVERA    Revisado Por:  E. SALGADO    Aprobado Por:  O. SUGASTI

ABDIEL GUSTAVO CHIU V.
INGENIERO DE MINAS
Licencia No. 2000-010-001

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

38

40

**SUGASTI**
Servicios de Geología e Ingeniería

## Resistencia a la Degradacioon de Agregado Grueso por Abrasion e Impacto en la Maquina Los Angeles (ASTM C-131)

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | CODIGO: | |
|---|---|---|---|
| CLIENTE: | CANTERA EL JAGUA Ing. JORGE DONOSO | FECHA: | 01/25/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROV. DE VERAGUAS | MUESTRA: RODADO | |
| MUESTREADO POR: | SSGI- A.S. | FECHA MUESTREO: 01/24/2014 | TIPO: SUPERFICIAL |

No. DE ESFERAS: ___12___  DIAMETRO: __1 27/32"__  PESO: __390-445 g__  REVOLUCIONES: __500__

| TAMAÑO DE TAMICES | | PESO ORIGINAL DE LA MUESTRA |
|---|---|---|
| PASA | RETENIDO EN | (g) |
| 1 1/2" | 1" | 1250.00 |
| 1" | 3/4" | 1250.00 |
| 3/4" | 1/2" | 1250.00 |
| 1/2" | 3/8" | 1250.00 |
| | TOTAL | 5000.00 |

a) Peso Original de La Muestra: _____ 5000.00 g

b) Peso del Material Retenido en el Tamiz No. 12: _____ 4232.31 g

c) Pérdida de Peso (a-b): _____ 767.69 g

d) Porcentaje de Desgaste: _____ 15.35 %

Revoluciones por Minuto: __33__  Gradación de Muestra para Pruebas: __"A"__

Observaciones: _____

Tecnico de laboratorio. __I.LLERENA__  Revisado Por: __E.SALGADO__  Aprobado Por: __O.SUGASTI__

**JUGASTI**
Servicios de Geología e Ingeniería

ESTUDIO CANTERA EL JAGUA

Proy.: SSGI-P-14020



| SAMPLE ID | | | | TEST INFORMATION | | |
|---|---|---|---|---|---|---|
| Boring Number | | | | Specimen Type | | irregular |
| Sample Number | M-1 | | | Length, L (mm) | | 65.00 |
| Depth (m) | - | | | Diameter, D (mm) | | 40.00 |
| Break Date | 27-ene-14 | | | Width, $W_1$ (mm) | | 75.00 |
| Sample Description | | | | Width, $W_2$ (mm) | | 55.00 |
| | | | | Area, A ($mm^2$) | | 2600.00 |
| Moisture Condition | - | | | $D^2_e$ ($mm^2$) | | 3310.42 |
| | | | | Size Corr. Factor, F | | 1.07 |

| TEST SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| Load at Failure, F (kN) | | 8.9 | | Conversion Factor, K | 17 | |
| Uncorrected PLI, $I_s$ (MPa) | | 2.68 | | | | |
| Size Corrected PLI, $I_{s(50)}$ (MPa) | | 2.85 | | $\sigma_c = K * I_{s(50)}$ | | |
| Uniaxial Compressive Strength, $\sigma_c$ | | 495 | kg/cm2 | 7,038 psi | 48.5 | MPa |

BEFORE | AFTER

| SAMPLE ID | | | | TEST INFORMATION | | |
|---|---|---|---|---|---|---|
| Boring Number | | | | Specimen Type | | irregular |
| Sample Number | M-2 | | | Length, L (mm) | | 99.50 |
| Depth (m) | - | | | Diameter, D (mm) | | 20.00 |
| Break Date | 27-ene-14 | | | Width, $W_1$ (mm) | | 100.00 |
| Sample Description | | | | Width, $W_2$ (mm) | | 55.00 |
| | | | | Area, A ($mm^2$) | | 1550.00 |
| Moisture Condition | - | | | $D^2_e$ ($mm^2$) | | 1973.52 |
| | | | | Size Corr. Factor, F | | 0.95 |

| TEST SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| Load at Failure, F (kN) | | 4.4 | | Conversion Factor, K | 17 | |
| Uncorrected PLI, $I_s$ (MPa) | | 2.21 | | | | |
| Size Corrected PLI, $I_{s(50)}$ (MPa) | | 2.10 | | $\sigma_c = K * I_{s(50)}$ | | |
| Uniaxial Compressive Strength, $\sigma_c$ | | 364 | kg/cm2 | 5,177 psi | 35.7 | MPa |

BEFORE | AFTER

**POINT LOAD STRENGTH INDEX OF ROCK**

**SUGASTI**
Servicios de Geología e Ingeniería

## ENSAYO DE SOLIDEZ POR SULFATO DE MAGNESIO
(ASTM C 88)

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | | CODIGO: | SSGI-P-14020 |
|---|---|---|---|---|
| CLIENTE: | **CANTERA EL JAGUA - Ing. JORGE DONOSO** | | FECHA: | 01/25/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROVINCIA DE VERAGUAS | | MUESTRA: | SUPERFICIAL |
| MUESTREADO POR: | SSGI- A.S. | FECHA MUESTREO:   01/24/2014 | TIPO: | AFLORAMIENTO |

### AGREGADO GRUESO

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| $1^1/_2" - 1"$ | 1,000.00 | 971.30 | 28.70 | 2.87 |
| $1" - {}^3/_4"$ | 502.00 | 463.20 | 38.80 | 7.73 |
| $^3/_4" - {}^1/_2"$ | 668.00 | 642.60 | 25.40 | 3.80 |
| $^1/_2" - {}^3/_8"$ | 320.00 | 304.40 | 15.60 | 4.88 |
| $^3/_8" - N° 4$ | 300.00 | 262.30 | 37.70 | 12.57 |
| **TOTALES** | 2,780.00 | 2,643.80 | 146.20 | **5.24** |

### AGREGADO FINO

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| N° 4 - N° 8 | | | | |
| N° 8 - N° 16 | | | | |
| N° 16 - N° 30 | | | | |
| N° 30 - N° 50 | | | | |
| **TOTALES** | | | | |

OBSERVACIONES: _____

Técnico de laboratorio.   I. LLERENA      Revisado Por:   E.SALGADO   Aprobado Por:  O. SUGASTI

**SUGASTI**
Servicios de Geología e Ingeniería

**ENSAYO DE SOLIDEZ POR SULFATO DE SODIO**
**(ASTM C 88)**

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | | | CODIGO: | SSGI-P-14020 |
|---|---|---|---|---|---|
| CLIENTE: | CANTERA EL JAGUA - Ing. JORGE DONOSO | | | FECHA: | 01/25/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROVINCIA DE VERAGUAS | | | MUESTRA: | SUPERFICIAL |
| MUESTREADO POR: | SSGI- A.S. | FECHA MUESTREO: | 01/24/2014 | TIPO: | AFLORAMIENTO |

**AGREGADO GRUESO**

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| $1^1/_2" - 1"$ | 1,001.60 | 989.00 | 12.60 | 1.26 |
| $1" - {}^3/_4"$ | 503.00 | 492.80 | 10.20 | 2.03 |
| $^3/_4" - {}^1/_2"$ | 672.30 | 675.00 | -2.70 | -0.40 |
| $^1/_2" - {}^3/_8"$ | 330.60 | 306.70 | 23.90 | 7.23 |
| $^3/_8" - N^o 4$ | 300.20 | 286.60 | 13.60 | 4.53 |
| **TOTALES** | 2,807.70 | 2,750.10 | 57.60 | **2.05** |

**AGREGADO FINO**

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| $N^o 4 - N^o 8$ | | | | |
| $N^o 8 - N^o 16$ | | | | |
| $N^o 16 - N^o 30$ | | | | |
| $N^o 30 - N^o 50$ | | | | |
| **TOTALES** | | | | |

OBSERVACIONES: _____
_____
_____

Técnico de laboratorio.    I. LLERENA    Revisado Por:    E.SALGADO    Aprobado Por:  O. SUGASTI

| SUGASTI<br>Servicios de Geología e Ingeniería | ENSAYO DE SOLIDEZ POR SULFATO DE SODIO<br>(ASTM C 88) | | |
|---|---|---|---|

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | CODIGO: | SSGI-P-14020 |
|---|---|---|---|
| CLIENTE: | CANTERA EL JAGUA - Ing. JORGE DONOSO | FECHA: | 01/25/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROVINCIA DE VERAGUAS | MUESTRA: | SUPERFICIAL |
| MUESTREADO POR: SSGI- A.S. | FECHA MUESTREO: 01/24/2014 | TIPO: | AFLORAMIENTO |

### AGREGADO GRUESO

| TAMAÑO DE LOS TAMICES<br>(PASA POR - RETENIDO EN) | PESO ORIGINAL<br>DE LA MUESTRA<br>(g) | PESO DE LA<br>MUESTRA DESPUES<br>(g) | PERDIDA<br>EN PESO<br>(g) | % DE DESGASTE |
|---|---|---|---|---|
| $1^1/_2" - 1"$ | 1,001.60 | 989.00 | 12.60 | 1.26 |
| $1" - ^3/_4"$ | 503.00 | 492.80 | 10.20 | 2.03 |
| $^3/_4" - ^1/_2"$ | 672.30 | 675.00 | -2.70 | -0.40 |
| $^1/_2" - ^3/_8"$ | 330.60 | 306.70 | 23.90 | 7.23 |
| $^3/_8" - N^0 4$ | 300.20 | 286.60 | 13.60 | 4.53 |
| TOTALES | 2,807.70 | 2,750.10 | 57.60 | 2.05 |

### AGREGADO FINO

| TAMAÑO DE LOS TAMICES<br>(PASA POR - RETENIDO EN) | PESO ORIGINAL<br>DE LA MUESTRA<br>(g) | PESO DE LA<br>MUESTRA DESPUES<br>(g) | PERDIDA<br>EN PESO<br>(g) | % DE DESGASTE |
|---|---|---|---|---|
| $N^0 4 - N^0 8$ | | | | |
| $N^0 8 - N^0 16$ | | | | |
| $N^0 16 - N^0 30$ | | | | |
| $N^0 30 - N^0 50$ | | | | |
| TOTALES | | | | |

OBSERVACIONES: _____

_____

_____

Técnico de laboratorio.     I. LLERENA        Revisado Por:      E.SALGADO    Aprobado Por:   O. SUGASTI

| SUGASTI Servicios de Geología e Ingeniería | ENSAYO DE SOLIDEZ POR SULFATO DE MAGNESIO (ASTM C 88) | | |
|---|---|---|---|

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | CODIGO: | SSGI-P-14020 |
|---|---|---|---|
| CLIENTE: | CANTERA EL JAGUA - Ing. JORGE DONOSO | FECHA: | 01/25/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROVINCIA DE VERAGUAS | MUESTRA: | SUPERFICIAL |
| MUESTREADO POR: SSGI- A.S. | FECHA MUESTREO: 01/24/2014 | TIPO: | AFLORAMIENTO |

### AGREGADO GRUESO

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| $1^1/_2" - 1"$ | 1,000.00 | 971.30 | 28.70 | 2.87 |
| $1" - ^3/_4"$ | 502.00 | 463.20 | 38.80 | 7.73 |
| $^3/_4" - ^1/_2"$ | 668.00 | 642.60 | 25.40 | 3.80 |
| $^1/_2" - ^3/_8"$ | 320.00 | 304.40 | 15.60 | 4.88 |
| $^3/_8" - N° 4$ | 300.00 | 262.30 | 37.70 | 12.57 |
| TOTALES | 2,790.00 | 2,643.80 | 146.20 | 5.24 |

### AGREGADO FINO

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| N° 4 - N° 8 | | | | |
| N° 8 - N° 16 | | | | |
| N° 16 - N° 30 | | | | |
| N° 30 - N° 50 | | | | |
| TOTALES | | | | |

OBSERVACIONES: _____

Técnico de laboratorio.    I. LLERENA    Revisado Por:    E.SALGADO    Aprobado Por:    O. SUGASTI



**Servicios de Geología e Ingeniería**

## REPORTE DE PERFORACIÓN Y CALIDAD DE ROCA

CODIGO : SSGI – P -14020

## EXTRACCIÓN DE NÚCLEOS DE ROCAS EN LA CANTERA EL JAGUA, VERAGUAS.

CLIENTE:

**ING. JORGE DONOSO**

FEBRERO 2014

ORLANDO O. SUGASTI R.
GEOLOGO
LICENCIA No. 2010-177-002

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

# DRILL HOLE # EJ P-1

**Location:** EL JAGUA, VERAGUAS
**Vertical:** ☑    **Deviated:** ☐
**Manufacturer's Drill Designation:** XUL-100
**Drilling Contractor:** SUGASTI-SGI
**Logged By:** O. SUGASTI    **Date:** 24-2-2014

**Date Hole Started:** 19-2-2014    **Finished:** 22-2-2014
**Elevation:** 0
**Co-ordinates:**
**Drilling Method:** ROTACIÓN    **Core:** NQ    **Casing:** HW
**Fluid:** AGUA    **Cased To:** 9 m

**Project No.** SSGI-P-14020

| Depth (m) | Deviation Survey -45 0 45 | Symbol | LITHOLOGIC DESCRIPTION (rock type, joint infilling, joint roughness, etc.) | Sample Number | Sample Symbol | Sample Recovery | Los Angeles | Sulfato (Na / Ca) | Discontinuity Data Condition | Dip Angle | Spacing (m) | Point Load Strength (MPa) 25  75 | RQD % 25  75 | RMR % 25  75 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | Roca Basaltica (Lapilli soldada) | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | RUGOSA | 20 | 0.03 | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | MET | 25 | 0.1 | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | |
| 15 | | | Roca Basaltica (Lapilli soldada) | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | RELLE/MET | 15 | 0.15 | | | |
| 20 | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | RUGOSA | 15/20 | 0.05 | | | |
| 24 | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | |

**SUGASTI**
Servicios de Geología e Ingeniería

**Project:** CANTERA EL JAGUA
Sheet: 1 of 2



## DRILL HOLE # EJ P-1

**Location:** EL JAGUA, VERAGUAS
**Vertical:** ☑    **Deviated:** ☐
**Manufacturer's Drill Designation:** XUL-100
**Drilling Contractor:** SUGASTI-SGI
**Logged By:** O. SUGASTI    **Date:** 24-2-2014

**Project No.** SSGI-P-14020
**Date Hole Started:** 19-2-2014    **Finished:** 22-2-2014
**Elevation:** 0
**Co-ordinates:**
**Drilling Method:** ROTACIÓN    **Core:** NQ    **Casing:** HW
**Fluid:** AGUA    **Cased To:** 9 m

| Depth (m) | Deviation Survey -45 0 45 | Symbol | LITHOLOGIC DESCRIPTION (rock type, joint infilling, joint roughness, etc.) | Sample Number | Sample Symbol | Sample Recovery | Los Angeles | Sulfato (Na / Ca) | Discontinuity Data Condition | Dip Angle | Spacing (m) | Point Load Strength (MPa) 25 75 | RQD % 25 75 | RMR % 25 75 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | | |
| 28 | | | *Roca Basaltica* (Lapilli soldada) | | | | | | RUGOSA | 20 | 0.03 | | | |
| 29 | | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | | |
| 32 | | | | | | | 17.6 | 2.2 | | | | | | |
| 33 | | | | | | | | | RELL/MET | 10 | 0.1 | | | |
| 34 | | | | | | | | | | | | | | |
| 35 | | | | | | | | | RELL/MET | 10/20 | 0.15 | | | |
| 36 | | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | |
| 40 | | | End of Borehole | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | | |
| 45 | | | | | | | | | | | | | | |
| 46 | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | | |

ORLANDO O. SUGASTI R.
GEOLOGO
LICENCIA No. 2010-177-002

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

**SUGASTI**
Servicios de Geología e Ingeniería

Project: CANTERA EL JAGUA
Sheet: 2 of 2

| SUGASTI Servicios de Geología e Ingeniería | Resistencia a la Degradacioon de Agregado Grueso por Abrasion e Impacto en la Maquina Los Angeles (ASTM C-131) |
|---|---|

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | CODIGO: SSGI-P-14020 |
|---|---|---|
| CLIENTE: | CANTERA EL JAGUA  Ing. JORGE DONOSO | FECHA: 24/02/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROV. DE VERAGUAS | MUESTRA: P-1  30 a 33 m |
| MUESTREADO POR: | SSGI- A.S.     FECHA MUESTREO:    02/24/2014 | TIPO: NUCLEOS |

No. DE ESFERAS: ___12___  DIAMETRO: __1 27/32"__  PESO: _390-445 g_  REVOLUCIONES: ___500___

| TAMAÑO DE TAMICES | | PESO ORIGINAL DE LA MUESTRA |
|---|---|---|
| PASA | RETENIDO EN | (g) |
| 1 1/2" | 1" | 1250.00 |
| 1" | 3/4" | 1250.00 |
| 3/4" | 1/2" | 1250.00 |
| 1/2" | 3/8" | 1250.00 |
| | TOTAL | 5000.00 |

a) Peso Original de La Muestra: _____ 5000.00  g

b) Peso del Material Retenido en el Tamiz No. 12: _____ 4116.30  g

c) Pérdida de Peso (a-b): _____ 883.70  g

d) Porcentaje de Desgaste: _____ 17.67  %

Revoluciones por Minuto: ___33___  Gradación de Muestra para Pruebas: __"A"__

Observaciones: _____

_____

_____

Tecnico de laboratorio. ___N. RIVERA___   Revisado Por: ___E.SALGADO___   Aprobado Por: ___O.SUGASTI___

**SUGASTI**
Servicios de Geología e Ingeniería

**ENSAYO DE SOLIDEZ POR SULFATO DE SODIO**
**(ASTM C 88)**

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | | CODIGO: | SSGI-P-14020 |
|---|---|---|---|---|
| CLIENTE: | CANTERA EL JAGUA - Ing. JORGE DONOSO | | FECHA: | 02/25/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROVINCIA DE VERAGUAS | | MUESTRA | P-1  29.5 a 31m |
| MUESTREADO POR: | SSGI- A.S. | FECHA MUESTREO: | 02/24/2014 | TIPO: | NUCLEO HQ |

### AGREGADO GRUESO

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| $1^1/_2" - 1"$ | 1,012.40 | 990.20 | 22.20 | 2.19 |
| $1" - {}^3/_4"$ | 501.20 | 489.80 | 11.40 | 2.27 |
| $^3/_4" - {}^1/_2"$ | 622.00 | 620.80 | 1.20 | 0.19 |
| $^1/_2" - {}^3/_8"$ | 353.20 | 340.60 | 12.60 | 3.57 |
| $^3/_8" - N^o\ 4$ | 305.70 | 290.80 | 14.90 | 4.87 |
| TOTALES | 2,794.50 | 2,732.20 | 62.30 | 2.23 |

### AGREGADO FINO

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| $N^o\ 4 - N^o\ 8$ | | | | |
| $N^o\ 8 - N^o\ 16$ | | | | |
| $N^o\ 16 - N^o\ 30$ | | | | |
| $N^o\ 30 - N^o\ 50$ | | | | |
| TOTALES | | | . | |

OBSERVACIONES:

| Técnico de laboratorio. | I. LLERENA | Revisado Por: | E.SALGADO | Aprobado Por: | O. SUGASTI |
|---|---|---|---|---|---|

# DRILL HOLE # EJ P-2

**Location:** EL JAGUA, VERAGUAS
**Vertical:** ☑        **Deviated:** ☐
**Manufacturer's Drill Designation:** HGY-100
**Drilling Contractor:** SUGASTI-SGI
**Logged By:** O. SUGASTI        **Date:** 24-2-2014

**Project No.** SSGI-P-14020
**Date Hole Started:** 15-2-2014        **Finished:** 21-2-2014
**Elevation:** 233 m
**Co-ordinates:** 452334 E  907751 N
**Drilling Method:** ROTACIÓN    **Core:** HQ    **Casing:** PW
**Fluid:** AGUA        **Cased To:** 4.5 m

| Depth (m) | Deviation Survey -45 0 45 | Symbol | LITHOLOGIC DESCRIPTION (rock type, joint infilling, joint roughness, etc.) | Sample Number | Sample Symbol | Sample Recovery | Los Angeles | Sulfato (Na / Ca) | Discontinuity Data Condition | Dip Angle | Spacing (m) | Point Load Strength (MPa) 25  75 | RQD % 25  75 | RMR % 25  75 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | **Toba de LAPILLI** color gris rojizo, meteorizada hacia saprolita y fragmentos de roca sana. | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| 4 | | | **Toba de LAPILLI** Baja meteorización a sana, color gris con fragmentos verdosos y rojizos. | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | |
| 6 | | | | | | | | | MET | 20 | 0.15 | | | |
| 7 | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | |
| 13 | | | | | | | | | RUGOSA | 35 | 0.1 | | | |
| 14 | | | | | | | 15.2 | 2.21 | | | | | | |
| 15 | | | **Toba de LAPILLI** color gris en la matriz, con fragmentos verdosos y rojizos | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | | |

**SUGASTI**
Servicios de Geología e Ingeniería

Project: CANTERA EL JAGUA
Sheet: 1 of 2



# DRILL HOLE # EJ P-2

**Location:** EL JAGUA, VERAGUAS
**Vertical:** ☑         **Deviated:** ☐
**Manufacturer's Drill Designation:** HGY-100
**Drilling Contractor:** SUGASTI-SGI
**Logged By:** O. SUGASTI         **Date:** 24-2-2014

**Project No.** SSGI-P-14020
**Date Hole Started:** 15-2-2014         **Finished:** 21-2-2014
**Elevation:** 233 m
**Co-ordinates:** 452334 E  907751 N
**Drilling Method:** ROTACIÓN    **Core:** HQ    **Casing:** PW
**Fluid:** AGUA    **Cased To:** 4.5 m

Lithologic description: **Toba de LAPILLI** color gris en la matriz, con fragmentos verdosos y rojizos

End of Borehole

Discontinuity Data:
- MET  20  0.2  (at ~26 m)
- MET  10  0.1  (at ~34 m)

ORLANDO O. SUGASTI R.
GEOLOGO
LICENCIA No. 2010-177-002
FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

**SUGASTI**
Servicios de Geología e Ingeniería

Project: CANTERA EL JAGUA
Sheet: 2 of 2

**SUGASTI**
Servicios de Geologia e Ingenieria

**Resistencia a la Degradacioon de Agregado Grueso por Abrasion e Impacto en la Maquina Los Angeles (ASTM C-131)**

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | CODIGO: | SSGI-P-14020 |
|---|---|---|---|
| CLIENTE: | CANTERA EL JAGUA  Ing. JORGE DONOSO | FECHA: | 24/02/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROV. DE VERAGUAS | MUESTRA: P-2  14m y 40m | |
| MUESTREADO POR: | SSGI- A.S. | FECHA MUESTREO: 02/24/2014 | TIPO:  NUCLEOS |

No. DE ESFERAS: ___12___  DIAMETRO: __1 27/32"__  PESO: __390-445 g__  REVOLUCIONES: __500__

| TAMAÑO DE TAMICES | | PESO ORIGINAL DE LA MUESTRA |
|---|---|---|
| PASA | RETENIDO EN | (g) |
| 1 1/2" | 1" | 1250.00 |
| 1" | 3/4" | 1250.00 |
| 3/4" | 1/2" | 1250.00 |
| 1/2" | 3/8" | 1250.00 |
| | TOTAL | 5000.00 |

a) Peso Original de La Muestra: _____ 5000.00  g

b) Peso del Material Retenido en el Tamiz No. 12: _____ 4241.20  g

c) Pérdida de Peso (a-b): _____ 758.80  g

d) Porcentaje de Desgaste: _____ 15.18  %

Revoluciones por Minuto: __33__    Gradación de Muestra para Pruebas: __"A"__

Observaciones: _____

Tecnico de laboratorio. __N. RIVERA__    Revisado Por: __E.SALGADO__    Aprobado Por: __O.SUGASTI__

**SUGASTI**
Servicios de Geología e Ingeniería

**ENSAYO DE SOLIDEZ POR SULFATO DE SODIO (ASTM C 88)**

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | CODIGO: | SSGI-P-14020 |
|---|---|---|---|
| CLIENTE: | CANTERA EL JAGUA - Ing. JORGE DONOSO | FECHA: | 02/25/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROVINCIA DE VERAGUAS | MUESTRA | P-2  14m y 40m |
| MUESTREADO POR: | SSGI- A.S. | FECHA MUESTREO: 02/24/2014 | TIPO: | NUCLEO HQ |

**AGREGADO GRUESO**

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| $1^1/_2$" - 1" | 1,002.00 | 990.20 | 11.80 | 1.18 |
| 1" - $^3/_4$" | 498.30 | 491.20 | 7.10 | 1.42 |
| $^3/_4$" - $^1/_2$" | 651.60 | 649.10 | 2.50 | 0.38 |
| $^1/_2$" - $^3/_8$" | 332.00 | 307.10 | 24.90 | 7.50 |
| $^3/_8$" - N° 4 | 303.30 | 288.10 | 15.20 | 5.01 |
| TOTALES | 2,787.20 | 2,725.70 | 61.50 | 2.21 |

**AGREGADO FINO**

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| N° 4 - N° 8 | | | | |
| N° 8 - N° 16 | | | | |
| N° 16 - N° 30 | | | | |
| N° 30 - N° 50 | | | | |
| TOTALES | | | | |

OBSERVACIONES:

Técnico de laboratorio.    I. LLERENA          Revisado Por:    E.SALGADO    Aprobado Por:  O. SUGASTI

**SUGASTI** Servicios de Geología e Ingeniería    ESTUDIO CANTERA EL JAGUA    Proy.: SSGI-P-



| SAMPLE ID | | | TEST INFORMATION | | Diametral |
|---|---|---|---|---|---|
| Boring Number | | | Specimen Type | | Diametral |
| Sample Number | P-1 | | Length, L (mm) | | 47.00 |
| Depth (m) | 29.50-29.80 | | Diameter, D (mm) | | 45.00 |
| Break Date | 06-mar-14 | | Width, $W_1$ (mm) | | |
| Sample Description | | | Width, $W_2$ (mm) | | |
| | | | Area, A (mm²) | | |
| Moisture Condition | - | | $D^2_e$ (mm²) | | 2025.00 |
| | | | Size Corr. Factor, F | | 0.95 |

| | | | | | |
|---|---|---|---|---|---|
| Load at Failure, F (kN) | 4.0 | | Conversion Factor, K | 17 | |
| Uncorrected PLI, $I_s$ (MPa) | 1.99 | | $\sigma_c = K * I_{s(50)}$ | | |
| Size Corrected PLI, $I_{s(50)}$ (MPa) | 1.89 | | | | |
| Uniaxial Compressive Strength, $\sigma_c$ | 328 | kg/cm2 | 4,668 psi | 32.2 MPa | |

**TEST SUMMARY**

BEFORE                                                                AFTER

| SAMPLE ID | | | TEST INFORMATION | | Diametral |
|---|---|---|---|---|---|
| Boring Number | | | Specimen Type | | Diametral |
| Sample Number | P-1 | | Length, L (mm) | | 82.00 |
| Depth (m) | 30.60-30.80 | | Diameter, D (mm) | | 45.00 |
| Break Date | 06-mar-14 | | Width, $W_1$ (mm) | | |
| Sample Description | | | Width, $W_2$ (mm) | | |
| | | | Area, A (mm²) | | |
| Moisture Condition | - | | $D^2_e$ (mm²) | | 2025.00 |
| | | | Size Corr. Factor, F | | 0.95 |

| | | | | | |
|---|---|---|---|---|---|
| Load at Failure, F (kN) | 4.4 | | Conversion Factor, K | 17 | |
| Uncorrected PLI, $I_s$ (MPa) | 2.19 | | $\sigma_c = K * I_{s(50)}$ | | |
| Size Corrected PLI, $I_{s(50)}$ (MPa) | 2.09 | | | | |
| Uniaxial Compressive Strength, $\sigma_c$ | 362 | kg/cm2 | 5,144 psi | 35.5 MPa | |

**TEST SUMMARY**

BEFORE                                                                AFTER

**POINT LOAD STRENGTH INDEX OF ROCK**

ORLANDO O. SUGASTI R.
GEOLOGO
LICENCIA No. 2010-177-002

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

**SUGASTI**
Servicios de Geología e Ingeniería

**ESTUDIO CANTERA EL JAGUA**

Proy.: SSGI-P-

### First Test

| SAMPLE ID | | | TEST INFORMATION | | Specimen Type | Diametral |
|---|---|---|---|---|---|---|
| Boring Number | | | | | Length, L (mm) | 71.00 |
| Sample Number | P-1 | | | | Diameter, D (mm) | 45.00 |
| Depth (m) | | 32.65-33.00 | | | Width, $W_1$ (mm) | |
| Break Date | 06-mar-14 | | | | Width, $W_2$ (mm) | |
| Sample Description | | | | | Area, A (mm²) | |
| Moisture Condition | - | | | | $D^2_e$ (mm²) | 2025.00 |
| | | | | | Size Corr. Factor, F | 0.95 |

| | | | | | |
|---|---|---|---|---|---|
| Load at Failure, F (kN) | 8.2 | | Conversion Factor, K | 17 | |
| Uncorrected PLI, $I_s$ (MPa) | 4.05 | | $\sigma_c = K * I_{s(50)}$ | | |
| Size Corrected PLI, $I_{s(50)}$ (MPa) | 3.86 | | | | |
| Uniaxial Compressive Strength, $\sigma_c$ | 670 | kg/cm2 | 9,522 psi | 65.7 MPa | |

**TEST SUMMARY**

BEFORE

AFTER

### Second Test

| SAMPLE ID | | | TEST INFORMATION | | Specimen Type | axial |
|---|---|---|---|---|---|---|
| Boring Number | | | | | Length, L (mm) | 57.00 |
| Sample Number | P-1 | | | | Diameter, D (mm) | 45.00 |
| Depth (m) | | 34.00-34.50 | | | Width, $W_1$ (mm) | |
| Break Date | 06-mar-14 | | | | Width, $W_2$ (mm) | |
| Sample Description | | | | | Area, A (mm²) | 2565.00 |
| Moisture Condition | - | | | | $D^2_e$ (mm²) | 3267.52 |
| | | | | | Size Corr. Factor, F | 1.06 |

| | | | | | |
|---|---|---|---|---|---|
| Load at Failure, F (kN) | 5.3 | | Conversion Factor, K | 17 | |
| Uncorrected PLI, $I_s$ (MPa) | 1.62 | | $\sigma_c = K * I_{s(50)}$ | | |
| Size Corrected PLI, $I_{s(50)}$ (MPa) | 1.72 | | | | |
| Uniaxial Compressive Strength, $\sigma_c$ | 299 | kg/cm2 | 4,248 psi | 29.3 MPa | |

**TEST SUMMARY**

BEFORE

AFTER

**POINT LOAD STRENGTH INDEX OF ROCK**

ORLANDO O. SUGASTI R.
GEOLOGO
LICENCIA No. 2010-177-002

FIRMA
Ley 15 del 26 de Enero de 1959
Junta Técnica de Ingeniería y Arquitectura

**SUGASI**
Servicios de Geología e Ingeniería

ESTUDIO CANTERA EL JAGUA

Proy.: SSGI-P-

| SAMPLE ID | | | TEST INFORMATION | | |
|---|---|---|---|---|---|
| Boring Number | | | Specimen Type | | Diametral |
| Sample Number | P-2 | | Length, L (mm) | | 100.00 |
| Depth (m) | | 14.00-15.00 | Diameter, D (mm) | | 61.00 |
| Break Date | 06-mar-14 | | Width, $W_1$ (mm) | | |
| Sample Description | | | Width, $W_2$ (mm) | | |
| | | | Area, A (mm²) | | |
| Moisture Condition | - | | $D_e^2$ (mm²) | | 3721.00 |
| | | | Size Corr. Factor, F | | 1.09 |

| TEST SUMMARY | | | | | |
|---|---|---|---|---|---|
| Load at Failure, F (kN) | | 3.9 | Conversion Factor, K | | 17 |
| Uncorrected PLI, $I_s$ (MPa) | | 1.04 | $\sigma_c = K * I_{s(50)}$ | | |
| Size Corrected PLI, $I_{s(50)}$ (MPa) | | 1.14 | | | |
| Uniaxial Compressive Strength, $\sigma_c$ | | 198 | kg/cm2 | 2,812 psi | 19.4 MPa |



BEFORE                                                            AFTER

| SAMPLE ID | | | TEST INFORMATION | | |
|---|---|---|---|---|---|
| Boring Number | | | Specimen Type | | Diametral |
| Sample Number | P-2 | | Length, L (mm) | | 102.00 |
| Depth (m) | | 40.00-40.30 | Diameter, D (mm) | | 61.00 |
| Break Date | 06-mar-14 | | Width, $W_1$ (mm) | | |
| Sample Description | | | Width, $W_2$ (mm) | | |
| | | | Area, A (mm²) | | |
| Moisture Condition | - | | $D_e^2$ (mm²) | | 3721.00 |
| | | | Size Corr. Factor, F | | 1.09 |

| TEST SUMMARY | | | | | |
|---|---|---|---|---|---|
| Load at Failure, F (kN) | | 3.2 | Conversion Factor, K | | 17 |
| Uncorrected PLI, $I_s$ (MPa) | | 0.87 | $\sigma_c = K * I_{s(50)}$ | | |
| Size Corrected PLI, $I_{s(50)}$ (MPa) | | 0.95 | | | |
| Uniaxial Compressive Strength, $\sigma_c$ | | 164 | kg/cm2 | 2,333 psi | 16.1 MPa |



BEFORE                                                            AFTER

**POINT LOAD STRENGTH INDEX OF ROCK**



CANTERA EL JAGUA  P-1

PROFUNDIDAD DE 0.00 a 6.50

PROFUNDIDAD DE 6.50 a 10.00

REGISTRO FOTOGRÁFICO



CANTERA EL JAGUA  P-1

PROFUNDIDAD DE 10.00 a 13.00

PROFUNDIDAD DE 13.00 a 16.00

REGISTRO FOTOGRÁFICO



CANTERA EL JAGUA   P-1

PROFUNDIDAD DE 16.00 a 19.00

PROFUNDIDAD DE 19.00 a 22.00

REGISTRO FOTOGRÁFICO





CANTERA EL JAGUA   P-1

PROFUNDIDAD DE 28.00 a 31.00

PROFUNDIDAD DE 31.00 a 34.00

REGISTRO FOTOGRÁFICO



CANTERA EL JAGUA   P-1

PROFUNDIDAD DE 34.00 a 37.00

PROFUNDIDAD DE 37.00 a 40.00

REGISTRO FOTOGRÁFICO

JUGASTI



CANTERA CAÑA EL JAGUA   P-2

PROFUNDIDAD DE 5.00 a 12.00

PROFUNDIDAD DE 12.00 a 15.00

JUGASTI

REGISTRO FOTOGRÁFICO



CANTERA CAÑA EL JAGUA    P-2

PROFUNDIDAD DE 15.00 a 18.00

PROFUNDIDAD DE 18.00 a 21.00

REGISTRO FOTOGRÁFICO



CANTERA CAÑA EL JAGUA   P-2

PROFUNDIDAD DE 21.00 a 24.00

PROFUNDIDAD DE 24.00 a 27.00

REGISTRO FOTOGRÁFICO



CANTERA CAÑA EL JAGUA   P-2

PROFUNDIDAD DE 27.00 a 30.00

PROFUNDIDAD DE 30.00 a 33.00

REGISTRO FOTOGRÁFICO

JUGASTI



CANTERA CAÑA EL JAGUA   P-2

PROFUNDIDAD DE 33.00 a 36.00

PROFUNDIDAD DE 36.00 a 39.00

JUGASTI        REGISTRO FOTOGRÁFICO



CANTERA CAÑA EL JAGUA   P-2

PROFUNDIDAD DE 39.00 a 41.00

REGISTRO FOTOGRÁFICO

**SUGASI**
Servicios de Geología e Ingeniería

ESTUDIO CANTERA EL JAGUA

Proy.: SSGI-P-14020



| SAMPLE ID | | | TEST INFORMATION | | |
|---|---|---|---|---|---|
| Boring Number | | | Specimen Type | | irregular |
| Sample Number | M-1 | | Length, L (mm) | | 65.00 |
| Depth (m) | - | | Diameter, D (mm) | | 40.00 |
| Break Date | 27-ene-14 | | Width, $W_1$ (mm) | | 75.00 |
| Sample Description | | | Width, $W_2$ (mm) | | 55.00 |
| | | | Area, A ($mm^2$) | | 2600.00 |
| Moisture Condition | - | | $D^2_e$ ($mm^2$) | | 3310.42 |
| | | | Size Corr. Factor, F | | 1.07 |

| Load at Failure, F (kN) | | 8.9 | | Conversion Factor, K | 17 | |
|---|---|---|---|---|---|---|
| Uncorrected PLI, $I_s$ (MPa) | | 2.68 | | $\sigma_c = K * I_{s(50)}$ | | |
| Size Corrected PLI, $I_{s(50)}$ (MPa) | | 2.85 | | | | |
| Uniaxial Compressive Strength, $\sigma_c$ | | 495 | kg/cm2 | 7,038 psi | 48.5 | MPa |

TEST SUMMARY

BEFORE                                                                 AFTER

| SAMPLE ID | | | TEST INFORMATION | | |
|---|---|---|---|---|---|
| Boring Number | | | Specimen Type | | irregular |
| Sample Number | M-2 | | Length, L (mm) | | 99.50 |
| Depth (m) | - | | Diameter, D (mm) | | 20.00 |
| Break Date | 27-ene-14 | | Width, $W_1$ (mm) | | 100.00 |
| Sample Description | | | Width, $W_2$ (mm) | | 55.00 |
| | | | Area, A ($mm^2$) | | 1550.00 |
| Moisture Condition | - | | $D^2_e$ ($mm^2$) | | 1973.52 |
| | | | Size Corr. Factor, F | | 0.95 |

| Load at Failure, F (kN) | | 4.4 | | Conversion Factor, K | 17 | |
|---|---|---|---|---|---|---|
| Uncorrected PLI, $I_s$ (MPa) | | 2.21 | | $\sigma_c = K * I_{s(50)}$ | | |
| Size Corrected PLI, $I_{s(50)}$ (MPa) | | 2.10 | | | | |
| Uniaxial Compressive Strength, $\sigma_c$ | | 364 | kg/cm2 | 5,177 psi | 35.7 | MPa |

TEST SUMMARY

BEFORE                                                                 AFTER

**POINT LOAD STRENGTH INDEX OF ROCK**

**SUGASTI**
Servicios de Geología e Ingeniería

## ENSAYO DE SOLIDEZ POR SULFATO DE SODIO
## (ASTM C 88)

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | | CODIGO: | SSGI-P-14020 |
|---|---|---|---|---|
| CLIENTE: | CANTERA EL JAGUA - Ing. JORGE DONOSO | | FECHA: | 01/25/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROVINCIA DE VERAGUAS | | MUESTRA: | SUPERFICIAL |
| MUESTREADO POR: | SSGI- A.S. | FECHA MUESTREO:    01/24/2014 | TIPO: | AFLORAMIENTO |

### AGREGADO GRUESO

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| $1^1/_2" - 1"$ | 1,001.60 | 989.00 | 12.60 | 1.26 |
| $1" - ^3/_4"$ | 503.00 | 492.80 | 10.20 | 2.03 |
| $^3/_4" - ^1/_2"$ | 672.30 | 675.00 | -2.70 | -0.40 |
| $^1/_2" - ^3/_8"$ | 330.60 | 306.70 | 23.90 | 7.23 |
| $^3/_8" - N° 4$ | 300.20 | 286.60 | 13.60 | 4.53 |
| TOTALES | 2,807.70 | 2,750.10 | 57.60 | 2.05 |

### AGREGADO FINO

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| N° 4 - N° 8 | | | | |
| N° 8 - N° 16 | | | | |
| N° 16 - N° 30 | | | | |
| N° 30 - N° 50 | | | | |
| TOTALES | | | | |

OBSERVACIONES: _____

_____

_____

Técnico de laboratorio.    I. LLERENA    Revisado Por:    E.SALGADO    Aprobado Por:  O. SUGASTI

## SUGASTI
Servicios de Geología e Ingeniería

### ENSAYO DE SOLIDEZ POR SULFATO DE MAGNESIO
### (ASTM C 88)

| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | | CODIGO: | SSGI-P-14020 |
|---|---|---|---|---|
| CLIENTE: | CANTERA EL JAGUA - Ing. JORGE DONOSO | | FECHA: | 01/25/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROVINCIA DE VERAGUAS | | MUESTRA: | SUPERFICIAL |
| MUESTREADO POR: | SSGI- A.S. | FECHA MUESTREO: 01/24/2014 | TIPO: | AFLORAMIENTO |

#### AGREGADO GRUESO

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| $1^1/_2" - 1"$ | 1,000.00 | 971.30 | 28.70 | 2.87 |
| $1" - 3/_4"$ | 502.00 | 463.20 | 38.80 | 7.73 |
| $3/_4" - 1/_2"$ | 668.00 | 642.60 | 25.40 | 3.80 |
| $1/_2" - 3/_8"$ | 320.00 | 304.40 | 15.60 | 4.88 |
| $3/_8" - N° 4$ | 300.00 | 262.30 | 37.70 | 12.57 |
| TOTALES | 2,790.00 | 2,643.80 | 146.20 | 5.24 |

#### AGREGADO FINO

| TAMAÑO DE LOS TAMICES (PASA POR - RETENIDO EN) | PESO ORIGINAL DE LA MUESTRA (g) | PESO DE LA MUESTRA DESPUES (g) | PERDIDA EN PESO (g) | % DE DESGASTE |
|---|---|---|---|---|
| N° 4 - N° 8 | | | | |
| N° 8 - N° 16 | | | | |
| N° 16 - N° 30 | | | | |
| N° 30 - N° 50 | | | | |
| TOTALES | | | | |

OBSERVACIONES: _____

_____

_____

Técnico de laboratorio.    I. LLERENA    Revisado Por:    E.SALGADO    Aprobado Por:  O. SUGASTI

**SUGASTI**
Servicios de Geología e Ingeniería

**Resistencia a la Degradacioon de Agregado Grueso por Abrasion e Impacto en la Maquina Los Angeles (ASTM C-131)**

| | | |
|---|---|---|
| PROYECTO: | ENSAYOS DE LABORATORIO PARA MATERIALES PETREOS | CODIGO: |
| CLIENTE: | CANTERA EL JAGUA Ing. JORGE DONOSO | FECHA: 01/25/2014 |
| LOCALIZACIÓN: | EL JAGUA, PROV. DE VERAGUAS | MUESTRA: RODADO |
| MUESTREADO POR: SSGI- A.S. | FECHA MUESTREO: 01/24/2014 | TIPO: SUPERFICIAL |

No. DE ESFERAS: ___12___    DIAMETRO: ___1 27/32"___    PESO: 390-445 g    REVOLUCIONES: ___500___

| TAMAÑO DE TAMICES | | PESO ORIGINAL DE LA MUESTRA |
|---|---|---|
| PASA | RETENIDO EN | (g) |
| 1 1/2" | 1" | 1250.00 |
| 1" | 3/4" | 1250.00 |
| 3/4" | 1/2" | 1250.00 |
| 1/2" | 3/8" | 1250.00 |
| | TOTAL | 5000.00 |

a) Peso Original de La Muestra: _____ 5000.00 g

b) Peso del Material Retenido en el Tamiz No. 12: ___4232.31___ g

c) Pérdida de Peso (a-b): _____ 767.69 g

d) Porcentaje de Desgaste: _____ 15.35 %

Revoluciones por Minuto: ___33___    Gradación de Muestra para Pruebas: "A"

Observaciones: _____

Tecnico de laboratorio. ___I.LLERENA___    Revisado Por: ___E.SALGADO___    Aprobado Por: ___O.SUGASTI___

# PLANOS

## AUTORIZACIÓN IRREVOCABLE PARA NEGOCIAR CON LA EMRPESA ODEBRECHT.

Por este medio yo, **NIVARDO JESUS LOPEZ**, varón, panameño, mayor de edad, con cédula de identidad personal N° 4-158-694, residente en corregimiento de los Ruices, Distrito de Las Palmas, Provincia de Veraguas, quien en lo sucesivo se denominara el **PROPIETARIO**, y por la otra la **GRUPO CORPORATIVO DEL ATLANTICO, S.A.**, Sociedad esta que se encuentra debidamente inscrita en el Registro Público a la ficha **siete e cero siete dos tres (720723),** Documento **dos  cero seis seis seis uno seis (2066616)** de la Sección Mercantil del Registro Público de la República de Panamá, la reunión se celebró en la ciudad y Distrito de Santiago, Provincia de Veraguas, específicamente en las oficinas ubicadas en barriada urraca calle 1, sin salida, oficina 219, representada por **ERIC FRANCISCO ALVARADO SANTOS,** varón, panameño, mayor de edad, con cédula de identidad personal N° 9-114-2488, con oficinas ubicadas en centro de Convenciones Dos Mares en la entrada de Santiago, ciudad y Distrito de Santiago, Provincia de Veraguas, lugar donde recibe notificaciones personales, quien en lo sucesivo se denominara el **AUTORIZADO,** convienen en suscribir el presente acuerdo de autorización irrevocable para negociar ante la empresa **ODEBRECHT** en base a los siguientes términos:

**PRIMERO:** Declara el señor **NIVARDO JESUS LOPEZ**, que es propietario de  la finca N° 8692, rollo 1, asiento1,  Documento 1, con una superficie aproximada de 96 Has + 4000 mts2, cuyos medidas, linderos y superficie constan en el Registro Público.

**SEGUNDO:** Declara **EL PROPIETARIO (NIVARDO JESUS LOPEZ)**, que otorga su formal consentimiento libre de presiones y coacción con el fin de **AUTORIZAR,** a la empresa  **GRUPO CORPORATIVO DEL ATLANTICO, S.A.,** a fin de **NEGOCIAR,** con la empresa **ODEBRECHT,** la venta de extracción de recursos minerales no metálicos.

**TERCERO:** Declaran ambas partes **(NIVARDO JESUS LOPEZ y la GRUPO CORPORATIVO DEL ATLANTICO, S.A.),** no podrán subarrendar ni ceder los derechos de este contrato a terceros, mientras tanto dure el presente contrato.

**CUARTO:** Conviene **GRUPO CORPORATIVO DEL ATLANTICO, S.A.**en cuidar del inmueble con la diligencia de un buen padre de familia.

Para constancia firmamos el presente contrato de Autorización para negociar,  a los 6

de Junio de 2014, en la ciudad  de Santiago, Provincia de Veraguas, República de

Panamá, como aparece:

**EL PROPIETARIO.**                          **EL AUTORIZADO.**

**NIVARDO JESUS LOPEZ**         **ERIC FRANCISCO ALVARADO SANTOS**
CED. 4-158-694.-                          CED. 9-114-2488

Notario Público Primero del Circuito de Veraguas

Yo, **LICDO. MIGUEL R. SIFONTES S.,** Notario Público
Primero del Circuito de Veraguas,con Cédula N° 7-54-339
CERTIFICO:
Que dada la certeza sobre la identidad de la(s) persona(s)
que firma(n) el presente documento, su(s) firma(s) es (son)
auténticas, (Art. 834, 835, 836, 859 C.J.)
Santiago, _____  0 6 JUN 2014

**LICDO. MIGUEL R. SIFONTES S.**
Notario Público Primero del Circuito de Veraguas













REPUBLICA DE PANAMA

MINISTERIO DE HACIENDA Y TESORO
DIRECCION DE CATASTRO

PLANO No. 33-2905

GABINETE DE DELIMITACION DE LOS
REGIMENES DE CAMPO Y PROGRAMAS

15 de Diciembre de 1959

PANAMA

REVISADO

APROBADO

NOVIEMBRE 1959

BUJADO POR
J. CHEVALIER

GRIMENSOR — OFICIAL

REPUBLICA DE _____ P/
PROVINCIA DE _____ VE
DISTRITO DE _____ LA
CORREGIMIENTO DE _____ EL
OTROS. _____ ALG

NATIVIDAD

GONZALEZ

PLANO DEL TERRENO DENOMINADO

—LA. LAJITA.—

SOLICITADO EN COMPRA POR

—OLIMPO SERAFIN GO



AREA: 96 HAS., 4000 M²

ESCALA: 1:5000.-



**Bundesanwaltschaft**
Ministère public de la Confédération
Ministero pubblico della Confederazione
Procura pubblica federale

**Bundesanwaltschaft**

# PKB PRIVATBANK SA wegen strafrechtlicher Verantwortlichkeit des Unternehmens im Zusammenhang mit schwerer Geldwäscherei verurteilt

**Bern, 04.04.2024 - Mit Strafbefehl vom 28. März 2024 verurteilt die
Bundesanwaltschaft (BA) die PKB PRIVATBANK SA (PKB) zur Zahlung einer Busse von
CHF 750'000. Aus der von der BA durchgeführten Strafuntersuchung geht hervor, dass
die Bank zwischen 2011 und 2014 bei der Ausübung ihrer Geschäftstätigkeit nicht alle
zumutbaren und erforderlichen organisatorischen Vorkehrungen getroffen hat, um zu
verhindern, dass zwei ihrer Mitarbeiter – ein für die Entwicklung der
südamerikanischen Kundenbeziehungen zuständiger Kundenberater und sein direkter
Linienvorgesetzter – die Straftat der schweren Geldwäscherei begehen konnten.**

Die obgenannte Strafuntersuchung wurde im Rahmen der zahlreichen von der BA
eröffneten Verfahren im Zusammenhang mit der als LAVA JATO bezeichneten
internationalen Korruptionsaffäre mit Schwerpunkt in Brasilien geführt, die auch die
ODEBRECHT-Gruppe betraf und auch Auswirkungen auf die Schweiz hatte. In diesem
Zusammenhang verurteilte die BA mit Strafbefehl vom 21. Dezember 2016 zwei der
ODEBRECHT-Gruppe zugehörenden Unternehmen wegen Bestechung fremder
Amtsträger und Geldwäscherei (*siehe Medienmitteilung der BA vom 21.12.2016*).
Insbesondere wurde festgestellt, dass verschiedene brasilianische Gesellschaften sich zu
einem Kartell zusammengeschlossen hatten, das sie bei der Vergabe von öffentlichen
Aufträgen durch die Gesellschaft PETRÓLEO BRASILEIRO SA – PETROBRAS (nachfolgend

PETROBRAS) begünstigen sollte. Die Gesellschaften sprachen vorgängig untereinander ab, wer den Auftrag erhalten würde und manipulierten das Angebot in der öffentlichen Ausschreibung. Dadurch konnten sie mit PETROBRAS faktisch konkurrenzlos und zu einem höheren Preis Verträge abschliessen. Diese illegalen Machenschaften basierten auf der Bestechung öffentlicher Amtsträger, die für PETROBRAS tätig waren.

Im Februar 2017 eröffnete die BA eine Strafuntersuchung wegen Geldwäscherei (Art. 305bis StGB) gegen einen Angestellten der Bank PKB, einem insbesondere für die Entwicklung der südamerikanischen Kundenbeziehungen und für die Beziehungen zur ODEBRECHT-Gruppe zuständigen Berater. In der Folge wurde die Untersuchung auf die Straftatbestände Urkundenfälschung (Art. 251 StGB) und Beteiligung an der Bestechung fremder Amtsträger (Art. 322septies Abs. 1 StGB in Verbindung mit Art. 25 StGB) ausgedehnt. Zudem wurde die Strafuntersuchung im Juli 2018 auf eine zweite natürliche Person ausgeweitet, einen Mitarbeiter der PKB und direkten Linienvorgesetzten des erstgenannten Bankangestellten – zuerst wegen des Straftatbestandes der Geldwäscherei (Art. 305bis StGB) und danach wegen Urkundenfälschung (Art. 251 StGB).

Nach einem Bericht der PKB, in dem verschiedene kritische Punkte im Zusammenhang mit der Einhaltung ihrer Verpflichtungen bei der Übernahme und der Umsetzung der gesetzlichen Bestimmungen zur Geldwäschereibekämpfung dargestellt wurden, eröffnete die BA am 12. Januar 2018 eine Strafuntersuchung gegen die PKB wegen strafrechtlicher Verantwortlichkeit des Unternehmens gemäss Art. 102 Abs. 2 StGB in Verbindung mit Art. 305bis StGB.

## Untersuchungstätigkeit

Dank der Untersuchung konnte festgestellt werden, dass der erstgenannte Bankangestellte mit den Mitgliedern der ODEBRECHT-Gruppe eine privilegierte Beziehung pflegte. In diesem Zusammenhang wurden bereits ab Dezember 2006 bei der PKB Bankverbindungen eröffnet, die auf Unternehmen lauteten, die der ODEBRECHT-Gruppe zuzuordnen sind. Formell wiesen diese Bankverbindungen als wirtschaftlich Berechtigte die Namen von Strohmännern aus und dienten als sogenannte «schwarze Kassen», d.h. als Vermögenswerte, die nicht auf die brasilianische Gesellschaft selbst zurückgeführt werden konnten, ihr jedoch zur Verfügung standen. Besagter Bankangestellter gewährleistete dem Kunden ODEBRECHT maximale Flexibilität und erlaubte es ihm, im Verborgenen zu handeln und Vermögenswerte krimineller Herkunft in die PKB einfliessen zu lassen. Dabei handelte es sich um Bestechungsgelder, die dazu dienen sollten, brasilianische Amtsträger zu entschädigen, um im Gegenzug öffentliche Aufträge zu erhalten. Der zweitgenannte Bankangestellte wusste zwar um die Tätigkeit seines Unterstellten, unterliess es aber, die erforderlichen Massnahmen zu treffen, um die

PKB PRIVATBANK SA wegen strafrechtlicher Verantwortlichkeit i.Zhn.Urteilmens im Zusammenhang mit schwerer Geldwäscherei verurteilt   5/23/24, 11:55 AM

Case 1:24-cv-04501-LTS   Document 1-1   Filed 06/08/24   Page 116 of 121

kriminellen Handlungen zu verhindern.

Im Zusammenhang mit den zwei oben beschriebenen strafbaren Handlungen im Rahmen des Strafverfahrens gegen die beiden natürlichen Personen, erliess die Bundesanwaltschaft am 23. Mai 2022 gegen den zweiten Angestellten der PKB einen Strafbefehl wegen Geldwäscherei im Sinne von Art. 305bis StGB. Das Verfahren wegen Verdachts auf Urkundenfälschung wurde eingestellt. Gegen den erstgenannten Bankangestellten, der für die auf die ODEBRECHT-Gruppe zurückführbaren Bankverbindungen verantwortlich war, eröffnete die BA hingegen ein Verfahren wegen der Straftatbestände Geldwäscherei, Mitwirkung bei aktiver Bestechung fremder Amtsträger und Urkundenfälschung. Nach dem Tod des Angeklagten am 20. Januar 2023 verfügte die BA die Einstellung des Verfahrens gegen ihn sowie den Einzug von über CHF 52'000 unter Auflage der Verfahrenskosten.

**Verantwortlichkeit des Unternehmens**

Die von der BA durchgeführte Untersuchung gegen die PKB zeigte, dass die Bank zum Zeitpunkt des Geschehens für die Bekämpfung der Geldwäscherei mangelhaft organisiert war. In diesem Zusammenhang wurden Geldwäscherei-Handlungen im Gesamtwert von über USD 20 Millionen festgehalten. Die PKB hat die Identität des wirtschaftlich Berechtigten der Vermögenswerte, die auf bestimmten Bankverbindungen bei der Geschäftsstelle in Lugano hinterlegt waren, nicht korrekt überprüft. Ebenso hat sie es unterlassen, die Umstände und den Zweck der durchgeführten Transaktionen zu klären und sicherzustellen, dass es sich hierbei um nichts Aussergewöhnliches handle und/oder kein Verdacht bezüglich ihrer Herkunft bestehe.

Die zwischen 2011 und 2014 in der Bank geltenden Geldwäscherei-Risikoanalysen, Massnahmen und Verfahren zur Bekämpfung der Geldwäscherei waren nicht ausreichend, um der Begehung der Straftat der schweren Geldwäscherei (Art. 305bis Ziff. 2 StGB) vorzubeugen. Mit Strafbefehl vom 28. März 2024 verurteilte die BA die PKB zur Zahlung einer Busse von CHF 750'000. Die strafrechtliche Verantwortlichkeit des Unternehmens wird der PKB zugerechnet (Art. 102 Abs. 2 StGB in Verbindung mit Art. 305bis Ziff. 2 StGB). Dieser Entscheid berücksichtigt die Zusammenarbeit der PKB mit der BA in der Untersuchung.

Die PKB hat erklärt, auf eine Einsprache gegen den Strafbefehl zu verzichten, womit dieser in Rechtskraft erwächst. Der Strafbefehl kann auf Wunsch unter den üblichen Bedingungen beim Rechtsdienst der BA eingesehen werden (rechtsdienst@ba.admin.ch).

**Teil-Einstellungsverfügung**

Im Rahmen des gleichen Strafverfahrens erliess die BA am 28. März 2024 in Zusammenhang mit den übrigen vorgehaltenen Straftaten, namentlich Bestechung fremder Amtsträger (Art. 102 Abs. 2 StGB i.V.m. Art. 322septies StGB), eine Einstellungsverfügung (Art. 319 Abs. 1 lit. a StPO).

**Der LAVA-JATO-Fall bei der BA**
Die Verurteilung der PKB ist Teil einer Reihe von Verfahren, die von der BA durchgeführt werden und zum Verfahrenskomplex LAVA JATO gehören. In diesem Kontext sind derzeit noch ungefähr 20 Strafverfahren bei der BA hängig, wovon deren drei Finanzinstitute in der Schweiz betreffen. Aktuell sind in der Schweiz zirka CHF 16 Millionen gemäss Verfügung der BA beschlagnahmt. Im Rahmen der in Rechtskraft erwachsenen Urteile wurden Einziehungen oder Ersatzforderungen (Art. 70 und 71 StGB) im Gesamtbetrag von CHF 300 Millionen verfügt. Zudem wurden im Einverständnis mit den beteiligten Personen über CHF 465 Millionen an die brasilianischen Behörden zurückgezahlt.

*Originalversion des Textes auf Italienisch.*

---

**Adresse für Rückfragen**

Kommunikation der Bundesanwaltschaft, info@ba.admin.ch, +41 58 464 32 40

---

# Links
Medienmitteilung der BA vom 21.12.2016 ☑

**Herausgeber**

Bundesanwaltschaft
http://www.ba.admin.ch/ba/de/home.html ☑

https://www.bundesanwaltschaft.ch/content/mpc/de/home/medien/archiv-medienmitteilungen/nsb_medienmitteilungen.msg-id-100600.html




# Clínica Hospital Jesús Nazareno, S.A.

Vía Interamericana - Santiago, Veraguas
Rep. de Panamá
Tel.: 998-1581 - 998-5181
R.U.C. 4294-2-58185

Santiago, 30 de mayo de 2014

Señores
**Hotel Mikonos**
E.    S.    M.

**Respetados Señores:**

A solicitud de parte interesada, enviamos a ustedes copia de la hoja de atención de las menores Verónica MCCarthy y Rachell MCCarthy, ambas atendidas en este Centro Hospitalario el 24/05/14 por el Pediátra Fernando Villalaz.

Las mismas fueron traídas por la madre con signos de quemaduras con sustancias químicas, luego de haberse introducido en la piscina del Hotel Mikonos.

El médico confirma el diagnóstico de quemaduras con sustancias químicas e indica tratamiento con cremas para contrarrestar la inflamación, ardor, etc.

Esperando que la información proporcionada le sea de ayuda, me despido,

Atentamente,

**Lícda. Leydys Miranda**
**Administradora**

# opencorporates

The Open Database Of The Corporate World

| Company name or number | Search |

⦿ Companies ○ Officers

- Log in/Sign up

# GRUPO CORPORATIVO DEL ATLANTICO, S.A.

Company Number
    750723
Native Company Number
    750723S
Status
    Suspendido
Incorporation Date
    25 October 2011 (over 11 years ago)
Company Type
    SOCIEDAD ANONIMA
Jurisdiction
    Panama
Registered Address

- PROVINCIA VERAGUAS
- Panama

Agent Name
    LICENCIADO LUIS ALBERTO OLMOS RODRIGUEZ
Directors / Officers

- EL PRESIDENTE, EN SU DEFECTO LA SECRETARIA, Y EN DEFECTO DE AMBOS LA PERSONA QUE DESIGNE L AJUNTA DE ACCIONISTAS, representante
- ERIC FRANCISCO ALVARADO SANTOS, director
- ERIC FRANCISCO ALVARADO SANTOS, presidente
- JORGE ENRIQUE DONOSO HERNANDEZ, tesorero
- JORGE ENRIQUE DONOSO HERNANDEZ, director
- JUAN LEO CAMARENA QUIROZ, secretario
- JUAN LEO CAMARENA QUIROZ, director

- [LICENCIADO LUIS ALBERTO OLMOS RODRIGUEZ](), agent
- [STALIN ELLIS](), suscriptor
- [YIRILKA GUILLEN](), suscriptor

Registry Page
[http://www.registro-publico.gob.pa/co...]()

**Source** Registro Público de Panamá, [http://www.registro-publico.gob.pa/co...](), 13 Sep 2021

## Latest Events

2011-10-25 - 2018-06-15
[Addition of officer ERIC FRANCISCO ALVARADO SANTOS, director]()
2011-10-25 - 2018-06-15
[Addition of officer JORGE ENRIQUE DONOSO HERNANDEZ, tesorero]()
2019-11-05 - 2021-09-13
[Change of status from 'Vigente' to 'Suspendido']()

[See all events]()

## Corporate Grouping [User Contributed]()

None known. [Add one now?]()
[See all corporate groupings]()
* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry ([see source](), above) should always be referred to for definitive information
Data on this page last changed September 13 2021

## Problem/question about this data? [Click here]()

**API** **Open Data**

For access please [Log in / Sign up]()

opencorporates

**A very different type of data company**

Find out more

# About us

- [About]()
- [Blog]()
- [Team]()

- [Governance](#)
- [Jobs](#)

# Using our data

- [Our data](#)
- [Our purpose](#)
- [Legal/Licence](#)
- [User/Cookie privacy policy](#)
- [Public records privacy policy](#)

# Help

- [API Reference](#)
- [Glossary](#)
- [Status](#)

# Contact

- [Twitter](#)
- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

# Impact

- [Impact](#)
- [Grants](#)

https://opencorporates.com/



Hi, got a moment to share some feedback about OpenCorporates? You'll be helping us on our mission to bring about global corporate transparency

**Take survey**

