3/27/23, 9:29 AM
Odebrecht case trial begins in Panama with 83 defendants | Q COSTA RICA
Case 1:24-cv-04501-LTS    Document 1-2    Filed 06/08/24    Page 1 of 7

# Odebrecht case trial begins in Panama with 83 defendants

14 June 2017

Q24N (EFE) The preliminary hearing of the Odebrecht bribery case in Panama, considered the largest corruption plot in the country's history, began on Monday with 83 defendants, including two former presidents of the Republic, after being suspended last month. of July.



"To start this session, at 10:30 am today *(September 12, 2022)*, we proceed to identify ourselves" the parties, said the judge in charge of the hearing, Baloísa Marquínez.

At the hearing, which will last until September 30, the judge will hear the arguments of the parties to decide, within a period of 30 business days after

the conclusion, on the call to trial.

The Prosecutor's Office will ask to prosecute the natural persons and one legal entity for the crime of money laundering and corruption of public servants according to information from the Judicial Branch.

Among those accused are former presidents Ricardo Martinelli (2009-2014) and Juan Carlos Varela (2014-2019), who were not present, and more than half a dozen senior former officials.

"Again, we are here in the act of preliminary hearing, in an alternate hearing. The Public Ministry (Prosecutor's Office) has to reiterate the fiscal hearing, where it is going to request a call to trial for 50 people," said prosecutor Ruth Morcillo, prior to the start of the hearing.

## MARTINELLI BROTHERS REFUSE TO PARTICIPATE IN THE HEARING

During the hearing, the sons of former President Martinelli, Ricardo Alberto and Luis Enrique Martinelli Linares, – sentenced for this same case in the United States – were present digitally and waived to appear in person, a request made by a representative of the United States department of justice.

"The court admits their request, we respect their decision and they can withdraw if they wish," said Judge Marquínez.

The defense of former president Martinelli reminded the court that there is a challenge against the judge for alleged incompetence, which, according to Marquínez's response at the time, was rejected for lack of merit.

The hearing is being held on an "alternate date", after it was suspended and rescheduled on July 18 due to the absence of some defense attorneys.

In this case, provisional dismissal has already been issued for 21 people and

definitive for 8.

The investigation into the Odebrecht case in Panama was opened in 2015, was archived, then reopened in 2017 and ended in October 2018 with about 80 defendants.

The file consists of 2,755 volumes with more than 1.1 million pages, the Judicial Branch specified.

The case was reopened after Odebrecht confessed in the United States that it had paid millions in bribes in a dozen countries, for which she was fined US$2.6 billion.

According to the confessions of the company, in Panama, more than US$55 million dollars were paid in bribes to officials and individuals, including the Martinelli brothers.

Martinelli's children are serving jail in the US after pleading guilty there to participating "in bribe payments made by and under the direction of Odebrecht to a then-high-ranking official of the Government of Panama, who was a close relative of the defendants", for a total of US$28 million dollars.

Luis Enrique's lawyer, James Mac Govern, declared that the brothers had acted "by orders of the father".

In July 2017, Odebrecht signed an agreement with the Panamanian Prosecutor's Office to pay a fine of US$220 million dollars to the State in 12 years, which is not being complied with.

a6dfc865-fa9c-40e7-aba9-a7f271542e4c.jpg    9/12/18, 3:29 PM

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

CHAMBERS OF
RAYMOND J. DEARIE
DISTRICT JUDGE

September 6, 2018

Ms. Elsa M. Lopez
c/o Ms. Ana McCarthy
1249 W Laurelton Parkway
Teaneck, New Jersey 07666

Re: U.S.A. -v- Odebrecht S.A. CR 16-643(RJD)

Dear Ms. Lopez:

    This will acknowledge receipt of your recent letter requesting that you be added as a party to the captioned case. As the matter is criminal in nature, it is not possible to consider your request. I have taken the liberty, however, of forwarding copies of your letter to all counsel in the case, including the United States Attorney for the Eastern District of New York. Needless to say, you may wish to confer with private counsel regarding the matters reflected in your letter.

    I regret that I am unable to assist you in the matter.

Very truly yours,

Raymond J. Dearie
United States District Judge
Eastern District of New York

cc: AUSA Alixandra Smith
    AUSA Julia Nestor
    Eric Lyttle, Esq.
    Richard Smith, Esq.
    William A. Burch, Esq.

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ana McCarthy

**DEFENDANTS**
THE UNITED STATES DEPARTMENT OF JUSTICE,

**(b)** County of Residence of First Listed Plaintiff: Resident of Illinois
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: New York
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro-Se

Attorneys *(If Known)*
unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1391, 28 U.S.C. § 1332
Brief description of cause:
A connection does establish the 'continuous and systematic' affiliation necessary to empower a Southern District court to entertain claims related to the foreign corporation's contacts with the Republic of Panama

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** $75,000.00
- CHECK YES only if demanded in complaint: **JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: June 7, 2024
SIGNATURE OF ATTORNEY OF RECORD: /s/ Ana McCarthy

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 03/24)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related cases, if any.  If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

**REPÚBLICA DE PANAMÁ**
**AUTORIDAD DEL TRANSITO Y TRANSPORTE TERRESTRE**
**FORMATO ÚNICO Y DEFINITIVO PARA ACCIDENTES DE TRANSITO MENOR**

**A. FECHA LUGAR Y CLASE DE ACCIDENTE**

1. Fecha: ......../........./...........     A) Hora: _____ A.M _____ P.M _____
   día / mes / año

2. Lugar:  a) Provincia: _____  B) Distrito _____  C Corregimiento _____ (Especifique)
   d) accidente ocurrió: Centro Poblado: _____ (Nombre de la ciudad o pueblo)
   e) Nombre de la calle, avenida, etc. _____
   f) Sucedió:  ☐ En Intersección    ☐ Entre Intersección

3. Trayecto:  a) ☐ Recta   b) ☐ Curva   d) ☐ En pendiente o en Cuesta
4. Superficie de la Vía  a) ☐ Concreto  b) ☐ Asfalto  c) ☐ Tierra  d) ☐ Otros _____ (Especifique)
5. Condiciones de la Vía  a) ☐ Seca  b) ☐ Humedad  c) ☐ Buena  d) ☐ Defectuosa
6. Clase de Accidente:  a) ☐ Colisión   ☐ Caída de objeto del vehículo   Numero de vehículos en el accidente _____
   e) ☐ Otros _____ (Especifique)

| **B. CONDUCTOR** | **B. CONDUCTOR** |
|---|---|
| 1. Nombre _____ | 1. Nombre _____ |
| 2. No. De Cédula _____ Tel.: _____ | 2. No. De Cédula _____ Tel.: _____ |
| 3. Sexo  a) ☐ F  b) ☐ M  Edad _____ | 3. Sexo  a) ☐ F  b) ☐ M  Edad _____ |
| 4. Nacionalidad _____ | 4. Nacionalidad _____ |
| **C. PROPIETARIO** | **C. PROPIETARIO** |
| 1. Propietario _____ | 1. Propietario _____ |
| 2. No. de Cédula _____ | 2. No. de Cédula _____ |
| **D. VEHÍCULO** | **D. VEHÍCULO** |
| 1. No. De Placa _____ Color _____ | 1. No. De Placa _____ Color _____ |
| 2. Marca _____ Tipo _____ | 2. Marca _____ Tipo _____ |
| 3. Cia. De Seguro _____ | 3. Cia. De Seguro _____ |
| 4. No. De Póliza _____ Año del Vehículo _____ | 4. No. De Póliza _____ Año del Vehículo _____ |

**E. INDIQUE CON UNA X LOS DAÑOS DEL VEHÍCULO**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | |

**EN ESTE CUADRO DIBUJE LA POSICIÓN FINAL DE LOS VEHÍCULOS**    **NARRE BREVEMENTE LO SUCEDIDO EN EL ACCIDENTE**

El firmante: _____ de generales indicadas en el presente documento, declara bajo juramento que la información brindada y sus anexos es fiel a los hechos acontecidos, asumiendo las responsabilidades legales por toda falsedad u omisión.

La presente y sus anexos revisten carácter de declaración jurada y toda información engañosa y/o que oculte la real situación importando una simulación de los hechos o actos que se presenten para el resarcimiento de los daños ocasionados, será sancionado conforme al artículo 366 del Código Penal.

*"La elaboración de este formato está basada en la ley No. 21 del 28 de Mayo de 2010, y su reglamentaciones que dicta medidas sobre accidentes de tránsito menores, en las vías públicas del País"*

| **CONDUCTOR** | **CONDUCTOR** |
|---|---|
| *Se considera usted Responsable en este accidente?* | *Se considera usted Responsable en este accidente?* |
| si ☐    No ☐ | si ☐    No ☐ |
| Firma: _____ | Firma: _____ |
| Cédula: _____ | Cédula: _____ |

**Inspector de la compañía de Seguro o Testigos.**

Firma: _____ Cédula: _____
Firma: _____ Cédula: _____

*" De ser posible aportar fotografías o Videos de la escena"*